```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
         "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"

        Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed:  03/25/04
          Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (320) Assault, libel and slander
                    15 USC 1
           Origin:  (1) Original Proceeding
           Demand:  500
       Filing fee:  Paid $150.00 on 03/25/04 receipt # 10096776
         Trial by:  Jury


Parties of Record:                        Counsel of Record:

PLF 1.1          BATHIJA, MOHAN            Z. Kent Sullivan
                                           Baxter Bruce et al
                                           POB 32819
                                           Juneau, AK 99801-2819
                                           907-789-3166
                                           FAX 907-789-1913

PLF 2.1          BATHIJA, VINOD            Z. Kent Sullivan
                                           (see above)

PLF 3.1          BATHIJA, RAJESH           Z. Kent Sullivan
                                           (see above)

PLF 4.1          SHIVALAY INC              Daniel G. Bruce
                                           Baxter Bruce et al
                                           POB 32819
                                           Juneau, AK 99803
                                           907-789-3166
                                           FAX 907-789-1913

                                           Z. Kent Sullivan
                                           (see above)

DEF 1.1          PANOFF PUBLISHING INC     William G. Ruddy
                                           Ruddy Bradley et al
                                           POB 34338
                                           Juneau, AK 99803-4338
                                           907-789-0047

                                           Robert C. Gilbert
                                           220 Alhambra Circle, Suite 400
                                           Coral Gables, FL 33134
                                           305-529-9100
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J04-0011--CV (RRB)
        "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 2.1 | PPI FLEET SERVICES INC | William G. Ruddy (see above) |
| | | Robert C. Gilbert (see above) |
| DEF 3.1 | PORT PROMOTIONS INC | William G. Ruddy (see above) |
| | | Robert C. Gilbert (see above) |
| DEF 4.1 | DIAMONDS INTERNATIONAL OF ALASKA LTD | Kevin G. Clarkson<br>Brena Bell et al<br>310 K Street, Suite 601<br>Anchorage, AK 99501<br>907-258-2000 |
| | | Peter M. Hockman<br>550 Biltmore Way, Suite 780<br>Coral Gables, FL 33134<br>305-447-9129 |
| DEF 5.1 | [T] DIAMONDS INTERNATIONAL LLC | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
          "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"

                       For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/25/04
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (320) Assault, libel and slander
                   15 USC 1
           Origin: (1) Original Proceeding
           Demand: 500
       Filing fee: Paid $150.00 on 03/25/04 receipt # 10096776
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/25/04 | Complaint filed. |
| 1 - 2 | 03/25/04 | PLF 1-4 Jury Demand. |
| 2 - 1 | 05/24/04 | DEF 4 Attorney Appearance of K. Clarkson. |
| 3 - 1 | 05/24/04 | DEF 4 motion for permission to appear and participate pro hac vice of Peter M. Hockman w/lcl cnsl K. Clarkson w/att w/att exh. |
| 4 - 1 | 05/24/04 | DEF 1-3 Attorney Appearance by W. Ruddy. |
| 5 - 1 | 05/24/04 | DEF 1-3 Application re: non-resident attorney Robert C. Gilbert w/att decl, exh. |
| 3 - 2 | 05/28/04 | RRB Order granting motion for permission to appear and participate pro hac vice of Peter M. (3-1). cc: cnsl |
| 6 - 1 | 06/01/04 | PLF 1-4 Complaint (First Amended); |
| 6 - 2 | 06/01/04 | PLF 1-4 Jury Demand. |
| 7 - 1 | 06/01/04 | PLF 1-4 non-opposition to Def 4 motion to appear and participate pro had vice. |
| 8 - 1 | 06/01/04 | PLF 1-4 non-opposition to Defs 1-3 motion to appear and participate pro hac vice. |
| 9 - 1 | 06/04/04 | RRB Order granting mot for permission for Robert C. Gilbert to appear and participate pro hac vice as co-counsel on behalf of defs 1,2 & 3. cc: cnsl |
| 10 - 1 | 06/09/04 | DEF 1-3 motion to dismiss w/att memo, decl w/att exhs, and exhs. |
| 11 - 1 | 06/10/04 | RRB Minute Order that plf is required to take action as to failure to serve.  Plf to file proof of service so as to comply with FRCP Rule 4(m).  cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
                    "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

   12 -   1   06/16/04   DEF 4 motion to dismiss plaintiff's complaint w/att memo.

   13 -   1   06/22/04   DEF 4 Request for Oral Argument re: DEF 4 motion to dismiss plaintiff's
                         complaint (12-1) .

   14 -   1   06/25/04   Stipulation and Order ext to 7/8/04 plfs oppo to motion to dismiss and
                         defs reply to 7/23/04. cc: cnsl

   15 -   1   06/29/04   PLF 1-4 Objections [Opposition] to D-4 request for o/a.

   16 -   1   06/30/04   RRB Minute Order plf is required to take action as to failure to serve.
                         Plf to comply with rule 4(m) FRCP.  cc: cnsl

   17 -   1   07/01/04   Stipulation and Order ext to 7/15/04 Plfs 1-4 opposition to motion to
                         dismiss and to 7/30/04 D-4 reply. (12-1) cc: cnsl

   18 -   1   07/08/04   PLF 1-4 motion to dismiss Diamonds Internation LLC (D-5).

   19 -   1   07/08/04   DEF 1-3 Request for Oral Argument re: DEF 1-3 motion to dismiss. (10-1)

   20 -   1   07/09/04   PLF 1-4 opposition to DEF 1-3 motion to dismiss (10-1), DEF 4 motion to
                         dismiss plaintiff's complaint w/att aff. (12-1)

   21 -   1   07/09/04   PLF 1-4 opposition to D-2 request for oral argument.

   22 -   1   07/14/04   DEF 1-3 Notice of office closure 7/26/04 - 8/18/04.

   23 -   1   07/23/04   DEF 1-3 reply to combined opposition to DEF 1-3 motion to dismiss
                         (10-1), DEF 4 motion to dismiss plaintiff's complaint. (12-1)

   24 -   1   07/30/04   DEF 4 reply to opposition to DEF 4 motion to dismiss plaintiff's
                         complaint (12-1).

   25 -   1   08/24/04   PLF 1-4 Supplement to plfs' opposition to re: DEF 1-3 motion to dismiss
                         (10-1), DEF 4 motion to dismiss plaintiff's complaint w/att exh. (12-1)

   25 -   2   08/24/04   PLF 1-4 Notice of filing fax signature Randy Sharman affidavit.

   26 -   1   08/31/04   PLF 1-4 original signed R. Sharman Affidavit combined opposition to re:
                         DEF 1-3 motion to dismiss (10-1) and DEF 4 motion to dismiss plaintiff's
                         complaint. (12-1)

   27 -   1   09/02/04   RRB Order granting motion to dismiss Diamonds Internation LLC (D-5)
                         w/out prejudice (18-1).  cc: cnsl

   28 -   1   09/02/04   DEF 2 motion to strike affidavit of Randy Sharman w/att memorandum.

   29 -   1   09/08/04   PLF 1-4 opposition to DEF 2 motion to strike affidavit of Randy Sharman.
                         (28-1)

   30 -   1   09/13/04   DEF 2 reply to opposition to DEF 2 motion to strike affidavit of Randy
                         Sharman. (28-1)

   31 -   1   10/06/04   RRB Order denying motion to dismiss (10-1), motion to dismiss
                         plaintiff's complaint w/att memo (12-1); mots should be refiled as sj
                         mots; granting motion to strike affidavit of Randy Sharman (28-1);
                         claims of M. Bathija, V. Bathija and R. Bathija are dismissed for lack

ACRS: R_VDSDX                 As of 12/01/05 at 3:58 PM by GARRY                        Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
                        "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"

                                        For all filing dates

Document #    Filed       Docket text
----------    -----       -----------
                          of standing; PPI's request for o/a (19) is denied.  cc: cnsl

   32 -   1   10/12/04    DEF 1-3 motion for reconsideration w/att memo.

   33 -   1   10/12/04    DEF 4 motion for reconsideration.

   34 -   1   10/13/04    RRB Minute Order re pltf's response to def's mot for reconsideration
                          (33-1) due 10/27/04.  cc: cnsl

   35 -   1   10/19/04    RRB Minute Order that plf's have until the COB on 10/27/40 to file a
                          response to defs' motion for reconsideration (dkt 32), after which the
                          court will take the matter under advisement.  cc: cnsl

   36 -   1   10/26/04    PLF 4 combined opposition to DEF 1-3 motion for reconsideration (32-1)
                          and DEF 4 motion for reconsideration. (33-1)

   37 -   1   11/29/04    RRB Order denying motion for reconsideration (32-1), motion for
                          reconsideration (33-1).  cc: cnsl

   38 -   1   12/07/04    PLF 4 Notice of intent to enter default.

   39 -   1   12/17/04    DEF 1-3 Answer [and affirmative defenses to First Amended] Complaint.

   40 -   1   12/20/04    DEF 4 Jury Demand.

   41 -   1   12/20/04    DEF 4 Answer to Complaint.

   42 -   1   12/23/04    RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 28 days from svc of this ord. cc: cnsl

   43 -   1   12/28/04    PLF 4 Rule 7.1 Disclosure.

   44 -   1   01/20/05    PLF 1-4 Report re: 26(f) meeting w/discovery to close 3/3/06.

   45 -   1   02/03/05    RRB Minute Order a status hearing re the confidentiality stipulation and
                          protective order is set for 2/11/05 at 1:30 p.m. in Courtroom #3.   cc:
                          cnsl

   46 -   1   02/03/05    RRB Scheduling and Planning Order setting pretrial deadlines: Original
                          discovery 03/03/06; Dispositive motions deadline 04/07/06; Estimate of
                          trial 15 days. cc: cnsl

   47 -   1   02/10/05    DEF 4 Unopposed motion on shortened time to vacate hearing set 2/11/05.

   48 -   1   02/11/05    RRB Order granting motion motion on shortened time to vacate hearing set
                          2/11/05 (47-1).  cc: cnsl

   49 -   1   02/17/05    PLF 4 Unopposed motion to extend pretrial deadlines w/att affidavit.

   50 -   1   02/23/05    RRB Order granting Unopposed motion to extend pretrial deadlines (49-1).
                          Initial disclosures are extended to 3/29/05 an motions to amend/join
                          parties is extended to 4/13/05.  All other dates contained in this
                          courts S&P order shall remain the same.  cc:  cnsl

   51 -   1   03/29/05    DEF 4 Preliminary Witness List.

   52 -   1   03/31/05    DEF 1-4 motion (request) for re-calendaring of hearing/conference re:
                          discovery & protective order issues.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
                       "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 53 - 1 | 04/06/05 | RRB Minute Order hrg re: status of the confidentiality stip and protective order is set for 4/22/05 at 10:00 a.m. in Courtroom 2 in Anchorage.  cc: cnsl |
| 54 - 1 | 04/13/05 | DEF 4 Rule 7.1 Disclosure. |
| 55 - 1 | 04/13/05 | This docket entry not used. |
| 56 - 1 | 04/13/05 | DEF 4 motion for leave to file amended answer and affirmative defenses w/att amended answer. |
| 57 - 1 | 04/13/05 | DEF 1-3 [Preliminary] Witness List. |
| 58 - 1 | 04/13/05 | DEF 1-3 Rule 7.1 Disclosure . |
| 59 - 1 | 04/13/05 | DEF 1-3 motion to file amended answer and affirmative defenses w/att lodged proposed amended answer and affirmative defenses to PLFs' first amended compl. |
| 60 - 1 | 04/14/05 | PLF 4 [Preliminary] Witness List. |
| 61 - 1 | 04/14/05 | DEF 4 Unopposed motion to reschedule hearing regarding confidentiality stipulation and protective order. |
| 62 - 1 | 04/15/05 | PLF 4 non-opposition to DEF 1-3 motion to file amended answer and affirmative defenses to PLFs' first amended compl. (59-1) |
| 63 - 1 | 04/18/05 | RRB Order granting Unopposed motion to reschedule hearing regarding confidentiality stipulation and protective order (61-1).  The hrg is rescheduled for 5/10/05 at 9:00 a.m.  cc: cnsl |
| 64 - 1 | 04/19/05 | PLF 4 non-opposition to DEF 4 motion for leave to file amended answer and affirmative defenses. (56-1) |
| 65 - 1 | 04/27/05 | RRB Minute Order granting motion to file amended answer and affirmative defenses (59-1).  Def PPI Group's amended answer is deemed filed.  cc: cnsl |
| 66 - 1 | 04/27/05 | RRB Order granting motion for leave to file amended answer and affirmative defenses (56-1).  The amended answer of Diamonds Internation of Ak LTD is deemed filed. cnsl |
| 67 - 1 | 04/27/05 | DEF 4 Answer (Amended). |
| 68 - 1 | 04/27/05 | DEF 1-3 Answer (Amended) and affirmative defenses to plfs' first amended complaint. |
| 69 - 1 | 05/09/05 | RRB Minute Order the status hrg scheduled 5/10/05 is reset for 5/11/05 at 8:30 a.m.  cc: cnsl |
| 70 - 1 | 05/10/05 | DEF 4 Notice of filing proposed stipulation and request for entry of order governing confidential information w/att unsigned stipulation and request for entry of order governing confidential information. |
| 71 - 1 | 05/11/05 | RRB Court Minutes [ECR: Elisa Singleton] Hearing re Status of the Confidentiality Stipulation and Protective Order (held 5/11/05); defense cnsl to file a Motion re Disclosure of Confidential Information.  cc: |

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                            CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
                          "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cnsl |
| 71A- 1 | 05/11/05 | PLF 4 Attorney Appearance by D. Bruce. |
| 72 - 1 | 05/13/05 | (VACATED PER MINUTE ORDER AT DKT 74) RRB Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 73 - 1 | 05/17/05 | PLF 4 Response to 5/13/05 Order at 72-1 re: possible erroneous certificate of readiness for trial; case not ready for trial. |
| 74 - 1 | 05/20/05 | RRB Minute Order that the order at docket 72 is VACATED.  cc: cnsl |
| 75 - 1 | 05/25/05 | DEF 4 motion for entry of protective order relating to confidential information & discovery materials w/att exhs. |
| 76 - 1 | 06/01/05 | DEF 4 Notice of fiing original declaration of W. Panoff for substitution & attachemnt re: DEF 4 motion for entry of protective order relating to confidential information & discovery materials (75-1) w/declaration. |
| 77 - 1 | 06/13/05 | PLF 4 opposition to DEF 4 motion for entry of protective order relating to confidential information & discovery materials. (75-1) |
| 78 - 1 | 06/22/05 | DEF 4 Stipulation for extension of time to file reply to opposition to motion for entry of protective order relateing to confidential information and discovery materials. |
| 78 - 2 | 06/23/05 | RRB Order granting stipulation for extension of time until 6/30/05 to file reply to opposition to motion for entry of protective order relating to confidential information and discovery materials (78-1). cc: cnsl |
| 79 - 1 | 06/30/05 | DEF 4 reply to opposition to DEF 4 motion for entry of protective order relating to confidential information & discovery materials (75-1). |
| 80 - 1 | 07/07/05 | RRB Order granting motion for entry of protective order relating to confidential information & discovery materials (75-1); the 11-page protective order submitted as ex A of defs' mot is hereby adopted by the crt, however, it shall remain subject to modification by the crt when or if circumstances change. cc: cnsl |
| 81 - 1 | 07/28/05 | DEF 4 motion to compel discovery w/att memo & exhs. |
| 82 - 1 | 07/28/05 | DEF 4 Good Faith Certificate re: DEF 4 motion to compel discovery w/att memo & exhs. (81-1) |
| 83 - 1 | 08/15/05 | PLF 4 opposition to DEF 4 motion to compel discovery w/att exhs. (81-1) |
| 84 - 1 | 08/24/05 | DEF 4 reply to opposition to DEF 4 motion to compel discovery  (81-1) w/att exhs |
| 85 - 1 | 09/21/05 | RRB Order granting motion to compel discovery (81-1).  Plf shall fully answer interrogatories as stated by 10/14/05.   cc: cnsl |
| 86 - 1 | 11/17/05 | PLF 1-4; DEF 1-4 [Joint Motion and] Stipulation to extend certain pretrial deadlines. |
| 87 - 1 | 11/30/05 | RRB Order granting stipulation [Joint Motion and] Stipulation to extend certain pretrial deadlines (86-1) & setting the following dates: |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE J04-0011--CV (RRB)
                  "MOHAN BATHIJA ET AL V PANOFF PUBLISHING ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Discovery to close 06/02/06; Discovery motions due by 6/24/06; Dispositive motions deadline 08/18/06. cc: cnsl |