FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -9 PM 4: 19
PO

Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax

Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Diamonds International of Alaska Ltd.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>    Plaintiff,<br>v.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.  J04-0011 Civil (RRB) |

### SECOND JOINT MOTION AND STIPULATION
### TO EXTEND CERTAIN PRETRIAL DEADLINES

COME NOW the parties, by and through counsel, and pursuant to Fed. R. Civ. P. 16(b) and

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
SECOND JOINT MOTION & STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES
Page 1 of 3

88

D. Ak. LR 16.1(c)(3), hereby submit their second joint motion and stipulation to extend the period for filing expert disclosures.

This motion is submitted to clarify and append the parties' first joint motion. As outlined in the parties' first Joint Motion and Stipulation to Extend Pretrial Deadlines (ruled upon (in part) by the Court's Order of November 29, 2005, at Docket No. 87), the parties, by footnote 1, notified the Court that they were in disagreement regarding the new deadline for Rule 26(a)(1) expert witness disclosures. Footnote 1 to the parties' Joint Motion & Stipulation to Extend Certain Pretrial Deadlines states in part:

> It should be noted that the parties are in disagreement regarding the new deadline for Rule 26(a)(1) expert witness disclosures . . . the original deadline for such disclosures by both parties was December 1, 2005. Plaintiff desires to have the new deadline, for both parties, be February 2, 2006. Defendants now desire to have the new deadline be a staggered date with Plaintiff making such disclosures on February 2, 2006 and Defendants making such disclosures on March 17, 2006. The parties invite this Court to resolve this dispute as it sees fit.

It appears that the parties' request for ruling was not made clear (because it appeared only in a footnote), and thus was not ruled on by the Court. The parties respectfully request the Court to at this time consider their request for ruling as to the date and timing of expert witness disclosures. The parties apologize for not making this request for a ruling clear in their prior motion.

DATED this 9th day of December, 2005.

                                        LAW OFFICE OF PETER M. HOCKMAN
                                        550 Biltmore Way, Suite 780
                                        Coral Gables, Florida 33134
                                        Telephone: (305) 447-9129; Fax: (305) 443-0279

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
SECOND JOINT MOTION & STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES
Page 2 of 3

                    BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendants Diamonds International
of Alaska, Ltd.

By _____/s/ Kevin G. Clarkson_____
    Kevin G. Clarkson
    Alaska Bar No. 8511149

DATED this _____ day of December, 2005.

                    BAXTER, BRUCE & SULLIVAN
Attorneys for Plaintiffs

By _____
    Z. Kent Sullivan
    Alaska Bar No. 0105038

DATED this 9th day of December, 2005.

                    ROBERT C. GILBERT, P.A.
220 Alhambra Circle, No. 400
Coral Gables, FL 33134
Telephone: (305) 529-9100; Fax (305) 529-1612

RUDDY, BRADLEY & KOLKHORST
Attorneys for Defendant PPI

By _____/s/ William G. Ruddy_____
    William G. Ruddy
    Alaska Bar No. 6603017

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
SECOND JOINT MOTION & STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES
Page 3 of 3

BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendants Diamonds International of Alaska, Ltd.

By _____
Kevin G. Clarkson
Alaska Bar No. 8511149

DATED this 9th day of December, 2005.

BAXTER, BRUCE & SULLIVAN
Attorneys for Plaintiffs

By _____
Z. Kent Sullivan
Alaska Bar No. 0105038

DATED this ____ day of December, 2005.

ROBERT C. GILBERT, P.A.
220 Alhambra Circle, No. 400
Coral Gables, FL 33134
Telephone: (305) 529-9100; Fax (305) 529-1612

RUDDY, BRADLEY & KOLKHORST
Attorneys for Defendant PPI

By _____
William G. Ruddy
Alaska Bar No. 6603017

BRENA, BELL & CLARKSON, P.C.
310 K Street
Suite 601
Anchorage, AK 99501
(907) 258-2000

Dalbing, et al. v. Powell, et al., Case No. J04-0011 Civil (RRB)
SECOND JOINT MOTION & STIPULATION TO EXTEND CERTAIN PRETRIAL DEADLINES
Page 3 of 4