FILED

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
                                Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>        Defendants. | LODGED<br><br>DEC 0 9 2005<br><br><br><br><br><br>**[PROPOSED]**<br>**SECOND AMENDED SCHEDULING**<br>**AND PLANNING ORDER**<br><br>Case No. J04-0011 Civil (RRB) |

This matter has come before the Court upon the second joint motion and stipulation by the parties to extend certain pretrial deadlines. Based upon the second joint motion, the Court hereby amends the pretrial scheduling deadlines as follows:

| Original Deadline | New Deadline | Requirement |
|---|---|---|
| December 1, 2005 | February 2, 06 | Plaintiff's Expert Witness Disclosures |
| December 1, 2005 | March 17, 06 | Defendants' Expert Witness Disclosures |

All dates set in the Amended Scheduling and Planning order dated November 29, 2005 (Docket No. 87), and the remaining dates in the original Scheduling and Planning Order dated February 3, 2005, shall remain the same.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
SECOND AMENDED SCHEDULING AND PLANNING ORDER
Page 1 of 2

DATED 12/12/05

                                         /s/ Ralph R. Beistline
                                         The Honorable Ralph R. Beistline
                                         United States District Judge

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
SECOND AMENDED SCHEDULING AND PLANNING ORDER
Page 2 of 2