and commissions paid to PPI.

The total annual fees and commissions paid by DIAK to PPI regarding Juneau for the period January 2000 through 2001 will be set out in a report produced with DIAK's documents. The answer to this portion of the Interrogatory may be derived or ascertained from DIAK's business records and the burden of deriving or ascertaining the answer is substantially the same for Celebrity as it would be for DIAK. Therefore, pursuant to Fed. R. Civ. P. 33(d) DIAK will simply make its business records regarding onboard sales and commissions paid to PPI regarding DIAK's Juneau store for the period 2002 through 2004 available to Celebrity for review and photocopy, upon reasonable advance notice, at 592 Fifth Avenue, 9th Floor, New York, NY 10036. The pertinent records are contained with approximately ten boxes. If Celebrity pays for photocopying and shipping in advance, then DIAK will copy and ship the documents to Celebrity care of its counsel, Z. Kent Sullivan, Esq.

**INTERROGATORY NO. 15**: Please identify the various cruise lines operating in Southeast Alaska with whom DIAK contracts and specifically describe the various services DIAK either receives from and/or provides those entities. Please also specifically identify the manner in which compensation is exchanged, including whether such compensation is based upon a percentage of sales, flat fee, etc.

**ANSWER:** DIAK objects to this Interrogatory as being overbroad. DIAK's business and/or business relationships with cruise lines other than those on which PPI provides contractual services to DIAK are irrelevant to this action and information in this regard cannot reasonably be expected to lead to the discovery of admissible evidence. DIAK contracts directly only with one cruise line and that is NCL. The terms of this contract may be derived from reviewing the contract and the

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAK'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 16 of 20

EXHIBIT 3
Page 16 of 29

burden of deriving or ascertaining the terms of the contract is substantially the same for Celebrity as it would be for DIAK. Therefore, pursuant to Fed. R. Civ. P. 33(d) DIAK will simply make the contract available to Celebrity for review and photocopy, upon reasonable advance notice, at 592 Fifth Avenue, 9th Floor, New York, NY 10036. The contract will be produced at Celebrity's request. The cruise lines operating in Southeast Alaska that stop in Juneau and on which PPI provides contractual services to DIAK include: Holland America Line; Radisson Seven Seas Cruises; and Princess Cruise Lines. If Celebrity pays for photocopying and shipping in advance, then DIAK will copy and ship the documents to Celebrity care of its counsel, Z. Kent Sullivan, Esq.

DIAK objects to this Interrogatory because DIAK's relationships with cruise lines and business with cruise lines outside of DIAK's business with PPI is irrelevant to the subject matter of this action and information in this regard cannot reasonably be expected to lead to the discovery of admissible evidence. Celebrity's claim in this action is that DIAK allegedly conspired with PPI to deprive PPI of the benefit of its contracts with PPI.

> **DIAK designates the information disclosed in this Interrogatory Answer as "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendant's Motion.**

**INTERROGATORY NO. 16**: Please specifically describe all services provided to DIAK by PPI for the years 2000 through the present, including any variation or deviation in the services so provided.

**ANSWER**: Promotion and advertising, in various forms, provided 2000 to present.

**INTERROGATORY NO. 17**: If your response to any request for admission set forth below is anything other than an unqualified admission, please identify all facts which you contend support your refusal to unqualifiedly admit the request.

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAK'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 17 of 20

EXHIBIT 3
Page 17 of 29

**ANSWER:** See Response to First Set of Requests for Admission.

**INTERROGATORY NO. 18**: If your response to any request for admission set forth below is anything other than an unqualified admission, please identify all documents, notes, reports, memoranda, electronic and/or tape recordings, photographs, oral statements, or other tangible things which support your refusal to unqualifiedly admit the request.

**ANSWER:** The answer to this portion of the Interrogatory may be derived or ascertained from DIAK's business records and the burden of deriving or ascertaining the answer is substantially the same for Celebrity as it would be for DIAK. Therefore, pursuant to Fed. R. Civ. P. 33(d) DIAK will simply make its business records for the period 2002 through 2004 that contain information responsive to this Interrogatory available to Celebrity for review and photocopy, upon reasonable advance notice, at 592 Fifth Avenue, 9th Floor, New York, NY 10036.

**INTERROGATORY NO. 19**: If your response to any request for admission set forth below is anything other than an unqualified admission, please provide the name, address, and telephone number of all persons, including consultants and/or experts, purporting to have any knowledge or factual data upon which you base your refusal to make an unqualified admission to the request. The purpose of this interrogatory is to have you reveal everything presently known to you that bears upon your refusal to respond to the request with an unqualified admission.

**ANSWER:** The individuals with information regarding the various subjects addressed in Celebrity's Requests for Admission include, but are not necessarily limited to, Morris Gad Co-President (**Attorney Client Privilege**), Albert Gad (Co-President) (**Attorney Client Privilege**), Donna Gad (Vice President/Secretary/Treasurer) (**Attorney Client Privilege**), Steven Davis (Chief Financial Officer) (**Attorney Client Privilege**), Michael Villani (Project Manager) (**Attorney Client**

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAK'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 18 of 20

EXHIBIT 3
Page 18 of 29

**Privilege**), Julie Feldman (former employee, no longer with company), Abe Terapani (Management), Wendy Terapani (Management), Jacob Hassid (Management), Jose I. Martin (Chief Financial Officer, Panoff Publishing, Inc.), DIAK's managers in Southeast Alaska during the period of 2000 through present; and DIAK's employees in Southeast Alaska during the period of 2000 through present. See Exhibit A hereto.

DATED this 29 day of November, 2005.

As to Answers:                     Diamonds International of Alaska, Ltd.

                                   By _____
                                      Morris Gad

As to Objections:                  BRENA, BELL & CLARKSON, P.C.
                                   Attorneys for Defendants
                                   Diamonds International of Alaska, Ltd.

                                   By _____
                                      Kevin G. Clarkson
                                      Alaska Bar No. 8511149

                                   Peter M. Hockman, Esq.
                                   LAW OFFICE OF PETER M. HOCKMAN
                                   550 Biltmore Way, Suite 780
                                   Coral Gables, Florida 33134
                                   (305) 447-9129; (305) 443-0279-fax

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAK'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 19 of 20

EXHIBIT 3
Page 19 of 29

CERTIFICATE OF SERVICE

I hereby certify that on Nov. 23, 2005, a true and correct copy of the foregoing document was mailed ✓, hand delivered ___ faxed ___ to:

Z. Kent Sullivan, Esq.
P.O. Box 32819
Juneau, AK 99803

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134

William G. Ruddy, Esq.
P.O. Box 34338
Juneau, AK 99803

Robert C. Gilbert, Esq.
2200 Alhambra Circle, Suite 400
Coral Gables, FL 33134

*Eileen Frison*
Eileen Frison

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAK'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 20 of 20

EXHIBIT 3
Page 20 of 29

EXHIBIT A
TO
DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
<u>Batjija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)

## 2002 - ALASKA EMPLOYEES
## DIAMONDS INTERNATIONAL OF ALASKA, LTD.

Jingle Bandoy
P.O. Box 307202
St. Thomas, VI 00802
Former Employee/Sales
Sales Practices

Jessica Beck
18454 Waco St., NW
Elk River, MN 55330
Former Employee/Sales
Works for GIA, Carlsbad, CA
Sales Practices

Jennifer Bostrom
17020 President Dr.
Castro Valley, CA 94546
Former Employee/Sales, Juneau, AK
Sales Practices

Linda Chase
1923 Mattis Drive
Dayton, OH 45439
Former Employee/Sales
Works for Princess
Sales Practices

Arturo Contreras
326 4th St., #406
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Marianne Delaraz
4429 Julep Street
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Betty Diaz
c/o DI Cozumel
Former Employee/Management
Now works for Little Swiss in Key West
Sales Practices

Juan Diaz
c/o DI Cozumel
Former Employee/Management
Now works for Little Swiss in Key West
Sales Practices

Jose Duenas
326 4th St., Apt. 1012
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Cyla Garcia
5875 Glacier Hwy, #74
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Paul Carcia
c/o DI USVI
Former Employee/Sales
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 1 of 8

EXHIBIT 3
Page 21 of 29

Nicholas Hall
3875 Melissa Lane
Castro Valley, CA 94546
Former Employee/Sales
Sales Practices

Jennifer Hanlon
3149 Lawson Creek kRoad
Douglas, AK 99824
Former Employee/Courtesy Associate
Sales Practices

Monica Laskay
3375 Manderwill Canyon Road
Los Angeles, CA 90049
Former Employee/Sales
Sales Practices

Tony Manacio
1800 North Wood River, No. C-24
Juneau, AK 99803
Former Employee
Maintenance-Housekeeping
Sales Practices

Miranda Marashal
Nisky Mail Box #539
Nisky Center
St. Thomas, VI 00802
Former Employee/Management
Sales Practices, and Interaction and
Relationship with PPI

Zahyda Montenegro
704 B S 15th Street
Alington, VA 22202
Former Employee/Sales
Sales Practices

Scarlett Otero
3 Fox Hollow Lane
Hopewell Jct, NY 12533
Former Employee-New York
Management, and Interaction and
Relationship with PPI

Erica Peterson
P.O. Box 416
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Daniel Scherr
7433 Tescott Dr.
Lake Worth, FL 33467
Former Employee/Sales
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
Page 2 of 8

EXHIBIT 3
Page 22 of 29

## 2003 - ALASKA EMPLOYEES
## DIAMONDS INTERNATIONAL OF ALASKA LTD.

Charles Abbott
Juneau, AK
Former Employee
Maintenance-Housekeeping
Janitorial Work and Housekeeping

Jennifer Bostrom
17020 President Drive
Castro Valley, CA 94546
Former Employee/Sales
Sales Practices

Andrea Cadiente
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Virginia Custer
9211 Gee Street
Juneau, AK 99801
Former Employee/Courtesy Associate
Sales Practices

Betty Diaz
c/o DI Cozumel
Former Employee/Management
Now works for Little Swiss in Key West
Sales Practices, and Interaction and
Relationship with PPI

Juan Diaz
c/o DI Cozumel
Former Employee/Management
Now works for Little Swiss in Key West
Sales Practices, and Interaction and
Relationship with PPI

Jose Octavio Duenas
326 4th St., Apt. 1012
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Nicholas Hall
3875 Melissa Lane
Castro Valley, CA 94546
Former Employee/Sales
Sales Practices

Jennifer Hanlon
P.O. Box 183
Yakutat, AK 99689
Former Employee/Sales
Sales Practices

Naomi Laurence
c/o DI USVI
St. Thomas, VI
Current Employee/Cashier, St. Thomas
Sales Practices

Lisa Marcum
c/o DI USVI
St. Thomas, VI
Former Employee/Management
Sales Practices

Jennifer Michaels
Juneau, AK 99801
Former Employee/Management
Sales Practices

Jose Mario Montes De Oca
c/o DI Cozumel
Former Employee/Jeweler
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 3 of 8

EXHIBIT 3
Page 23 of 29

Bruce Negron
850 15th Street, No. 4
Miami Beach, FL 33139
Former Employee/Sales
Works for Little Swiss in Key West
Sales Practices

Scarlet Otero
3 Fox Hollow Lane
Hopewell Jct., NY 12533
Former Employee-New York
Management
Sales Practices, and Interaction and
Relationship with PPI

Anisia Sisikin
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Kathleen Sullivan
238 Charles Street
Westfield, NJ 07090
Former Employee/Sales
Current Address: 1229 Park Avenue
Hoboken, NJ
Sales Practices

Rachelle Todman
c/o DI USVI
St. Thomas, VI
Former Employee/Sales
Sales Practices

April Xavier
c/o DI USVI
Current Employee/Cashier
St. Thomas, VI
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 4 of 8

EXHIBIT 3
Page 24 of 29

## 2004 - ALASKA EMPLOYEES
## DIAMONDS INTERNATIONAL OF ALASKA LTD.

Brian Adamson
8186 Grant Street
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Steve Bean
4493 Columbia Boulevard
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Charles Abbott
Juneau, AK 99801
Former Employee/Housekeeping
Janitorial Work and Housekeeping

Dornamay Adams
P.O. Box 9765
St. Thomas, USVI 00801
Current Employee/Cashier
Sales Practices

Tom Kearns
P.O. Box 295
St Thomas, USVI 00804
Current Employee/Sales
Sales Practices

Marc Edgar King
4609 Anlo Avenue
Waco, TX 76710
Former Employee/Sales
Sales Practices

Dean Dodson
Sales Practices

Ronan Gad
c/o DI Cozumel
Current Employee/Management
in Mexico
Sales Practices, and Interaction and
Relationship with PPI

Olena Cave
2201 Meadow Lane
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Jarrett Cherkas
P.O. Box 6555
FDR Station, NY 10150
Current Employee/Sales, St. Thomas
Sales Practices

Carol Chrespin
c/o DI Cozumel
Current Employee/Management, Cozumel
Sales Practices, and Interaction With and
Relationship With PPI

Jonathan Collard
2760 Douglas Highway, No. 5
Juneau, AK 99801
Former Employee
Sales Practices

Crystal Coogan
P.O. Box 34499
Juneau, AK 99803
Former Employee/Sales
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 5 of 8

EXHIBIT 3
Page 25 of 29

Grace Dalman
4933 Hummingbird Lane
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Betsy Davey
P.O. Box 1095
Juneau, AK 99802
Former Employee/Cashier
Sales Practices

Marianne De la Paz
4429 Julep Street
Juneau, AK 99801
Former Employee/Sales
Sales Practices

George Gattas
6501 Red Hook Plaza, St. 201
c/o Carolyn Colmer
St. Thomas, USVI 00802
Former Employee/Jeweler
Sales Practices and DIAK Merchandise

Legamas George
P.O. Box 20651
Juneau, AK 99802
Former Employee
Sales Practices

Tal Harris
c/o Almod 592 5th Avenue
New York, NY 10036
Current Employee/On Leave - Maternity
Sales Practices

Rogee Hulse
P.O. Box 5025
Ketchikan, AK 99901
Former Employee/Maintenance; Repair and
Maintenance of Store Building Facility

Marah Joseph
3-A Main Street
St. Thomas, USVI 00802
Current Employee/Cashier, St. Thomas
Sales Practices

Mike Kaznakoff
P.O. Box 32651
Juneau, AK 99803
Former Employee/Sales
(Worked one day)
Sales Practices

Eric Koons
763 Lawrence Avenue
Westfield, NJ 07090
Former Employee/Sales
Sales Practices

Efrat Lamdan
15 Steven Drive
Hewlett, NY 11557
Current Employee/Sales
Sales Practices

David Langs
186-19 Williamson Avenue
Springfield Gardens, NY 11413
Former Employee/Sales
Sales Practices

Cecilia Lecaros
13650 Barkley Place
Chino, CA 91710
Former Employee/Sales, Cozumel
Sales Practices

Laura McCammon
103 Elm Springs
Boerne, TX 78006
Former Employee/Sales
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 6 of 8

EXHIBIT 3
Page 26 of 29

Josiah McCleod
10411 Ivy Ridge
Houston, TX 77043
Former Employee/Sales
Sales Practices

Jennifer Michaels
5010 N. Douglas Highway, No. 16
Juneau, AK 99801
Former Employee/Sales
Sales Practices

Katherine Nalan
1800 Northwood Drive
Juneau, AK 99801
Former Employee
Sales Practices

Troy Opsal
9188 Cinema Drive
Juneau, AK 99802
Former Employee/Sales
Sales Practices

Scarlett Otero
3 Fox Hollow Lane
Hopewell Jct, NY 11533
Former Employee-New York
Management; and Interaction and
Relationship with PPI

Suzanne Pin
Juneau, AK 99801
Former Employee
Sales Practices

Stephen Porter
394-161 Hidden Valley
St. Thomas, USVI 00802
Current Employee/Sales
Sales Practices

Daid Del Real
4 New Britain Circle
Salinas, CA 93906
Former Employee/Sales, Mexico
Sales Practices

Erick Del Real
4 New Britain Circle
Salinas, CA 93906
Former Employee/Sales
Sales Practices

Rashel Remor
c/o Almod 592 5th Avenue
New York, NY 10036
Former Employee/Sales
Sales Practices

Daniel Rosenthal
Juneau, AK 99801
c/o Almod 592 5th Avenue
New York, NY 10036
Current Employee/Management
Sales Practices, and Interaction and
Relationship with PPI

Jessica Ryan
P.O. Box 32225
Juneau, AK 99803
Former Employee/Cashier
Sales Practices

Jerry Salidian
3700 W. Flamingo Road
Suite 21A, BOC 204 c/o Diamonds Int'l
Las Vegas, NV 89103
Former Employee/Sales-Jeweler
Sales Practices, and DIAK Merchandise

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
Bathija, et al. v. Panoff, et al., Case No. J04-0011 Civil (RRB)
Page 7 of 8

EXHIBIT 3
Page 27 of 29

Stephanie Scanlon
9039 Lupine Lane
Juneau, AK 99801
Current Employee/Sales, Mexico
Sales Practices

Jim F. Schmidt
P.O. Box 20917
Juneau, AK 99801
Former Employee/Maintenance
Sales Practices

Randy L. Schmidt
1617 Douglas Hwy, No. A-7
Juneau, AK 99801
Former Employee
Sales Practices

Jennifer Sharp
9317 Turn Street
Juneau, AK 99801
Former Employee/Courtesy Associate
Sales Practices

Byron Scott Smith
3880 E. Foxhunter Road
Fayetteville, AR 72703
Former Employee/Sales-Administration
Sales Practices, and Interaction and
Relationship with PPI

Kathleen Sullivan
238 Charles Street
Westfield, NJ 07090
Former Employee/Sales
Sales Practices

Tonie Vonda
4020 Slate Drive
Juneau, AK 99801
Former Employee
Sales Practices

Catherine Wenzlaff
P.O. Box 21733
Juneau, AK 99802
Former Employee
Sales Practices

Gina Zakariasan
36241 Christmas Pt. Td.
Grand Rapids, MN 55744
Former Employee/Sales
Sales Practices

Matthew Bennett
16069 Chiwi Road
Apple Valley, CA 92307
Former Employee/Cashier
Sales Practices

Anthony Bieler
455 S. Franklin
Juneau, AK 99801
Former Employee/Maintenance
Sales Practices

Savannah Bell
P.O. Box 240064
Douglas, AK 99824
Former Employee/Cashier
Sales Practices

Arthur Bennett
455 S. Franklin St.
Juneau, AK 99801
Former Employee/Maintenance
Sales Practices

Alyce Smith
3880 E. Foxhunter Road
Fayetteville, AR 72703
Former Employee/Manager
Sales Practices

**EXHIBIT A TO DIAK'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**
<u>Bathija, et al. v. Panoff, et al.</u>, Case No. J04-0011 Civil (RRB)
Page 8 of 8

EXHIBIT 3
Page 28 of 29

**EXHIBIT B**

**VERIFICATION REGARDING
DIAK'S SUPPLEMENTAL RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

AS TO ANSWERS:                    DIAMONDS INTERNATIONAL OF
                                  ALASKA LTD.


Date Nov. 29, 2005                By _____
                                     Morris Gad
                                     Co-President

STATE OF NEW YORK      )
                       ) ss.
NEW YORK COUNTY        )

THIS IS TO CERTIFY that on the 29th day of ___Nov.___, 2005, before me, the undersigned, a Notary Public in and for New York, duly commissioned and sworn, personally appeared Morris Gad, as Co-President of Diamonds International of Alaska Ltd., to me known and known to me to be the identical individual described herein, and who read and executed the within and foregoing document.

_____
NOTARY PUBLIC in and for New York.
My Commission Expires: 7/31/09

DIANE M. DROBNER
Notary Public, State of New York
No. 03-1025400
Qualified in New York County
Commission Expires 7/31/09

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

EXHIBIT 3
Page 29 of 29