Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax
pmhlaw@bellsouth.net

Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
(907) 258-2000; (907) 258-2001-fax
kclarkson@brenalaw.com

Attorneys for Diamonds International of Alaska Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | | |
|---|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | Case No.  J04-0011 Civil (RRB) |

## AFFIDAVIT OF KEVIN G. CLARKSON IN SUPPORT OF
## DIAMONDS INTERNATIONAL OF ALASKA LTD.'S OPPOSITION
## TO PLAINTIFF'S MOTION FOR APPOINTMENT OF DISCOVERY MASTER

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

KEVIN G. CLARKSON, being first duly sworn, deposes and states:

1.    I am counsel of record for defendant Diamonds International of Alaska Ltd.

2.    On July 12, 2005, Celebrity first served discovery requests, interrogatories, and requests for production on DIAK and PPI.

3.    On September 2, 2005, Diamonds International of Alaska Ltd. served extensive discovery responses on Celebrity. [Exh. 1 to Opposition] PPI also served extensive discovery responses on Celebrity the same day.

4.    Nearly two months later, on October 27, 2005, Celebrity's counsel wrote to defendants' counsel and complained about alleged deficiencies in DIAK's and PPI's discovery responses [Exh. 2 to Opposition].

5.    In response to Celebrity's letter of October 27, 2005, DIAK voluntarily supplemented its discovery responses. [Exh. 3 to Opposition].  PPI also voluntarily supplemented its discovery responses.

6.    DIAK elected to ship documents to Anchorage from New York, where they were previously maintained in the normal course of business.

7.    DIAK offered its documents to Celebrity for review at my offices in Anchorage [Exh. 4 to Opposition].  Celebrity has not to this day made any arrangements to review DIAK's documents.  The defendants made arrangements to go to the office of Celebrity's counsel and review the "29,000" documents that Celebrity produced. Even though Celebrity conducts significant operations in the Caribbean, closer to defendants' principal places of operations, neither defendant asked Celebrity to produce Celebrity's documents in Florida or the Caribbean.

8.    From October 27, 2005 to December 29, 2005, Celebrity gave no indication that

discovery disputes existed, even though the parties discussed the scheduling of depositions.

DATED this 17th day of January, 2006.


                                    s/Kevin G. Clarkson
                                    Kevin G. Clarkson


SUBSCRIBED & SWORN to before me this 17th day of January, 2006.


                                    s/Eileen A. Frison
                                    NOTARY PUBLIC in and for Alaska.
                                    My Commission Expires:   1/23/2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2006,
a true and correct copy of the foregoing
document was mailed to:

Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, AK 99803

Peter M. Hockman, Esq.
Peter M. Hockman
550 Biltmore Way, Suite 780
Coral Gables, FL 33134

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
P.O. Box 34338
Juneau, AK 99803

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134


s/Kevin G. Clarkson

**BRENA, BELL &
CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

AFFIDAVIT OF KEVIN G. CLARKSON IN SUPPORT OF DIAK'S OPPOSITION TO MOTION FOR APPOINTMENT OF DISCOVERY MASTER
Bathija, et al. v. Panoff Publishing, Inc., et al., Case No. J04-0011 Civil (RRB)
Page 3 of 3