to, correspondence, reports, investigations, records, photographs, drawings, diagrams, billings, notes of telephone conversations, and any exhibits to be used at trial. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***: PPI objects to this request to the extent it seeks documents protected from disclosure based on the attorney-client and work-product privileges. PPI further objects to this request in that it is overbroad and vague. Without waiving its objection, pursuant to Rule 34(b), PPI will make available for inspection and copying at its offices in Fort Lauderdale, Florida, all non-privileged documents within its possession, custody and control responsive to this request, except those documents relating to interrogatory nos. 5, 14, 17 and 20 based on the objections asserted therein.

> **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 6**: Please provide copies of the "DYNAMITE new sheet that explains all of this quality stuff in writing" as referenced in the e-mail from Rick Domanski to Amsterdam PSA, *et al.*, dated July 31, 2003, and as attached to Celebrity's amended complaint as Exhibit "7." If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***: The "DYNAMITE" new sheet does not exist within the possession, custody or control of PPI.

**REQUEST FOR PRODUCTION NO. 7**: Please produce any and all documentation demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales

**EXHIBIT** _A-23_

techniques, including that Celebrity only purchases diamonds from a pool of diamonds that DI has already rejected out of hand. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> **_RESPONSE_**:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 8**:  Please produce any and all documentation demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales techniques, including that Celebrity sells brown diamonds tricked up with enhancement settings and super yellow mixed gold, flashing laser cut gold, etc. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> **_RESPONSE_**:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 9**:  Please produce any and all documentation demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales techniques, including that Celebrity enhances the appearance of such inferior diamonds by utilizing deceptive Kleig/Halogen lights. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

**EXHIBIT** _A-24_

*RESPONSE*:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 10**:  Please produce any and all documentation demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales techniques, including that Celebrity deceptively groups together a bunch of industrial grade tiny diamonds that contain hard to see black sports or brown tint.  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

*RESPONSE*:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 11**:  Please produce all internal e-mails, letters, documentation, etc., referencing "the DI/TI Alaskan Rescue Plan" as referenced in e-mails attached to Celebrity's amended complaint.  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

*RESPONSE*:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 6.

**REQUEST FOR PRODUCTION NO. 12**:  Please produce any documents, data or tangible items referenced in PPI's initial disclosures and any supplements thereto, including but not limited to, correspondence, reports, investigations, records, photographs, drawings, diagrams, billings, notes of telephone conversations, and any exhibits to be used at trial.  If such documentation has not already been produced, please provide a copy of any such document with your responses to these

EXHIBIT  A-25

discovery requests. If you object to the production of any such item, please set forth such objection

with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> **_RESPONSE_**: PPI objects to this request to the extent it seeks documents protected
> from disclosure based on the attorney-client and work-product privileges. PPI further
> objects to this request seeking production of "any exhibits to be used at trial" in that
> discovery is still in its infancy and PPI's counsel has not determined which exhibits
> it intends to use at trial. Without waiving its objection, PPI will make available for
> inspection and copying at its offices in Fort Lauderdale, Florida, all non-privileged
> documents within its possession, custody and control responsive to this request.

> **PPI designates the documents produced in response to this request are
> "Confidential" pursuant to the Court's Order Granting Motion for Entry of
> Protective Order and the provisions of the Protective Order attached as
> Exhibit A to Defendants' motion.**

> **REQUEST FOR PRODUCTION NO. 13**: Please produce PPI's audited and unaudited

financial statements, tax returns, and any other documentation summarizing income derived from

its business activities in Southeast Alaska for the 2000, 2001, 2002, 2003 and 2004 tax years. If such

documentation has not already been produced, please provide a copy of any such document with your

responses to these discovery requests. If you object to the production of any such item, please set

forth such objection with sufficient particularity to permit Celebrity to file a motion to compel

production with the Court.

> **_RESPONSE_**: PPI objects to this request as overbroad and burdensome to the extent
> it seeks production of financial statements and tax returns in that such documents are
> not limited to PPI's business operations in Southeast Alaska. PPI further objects to
> the request for financial records of any kind for 2004 since the parties concluded their
> business relationship in April 2004 and, therefore, any financial records relating to
> the 2004 Alaska season are not relevant to the disputed issues in this case and not
> reasonably calculated to lead to the discovery of admissible evidence. Without
> waiving its objections, pursuant to Rule 34(b), PPI will produce reports summarizing
> income derived from its business operations in Southeast Alaska for the years 2000-
> 2003 for inspection and copying at its offices in Fort Lauderdale, Florida, on a
> mutually convenient date and time.

EXHIBIT _A -26_

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

<u>**REQUEST FOR PRODUCTION NO. 14**</u>: Please produce copies of any and all contracts, memoranda of understanding, agreements, etc. entered by and between PPI and DI, DIAK or any of their affiliates for the 2000, 2001, 2002, 2003 and 2004 Alaskan tourist seasons. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***: PPI objects to this request to the extent it seeks documents covering the 2004 Alaska reason on the grounds that such documents are not relevant nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity was terminated in April 2004 prior to the 2004 Alaska season. Without waiving its objection, pursuant to Rule 34(b), PPI will produce all non-privileged documents within its possession, custody and control covering the years 2000-2003 which are responsive to this request for inspection and copying at its offices in Fort Lauderdale, Florida, on a mutually convenient date and time.

> **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

<u>**REQUEST FOR PRODUCTION NO. 15**</u>: Please produce copies of any and all contracts, memoranda of understanding, agreements, etc., entered by and between PPI and Celebrity for the 2000, 2001, 2002, 2003 and 2004 Alaskan tourist seasons. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery

**EXHIBIT** _A-27_

requests. If you object to the production of any such item, please set forth such objection with

sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> **_RESPONSE_**: Pursuant to Rule 34(b), PPI will make all documents within its
> possession, custody and control responsive to this request available for inspection
> and copying at its offices in Fort Lauderdale, Florida, on a mutually convenient date
> and time.

**REQUEST FOR PRODUCTION NO. 16**: Please produce copies of all documents

referencing fees and commissions paid by Celebrity to PPI from January 2000 until the present,

including amounts, date paid, and characterization of payment (fee or commission). If such

documentation has not already been produced, please provide a copy of any such document with your

responses to these discovery requests. If you object to the production of any such item, please set

forth such objection with sufficient particularity to permit Celebrity to file a motion to compel

production with the Court.

> **_RESPONSE_**: Pursuant to Rule 34(b), PPI will make all documents within its
> possession, custody and control responsive to this request available for inspection
> and copying at its offices in Fort Lauderdale, Florida, on a mutually convenient date
> and time.

**REQUEST FOR PRODUCTION NO. 17**: Please produce copies of all documents

referencing fees and commissions paid by DI/DIAK to PPI from January 2000 until the present,

including amounts, date paid, and characterization of payment (fee or commission). If such

documentation has not already been produced, please provide a copy of any such document with your

responses to these discovery requests. If you object to the production of any such item, please set

forth such objection with sufficient particularity to permit Celebrity to file a motion to compel

production with the Court.

> **_RESPONSE_**: PPI objects to this request to the extent it seeks documents referencing
> fees and commissions paid by DI/DIAK to PPI for stores outside of Southeast

EXHIBIT _A-28_

Alaska. PPI further objects to this request to the extent it seeks documents from 2004 until the present on the grounds such documents are not relevant to the disputed issues in this case nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity terminated in April 2004. Without waiving its objections, pursuant to Rule 34(b), PPI will make all documents within its possession, custody and control relating to DI/DIAK's payment of fees and commissions to PPI for stores in Southeast Alaska for the years 2000-2003 available for inspection and copying at its offices in Fort Lauderdale, Florida, on a mutually convenient date and time.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 18:** Please produce organizational charts for the various entities and personnel comprising PPI and which detail such organization structure as of June 30, 2003 and June 30, 2005. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

*RESPONSE*:  Pursuant to Rule 34(b), PPI will make all documents within its possession, custody and control responsive to this request available for inspection and copying at its offices in Fort Lauderdale, Florida, on a mutually convenient date and time.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

EXHIBIT A-29

AS TO OBJECTIONS:

_____
Robert C. Gilbert

PANOFF PUBLISHING, INC.

By: _____

Print Name: _____ Irene Panoff

Title: _____ C.O.O.

STATE OF FLORIDA    )
                    )    SS.:
COUNTY OF Broward   )

The foregoing instrument was acknowledged before me this 6 day of September, 2005, by Irene Panoff, as COO of Panoff Publishing, Inc. He/she is personally known to me or has produced _____ as identification and did/did not take an oath.

_____
Notary Public
Print Name: Diane Leanzo
State of Florida at Large

My Commission Expires:

Diane Leanzo
My Commission DD240051
Expires August 10, 2007

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.,* Case No. J04-0011 Civil (RRB)
Page 30 of 32

EXHIBIT A-30

AS TO OBJECTIONS:

_____
Robert C. Gilbert


PANOFF PUBLISHING, INC.

By:_____

Print Name:_____

Title:_____


STATE OF FLORIDA                    )
                                    )    SS.:
COUNTY OF_____            )

The foregoing instrument was acknowledged before me this _____ day of September, 2005, by _____, as _____ of Panoff Publishing, Inc.  He/she is personally known to me or has produced _____ as identification and did/did not take an oath.


                                    _____
                                    Notary Public
                                    Print Name:_____
My Commission Expires:              State of Florida at Large


DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 30 of 32

**EXHIBIT** A-31

DATED this 2nd day of September, 2005.

ROBERT C. GILBERT, P.A.
220 Alhambra Circle
Suite 400
Coral Gables, FL 33134
Tel:    (305) 529-9100
Fax:    (305) 529-1612
Email: rgilblaw@aol.com

By: _____
        Robert C. Gilbert

RUDDY, BRADLEY & KOLKHORST
P.O. Box 34338
Juneau, AK 99803
Tel:    (907) 789-0047
Fax:    (907) 789-0783
Email: wgr@alaska.net

Attorneys for the PPI Group

EXHIBIT  A-32

## Certificate of Service

The undersigned hereby certifies that on this *2nd* day of September, 2005, true and correct copies of the foregoing have been furnished to the parties listed below via:

[✓] U.S. Mail            [ ] Federal Express        [ ] Hand-Delivery        [✓] E-Mail

Z. Kent Sullivan, Esq.
Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:    (907) 789-0047
Fax:    (907) 789-0783

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Tel:    (907) 258-2000
Fax:    (907) 258-2001

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
Tel:    (305) 447-9129
Fax:    (305) 246-3939

By: _____

F:\Clients\PPI\Pleadings\R-First Discovery Requests-4.wpd

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S FIRST SET OF
DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 32 of 32

EXHIBIT A-33

CONFIDENTIAL

EXHIBIT 3 A

CONFIDENTIAL

Current Employee Report
Schedule 3A
Run Date          29-Jul-05

| Name | Title/Duty | Department | DOH | Address | City | State | Zip | Phone |
|------|-----------|-----------|-----|---------|------|-------|-----|-------|
| Andrews, Joel D | Director of Video Broadcast | SALES AND MARKETING | 5/9/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Baro, Maria | Production Manager | PUBLISHING | 3/25/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bellina, Rosana C | Administrative Assistant | PORT AND SHOPPING | 6/28/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bohorquez, Carlos J | Graphics Coordinator | PORT AND SHOPPING | 4/22/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bradley, Angela L | Account Executive | PORT AND SHOPPING | 7/27/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Camacho, Alexandra M | Accountant | FINANCE | 10/13/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Cheng, Man Lai | Graphic Designer | PORT AND SHOPPING | 7/12/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Cudak, Eva L | Operations Coordinator | PORT AND SHOPPING | 11/13/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| DeLeon, Julia K | Accountant | FINANCE | 3/4/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Douthat, Linda L | VP Publishing | EXECUTIVES | 12/7/1993 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Fernandez, Jose P | VP Information Technol | EXECUTIVES | 12/20/1989 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Ferrier, Peter A | Data Base Admin | FINANCE | 11/21/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gazzola, Vivian O | Accounts Payable Clerk | FINANCE | 5/31/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Giraldo, Joyce I | Accounts Receivable Clerk | FINANCE | 4/7/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gomez, Paola | Creative Assistant | PUBLISHING | 5/20/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gonzalez-Redondo, Doris | Customer Service Mngr | PUBLISHING | 2/14/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Greaves-Gabbadon, Sarah | Copy Editor | PUBLISHING | 1/5/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Green, John A | Manager of Video Broadcast | SALES AND MARKETING | 10/4/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Jordan, William P III | Ex. Director of Sales | SALES AND MARKETING | 5/8/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Karpinen, James P | Art Director | PUBLISHING | 9/3/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Kurz, Sandra R | Business Development Mng | PORT AND SHOPPING | 1/8/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Kusuma, Catherine A | Manager Shipboard Personnel | PORT AND SHOPPING | 8/4/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Lalgri, Jeffrey | Editorial Director | PUBLISHING | 5/27/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Leanzo, Diane | Office Manager | ADMINISTRATION | 10/30/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Lewing, Steven | Accounting Clerk | FINANCE | 11/30/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Llanos, Clara E | Accounts Receivable Clerk | FINANCE | 6/16/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Mangiani, Gabriela B | Customer Service Rep | PORT AND SHOPPING | 5/16/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Marrero, Olga L | Account Executive | PORT AND SHOPPING | 9/27/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Martin, Jose L | CFO | EXECUTIVES | 7/1/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Medurga, Susanna | Sr. Accountant | FINANCE | 1/8/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Montalvo, Betty R | Customer Service Rep | PORT AND SHOPPING | 6/1/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |

CONFIDENTIAL

CONFIDENTIAL

EXHIBIT A-34

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| Moreno, Lisette | Accounting Manager | FINANCE | 2/5/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Moreno, Sarah A | Customer Service Rep | PORT AND SHOPPING | 5/2/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Ornstein, Jodi Elizabeth | Managing Editor | PUBLISHING | 9/5/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Panoff, Irene | COO | OWNER | 12/1/1988 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Panoff, William A | President/CEO | OWNER | 12/1/1988 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Perez, Angelica | Customer Service Rep | PORT AND SHOPPING | 8/19/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Pizik, Mitchell Jay | VP Sales and Marketing | EXECUTIVES | 5/2/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Pomeranz, Ina T | Executive Assistant | ADMINISTRATION | 7/11/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rivera, Alba M | Marketing Associate | PORT AND SHOPPING | 4/12/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rivera, Paolo A | Sales Coordinator | SALES AND MARKETING | 11/24/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Robinson, Tammy A | Asst. Production Manager | PUBLISHING | 5/26/1998 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Roche, Laura A | Art Director | PUBLISHING | 4/17/1995 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rodriguez, Iris M | Regional Sales Manager | SALES AND MARKETING | 4/10/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rowe, Catherine L | Designer | PUBLISHING | 1/28/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rueda, Mario A | Regional Sales Manager | SALES AND MARKETING | 1/26/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Scarpa, Anthony J | Controller | FINANCE | 6/11/1997 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Segrera, Monica P | Accountant | FINANCE | 10/6/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Sipos, Noelle M | VP Port Shopping Services | EXECUTIVES | 2/2/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Sorrentino, Felicia | Receptionist | ADMINISTRATION | 2/10/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Soto-Kleuskens, Joke | Director of Operations | PORT AND SHOPPING | 10/21/1993 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Thomas, Joseph | Regional Sales Manager | SALES AND MARKETING | 8/26/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Urbankova, Daniela | Accounting Manager | FINANCE | 6/23/1997 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Valle, Yahaira | Customer Service Rep | PORT AND SHOPPING | 11/22/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Velez, Carol Noemi | Jr. Accountant | FINANCE | 3/27/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Vesilla, Christopher L | Regional Sales Manager | SALES AND MARKETING | 3/31/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Wells, Doreen L | Account Executive | PORT AND SHOPPING | 4/15/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |



CONFIDENTIAL

EXHIBIT A-35

Current Independent Contractors PPI

CONFIDENTIAL

EXHIBIT 3B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Current | Atzenwiler | Tamara | 4169377609 | tamjlee2001@yahoo.ca | 416-787-2901 | 266 Fincham Ave. Markham, Ontario. L3P 4E6 Canada | 10/19/03 | |
| Current | Campbell | Rick | | rcampbelleventpro@yahoo.com | 305-416-5086 | 770 Claughton Island Dr.# 611 Miami FL 33131 | 4/19/03 | |
| Current | Case | Melanie | 519-317-8945 | mcase81@hotmail.com | 705-368-3300 | 34 Robinson Box 189 ONT P0P1K0 Canada | 8/3/03 | |
| Current | Chatterton | Neil | | chattertonneil@hotmail.com | 1949839241 | 15 Rowan Close, Bingham Nottingham NG13 8GL UK | 3/20/05 | |
| Current | Coats | Cynthia | 205 281 9853 | cindynjake@hotmail.com | 205-678-2023 | 118 Clairmont Rd., Sterrett, AL 35147 | 2/8/04 | |
| Current | Croker | Joanne | 619-218-2105 | krystalgirl17@hotmail.com | 11-44-2890-879189 | 67 Glenvana Drive, Glengormley, Co Antrim, Northern Ireland BT365JQ | 9/30/04 | |
| Current | daCosta | Chandra | 604 209-9953 | kozmokoala@hotmail.com | 613-729-6371 | 905 Fairlawn Ave., Ottawa Ontario K2A 3S6 | 2/29/04 | |
| Current | Farghaly | Donia | | Donia_farghaly@hotmail.com | 011-27123431127 or 011-27846060030 | 405 Arcadia Gardens, 634 Pretorius Street, Arcadia, Pretoria, Gauteng 0083 South Africa | 4/24/05 | |
| Current | Fazio, De | Rina | 407-928-3529 | redfishbluefish@aol.com | 407-895-5657 | 2407 Musselwhite Ave., Orlando, FL 32804 | 2/13/05 | |
| Current | Flynn | Tracey | 786-253-4488 | Traceyflynn@hotmail.com | 61732022332 | 5 Way Court, Silkstone Queensland, 4304 Australia PO Box 460155, Ft. Lauderdale, FL 33346 | 8/28/04 | Between 2000-2004 |
| Current | Glass | Lacey | 813 495 9039 | lace1818@aol.com | | 6181 137th Ave. N, Clearwater, FL 33760 | 3/17/03 | |
| Current | Gonyou | Rebecca | 905 988-8811 | rebecca7352@yahoo.com | 905-734-4386 | 7352 Dorchester Road, Niagara Falls, ON L2G5V9 | 1/15/04 | |
| Current | Grazioli | Fabio | 3.93496E+11 | fabiograzioli2002@virgilio.it | 3.90342E+11 | P.le Bertacchi 62, Sondrio Italy 23100 | 11/15/02 Costa | |
| Current | Greck | Harvey | (954) 483 1131 | H6666@aol.com | 305-932-6665 | 3140 SO Ocean DR. Hallandale , FL 33009 | 12/18/03 | |
| Current | Hill | Kimberly | 6462631321 or 011-44-07963833343 | kimberley_58@hotmail.com | 1215584269 | 50 Perry Street, Smethwick,West Midlands England B661DL | 7/12/04 | |
| Current | Hopkins | Chris | 1-907-738-2740 | ChrisInVancouver@Hotmail.com | 519-978-1845 | 495 Kenwood BLVD La Salle Ontario , N9J 2L8 | 6/6/03 | |

CONFIDENTIAL

EXHIBIT A-36

Current Independent Contractors PPI

CONFIDENTIAL

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|--------|-----------|------------|------------|----------------|------------|---------|--------------|---------------|
| Current | Hopkins | Kimberly | | craftybugs@yahoo.ca | 604-850-5026 | 32124 Tims Avenue, Abbotsford, BC V2T 2H4 Canada | 4/10/05 | |
| Current | Irwin | Jennifer | 786-547-9963 | jenirwin73@hotmail.com | 31 26 321-0937 | Bakkerstraaat, Arnhem 6811 EK Holland | 6/26/04 | |
| Current | Kashian | Nicole | (773) 209-6613 | Nikiko09@aol.com | 561-881 9697 | 905 Lakeshore Dr. #201, Lake Park, FL 33403 | 10/22/02 | |
| Current | Kirschner | Brianne Elaina | 250-212-4123 | briannekirschner@yahoo.com | 250-765-7638 | 2053 Garner, Kelowna BC Canada V1P 1E5 | 3/17/05 | |
| Current | Kivitt | Ivan | (305) 790-6880 | ikivitt@aol.com | 305-223-7823 | 540 NW 97 Place, Miami, FL 33172 | 5/8/02 | Between 2000-2004 |
| Current | Koolman | Kaylene | none | kkoolman@hotmail.com | 6443879583 | 88 The Esplanade, Wellington, New Zealand | 8/15/04 | |
| Current | Leininger | Robert | 310 497-5767 | thebiggestofbobs@yahoo.com | 323-227-6414 | 4962 La Calandria Way, Los Angeles, CA 90032 | 1/10/04 | Between 2000-2004 |
| Current | Lyndsey | Clayton | 305-781-2179 | claycun@hotmail.com | | 3289 Todd Rd. Prior Lake, MN 55372 | 9/12/04 | |
| Current | Manger | Kirty | 352 598-8870 | kirtymanger@gmail.com | 352-598-8870 | 2100 NE 55th St, Ocala, FL 34479 | 5/14/04 | |
| Current | Mason | Daniel | (305) 798-8360 | | 305-235-9338 | 10290 NW 9th St. Cir.#114, Miami, FL 33172 | 4/13/02 | Between 2000-2004 |
| Current | McKee | Angela | | angmckee@hotmail.com | 519-934-0745 | R.R. #4, Tara Ontario N0H 2N0 Canada | 10/22/02 | |
| Current | Miller | Philip | Amanda's 352-601-3639, 352-601-3669 | philmiller76@yahoo.com | n/a | POBox 21151, St. Petersburg, FL 33742 | 3/16/03 | |
| Current | Montee | Richard Cory | 816-868-2725 | monteercm@aol.com | 816-868-2725 | 5115 South Tierney Ct., Independence, MO 64055 | 6/5/05 | |
| Current | Motko | Lorisa | 321-217-2785 | lorisamotko@yahoo.com | 321-217-2785 | 14213 Colonial Grand Blvd., Orlando, FL 32837 | 3/20/05 | |
| Current | Nancy | Darrell | none | darellnancy@hotmail.com | 604-936-8544 | 216-555 Cottonwood Ave., Coquitlam bc V3J 2R8 Canada | 7/10/04 | |
| Current | Parks | Geoffrey | 972-453-8651 | geoffparkes@hotmail.com | 214-503-1489 | 11311 McCree Road, Dallas, TX 75238 | 5/23/04 | |
| Current | Peters | Tom | 678-464-1804 | peters_tom@hotmail.com | 770-822-9952 | 1640 Racquet Club Circle, Lawrenceville, GA 30043 | 9/23/04 | |
| Current | Sacks | Richie | (813) 3401499 | rsacks1025@aol.com | 561-642-7183 | 8064 Burlington CT Lakeworth, FL. 33467 | 7/12/03 | |

CONFIDENTIAL

EXHIBIT ___A-37___

CONFIDENTIAL

Current Independent Contractors PPI

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Current | Sadeleer, de | Michael | 604 992 9925 | thebigblueocean@hotmail.com | 604-992-2959 | 312 Fairway Dr., N. Vancouver BC  V7G 1Y6 Canada | | 4/25/02 |
| Current | Sage | Jamie | 605 929 8400 | sagejamie@yahoo.com | 605-336-9147 | 2312 E. Harriet Lea ST. Sioux Falls , SD 57103 | | 9/20/03 |
| Current | Savage | Amelia | 425-205-0467 | asavage@attwireless.blackberry.net | 425-205-0467 Paris 0113383712600 | 16724 Juanita Dr. NE #601, Kenmore, WA  98028 | | 4/24/03 |
| Current | Silva | Decio | none | decio.silva@rogers.com | 416-504-1343 | 63 Shaw St., Toronto, Ontario, M6J2W3 Canada | | 8/14/04 |
| Current | Smith | Cindy | 409-457-3649 | cinalsea@hotmail.com | 604-929-4030 | 757 SE 17th St., #101, Ft. Lauderdale, FL 33316 | | 2/7/02 |
| Current | Smith | Gail | 204 229 0954 | nclgail@hotmail.com | 204-831-3686 | 1790 #7A  Portage Ave. Winnipeg , R3J 0E9  Canada | | 9/22/03 |
| Current | Smith Boyd | Cathy | none | cathys@mb.sympatico.ca | 204-772-3942 | 3 Deer Lodge Pl., Winnipeg MB R3J 2B6 Canada | | 2/8/03 |
| Current | Tachauer | Andrew | 416-402-6665 | atachauer@hotmail.com | 905-846-6879 | 47 Braidwood Lake Rd., Brampton, Ontario  L6Z1R6 Canada | | 4/17/04 |
| Current | Thompson | Daniel | 954-559-2034 | danny_rcci@hotmail.com | 519-657-4710 | 59 Elmhurst, Komoka Ontario N0L 1R0 Canada | | 6/4/04 |
| Current | Tomso | Natashya | none | natashyatomso@hotmail.com | 780-444-4655 | 18622 74th Ave.,Edmonton,Alberta T5T5WR Canada | | 9/30/04 |
| Current | Trainer | Crissy | (604) 789-5981 | crissy_trainer@hotmail.com | 604-574-1450 | 19085 40th Avenue RR#2 Surrey, BC V3S 0L5 Canada | | 6/12/03 |
| Current | Veen | Jason | 713-702-1208 | jasonveen@hotmail.com | 604-886-0115 | 2055B West 15 Ave., Vancouver, BC Canada V6J 2L4 | | 2/23/04 |
| Current | Woodward | Linda | | lindwoody@hotmail.com | 011 44- 1594822368 | 21 West View, Cinderford Gloucestershire, GL142EP UK | | 3/11/05 |

CONFIDENTIAL

EXHIBIT A-38

CONFIDENTIAL

EXHIBIT 4A

| Full Name | Hire Date | Term Date | Department | Title/Duty | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| Past Employees | | | | | | | | | |
| Schedule 4A | | | | | | | | | |
| Run Date | 29-Jul-05 | | | | | | | | |
| Block, Julia A | 20-Jan-03 | 24-Mar-03 | PORT AND SHOPPING | Account Executive | 10350 W Cypress Court | Pembroke Pines | FL | 33026 | 954-483-1574 |
| Camera, Miriam | 12-Jun-01 | 25-Apr-04 | PORT AND SHOPPING | Administrative Assistant | 8060 Fairview Dr | Tamarac | FL | 33319 | 954-718-5181 |
| Cleto, Jorge L | 19-Nov-01 | 13-Jan-02 | PORT AND SHOPPING | Customer Service Rep | 898 NW 65th Avenue | Plantation | FL | 33317 | 954-334-8223 |
| Dannenberg, Bruno | 31-Mar-03 | 4-Aug-04 | PORT AND SHOPPING | Account Executive | 1900 SW 81 Ave., #217 | North Lauderdale | FL | 33068 | 954-597-7280 |
| Domanski, Richard S | 24-Sep-01 | 27-Feb-04 | PORT AND SHOPPING | Promotional Manager | 921 NW 85th Terrace #1211 | Plantation | FL | 33324 | 305-519-4788 |
| Estrada, Kimberley G | 21-Jul-03 | 20-Sep-04 | PORT AND SHOPPING | Customer Service Rep | 1370 NE 23rd Ct | Pompano Beach | FL | 33064 | 954-785-3377 |
| Feldman, Alica L | 25-Sep-00 | 3-Jun-02 | FINANCE | Account Receivable Clerk | 3940 Inverrary Blvd Apt 202A | Lauderhill | FL | 33319 | 954-739-9781 |
| Figliolini, Marie E | 14-May-03 | 10-Oct-03 | PORT AND SHOPPING | Customer Service Rep | 2929 NE 49 Street Apt # 20 | Fort Lauderdale | FL | 33308 | 954-202-6855 |
| Gimenez, Severine | 20-Nov-02 | 13-Feb-04 | FINANCE | Financial Analyst | 1075 Riverside Drive apt 505 | Coral Springs | FL | 33071 | 954-255-9771 |
| Gordon, Marc C | 1-Nov-01 | 3-Apr-02 | SALES & MARKETING | Account Executive | 3577 Loquat Avenue | Miami | FL | 33133 | 305-447-1294 |
| Grizzle, Ralph E | 21-Apr-03 | 27-May-04 | PUBLISHING | Editor | 28 Kenilworth Road | Asheville | NC | 28803 | 828-252-8757 |
| Hernandez, Luis M | 2-Feb-04 | 24-Apr-04 | PORT AND SHOPPING | Graphic Designer | 9425 Fontainbleau Blvd #109 | Miami | FL | 33172 | 305-490-3367 |
| Hersh, Adam J | 7-Nov-03 | 18-Nov-03 | SALES & MARKETING | Administrative Assistant | 8103 NW 101 Ave | Tamarac | FL | 33321 | 954-722-7397 |
| Hincapie, Beatriz E | 20-Mar-02 | 3-Jun-02 | PORT AND SHOPPING | Customer Service Rep | 5801 NW 57 Ct IC202 | Tamarac | FL | 33319 | 954-718-1513 |
| Johnson, Norma L | 19-Jun-02 | 21-Aug-04 | PORT AND SHOPPING | Customer Service Rep | 8002 Lagos De Campo Blvd Apt | Tamarac | FL | 33321 | 954-817-5616 |
| Jones, Darlene F | 30-Jul-01 | 2-Jul-05 | FINANCE | Financial Analyst | 561 Vintage Pointe Run | Mableton | GA | 30126 | |
| Kumarova, Myra G | 22-Jul-03 | 26-Jan-04 | PORT AND SHOPPING | Graphic Designer Assistant | 2800 N Palm Aire Drive Apt 305 | Pompano Beach | FL | 33069 | 954-960-9948 |
| Leflwich, Robert L II | 4-Jun-01 | 27-Aug-03 | SALES & MARKETING | Manager Video Broadcasting | 1581 Brickell Ave PH T107 | Miami | FL | 33129 | 305-868-1627 |
| Liem, Lourdes C | 26-Mar-01 | 2-Aug-03 | ADMINISTRATION | Executive Assistant, President | 341 SW 10 Terrace | Hallandale | FL | 33009 | 954-456-8804 |
| Lunan, Donnamarie N | 24-Jul-01 | 28-Jan-02 | PORT AND SHOPPING | Customer Service Rep | 7909 Venetian Street | Miramar | FL | 33023 | 954-983-8502 |
| Maceda, Jacqueline | 14-May-01 | 2-Oct-04 | PORT AND SHOPPING | Account Executive | 683 NW 88th Dr | Coral Springs | FL | 33071 | 954-341-1288 |
| McGrath, Joseph V | 14-May-01 | 3-Jan-04 | EXECUTIVES | VP Port and Shopping Services | 19390 Collins Ave #1506 | Sunny Isles Beach | FL | 33160 | 305-468-1787 |
| Meredith, Terri A | 3-Aug-01 | 18-May-02 | ADMINISTRATION | Administrative Assistant | 4540 NW 36th St #312 | Lauderdale Lakes | FL | 33319 | 954-731-8315 |
| Merenda, Lucille Alexis | 22-Mar-99 | 14-Jan-03 | ADMINISTRATION | Receptionist | 411 NW 135th Way | Plantation | FL | 33325 | 954-236-7986 |
| Moseley, Jeffrey Scott | 23-Feb-03 | 16-Feb-02 | FINANCE | Account Executive | 1301 St Tropez Cir Apt 2108 | Weston | FL | 33326 | 954-446-6877 |
| Muffarrij, Mounir I | 1-Nov-95 | 16-Feb-02 | FINANCE | CFO | 8430 SW 43rd Terr | Davie | FL | 33314 | 954-689-7187 |
| Perez, Deborah P | 15-Jan-04 | 23-Feb-04 | PORT AND SHOPPING | Administrative Assistant | 3722 SW 60th Ave | Fort Lauderdale | FL | 33309 | 954-730-3393 |
| Pfunder, Patricia M | 14-Nov-01 | 22-Mar-04 | SALES & MARKETING | Account Executive | 111 Lake Emerald Dr. #105 | Pembroke Pines | FL | 33028 | 954-433-8082 |
| Piatt, Juliette | 18-Jul-01 | 13-Jan-02 | ADMINISTRATION | Administrative Assistant | 111 NW 151st Ave | Hollywood | FL | 33024 | 954-981-6087 |
| Quinones, Heather E | 4-Aug-03 | 9-Feb-04 | FINANCE | Accountant | 6631 Harding Street | Miami | FL | 33137 | 954-438-8311 |
| Rahming, Tricia D | 6-Aug-01 | 4-Jul-02 | SALES & MARKETING | Account Executive | 135 NE 45 Street | Miami | FL | 33312 | 954-966-6320 |
| Reed, Gayle R | 11-Oct-01 | 10-Apr-04 | PORT AND SHOPPING | Onboard Staff Co-ordinator | 5021 SW 32 Terrace | Dania | FL | | |

CONFIDENTIAL

EXHIBIT A-39

| Name | | | Department | Title | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| Rim, Dale | 20-Apr-98 | 24-May-03 | PUBLISHING | Editorial Director | 19610 E Country Club Dr | Aventura | FL | 33180 | 305-682-3660 |
| Risucci, Michael John | 17-Jun-02 | 21-Oct-02 | SALES & MARKETING | Account Executive | 674 Kellstadt St NW | Port Charlotte | FL | 33952 | 941-629-8120 |
| Rodriguez, Julio J | 28-Jul-03 | 8-May-04 | ADMINISTRATION | Executive Assistant, President | 13230 NW 4 Terrace | Miami | FL | 33182 | 305-221-9111 |
| Selleck, Robin | 1/1/2000 | 6/1/2001 | PORT AND SHOPPING | Account Executive | 1337 Majesty Terrace | Weston | FL | 33327 | 954-217-5068 |
| Sotelo, Adolfo | 19-Mar-01 | 28-Jan-02 | FINANCE | Accounting Manager | 1950 S Ocean Dr Apt 18H | Hallandale | FL | 33009 | 954-454-8419 |
| VanBrunt, Deborah Ann | 21-Feb-01 | 17-Jun-02 | PORT AND SHOPPING | Customer Service Rep | 5190 NW 122nd Ave | Coral Springs | FL | 33076 | 954-340-5642 |
| Venezia, Denise | 5-Dec-00 | 11-Mar-02 | PORT AND SHOPPING | Customer Service Rep | 6061 Old Ct Rd #205 | Boca Raton | FL | 33433 | 561-955-9420 |
| Williams, Dalvin A | 9-Jul-01 | 5-May-05 | FINANCE | Accountant | 2006 NE 40th Road | Homestead | FL | 33033 | 305-245-0877 |

CONFIDENTIAL

CONFIDENTIAL

EXHIBIT  A-40

Former Independent Contractors - PPI

CONFIDENTIAL

EXHIBIT 4B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Former | Armstrong | Carole | (217) 816-6746 | buythebook 62704@yahoo.com | 217-787-0830 | 2568 Cherry Rd, Springfield, IL 62704 | 10/6/02 | Between 2000-2004 |
| Former | Balzer | Jill | 954 609 0148 | killlbalzer@comcast.net | 604-469-8437 | c/o 315-255 Newport Drive, Port Moody, BC V3H 5H1 | 1/19/02 | Between 2000-2004 |
| Former | Bottaro | Davide | 39 3289421753 | davide.botta@inwind.it | 39 0499700921 | Via Castello, 47 , 35028 Piove Di Sacco, Padova Italia | 12/11/04 | Costa |
| Former | Bumgardner | Donna | (850) 450-4827 | owlwander@yahoo.com | | | 2/15/02 | Between 2000-2004 |
| Former | Casperson | Debbie | 321 217 3527 | debbiesea@cfl.rr.com | 321-724-1197 | 223 Surf Rd, Melbourne Beach, FL 32951 | 7/13/03 | Between 2000-2004 |
| Former | Cauchi | Tara | 905 259-2340 | TaraCauchi@yahoo.ca | 905-434-5088 | 11 George Reynolds DR. Courtice, Ontario. L1E 1Z7 | 10/9/03 | Between 2000-2004 |
| Former | Chadwick | Stuart | 305 491 0236 | smcatsea@yahoo.co.uk | 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-554639 | 49 Sandringham Dr, Paignton Devon, England, TQ3 1HR | 4/24/03 | Between 2000-2004 |
| Former | Chewka | Christie | 954 816-3303 | christiechewka@hotmail.com | 905-681-2720 | 362 King Street E. Toronto ON, M5A 1K9 Canada | 6/8/03 | Between 2000-2004 |
| Former | Coates | Sean | 613 760-1654 | coatais@yahoo.ca | 613-825-1267/ 613-825-9363 | 12 Wellfleet Cres Ottawa Ontario, K2J 2X7 Canada | 9/12/03 | Between 2000-2004 |
| Former | Cohen | Jay | (416) 275 3808 | none | 905-886-3808 | 21 Windsor Ct Rd, Thornhill, Ontario, L3T 4Y4 Canada | 2/24/02 | Between 2000-2004 |
| Former | Connie Leis | Connie | 519-722-2661 | Connie_leis@hotmail.com | 519-656-2611 | 5199 Wilmot Easthope Rd, RR1 Wellesley, Ontario N0B 2T0 Canada | 11/27/04 | Between 2000-2004 |
| Former | Cortez | Paul | 562-212-4115 | pablobrazil@yahoo.com | 307-721-4856 | 555 Maine Ave #225, CA 90802 | 3/26/02 | Between 2000-2004 |
| Former | D'Agostino | Cecilia | 416 629-8004 | cecilladago@yahoo.ca | 905-883-4368 | 170 May Avenue, Richmond Hill, Ontario L4C 3S6 | 6/4/04 | Between 2000-2004 |
| Former | Delorme | Courtney | | bonifa83@hotmail.com | 613-936-1180 | 14 Fifth St. West Cornwall, Ontario, K6J 2T4, Canada | 3/17/04 | Between 2000-2004 |
| Former | Denton | Ian | none | Ian_Denton@yahoo.com.au | 612-941-7005 | C/- 19 Dulwich Road, Chatswood NSW 2067, Australia | 12/7/03 | Between 2000-2004 |
| Former | Dyck | Erin | 604-786-7946 | erindyck@hotmail.com | 604-576-6288 | 18311-56A Ave., Surrey BC, Canada V3S6G2 | 9/18/04 | Between 2000-2004 |
| Former | Ellis | Christina | 954 557-7142 | tchwapprs@hotmail.com | 360-793-8810 | PO Box 1083, 14920 Ley Rd., Gold Bar, WA 98251 | 3/6/04 | Between 2000-2004 |
| Former | Gastaldello | Eros | 39 3495634785 | Gastaldelloeros@yahoo.it | 39042450065 | Via T. Tasso 50, Rosa (Vicenza) 36027 Italy | 12/7/03 | Costa |

CONFIDENTIAL

EXHIBIT A-41

CONFIDENTIAL

Former Independent Contractors - PPI

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|--------|-----------|------------|------------|----------------|------------|---------|--------------|---------------|
| Former | Gauthier | Christine | none | pierretteg@yahoo.com | 306-949-2598 | 3125 Truesdale Drive East, Regina, SK, S4Y 2P6, Canada | 4/7/02 | Between 2000-2004 |
| Former | Gruesbeck | Brooke | none | brookebowers@aol.com | 517-663-8934 | 6711 Peck Rd., Eaton Rapids, MI 48827 | 9/21/03 | Between 2000-2004 |
| Former | Haugsness | Sean | 850 445 7495 | smvh59@hotmail.com | 954-895-4874 | Calle 50 C Av 8, Merida, Mexico | 11/24/02 | Between 2000-2004 |
| Former | Hogg | Donna | none | dmhogg04@yahoo.com | n/a | 1133 N. Dearborne St. #2910, Chicago, IL 60610 | 2/21/04 | Between 2000-2004 |
| Former | Horan | Joseph | none | josepht@aol.com | | | 9/21/03 | Between 2000-200C |
| Former | Jenkins | Brent | 305 761 3662 | brentjenks@yahoo.ca | 306-865-2153 | Box 1647 Hudson Bay, SK S0E 0Y0, Canada | 9/6/03 | Between 2000-2004 |
| Former | Johnson | Gary | 954-336-7536 | ggjohnson@hotmail.com | 604-277-7757 | 1027 Davie St. Vancouver BC V6E 4L2, Canada | 2/22/04 | Between 2000-2004 |
| Former | Junkin | Tamara | 443-373-1697 | tamarajunkin@hotmail.com | 905-881-6080 | 88 Holm Cres., Thornhill, Ontario L3T5J3 Canada | 8/19/04 | Between 2000-2004 |
| Former | Kirkeeng | Shari | (239) 272 2166 | swingtastic@hotmail.com | | 27959 Lime St, Bonita Springs, FL 34135 | 5/17/03 | Between 2000-2004 |
| Former | Kuhn | Gerrit | 083 655 1924 | gerri2cruise@yahoo.com | 011-021-8730444 | Bain St, 73A Wellington, South Africa, 7655 | 3/16/03 | Between 2000-2004 |
| Former | Latimer | Anthony | 011 44 7789-260766 | none | | 20 Thornborough, Market Harborough, Leicestershire, UK LE16 8BE | 6/28/03 | Between 2000-2004 |
| Former | Leary | James | (509) 771 6777 | jimboleary@aol.com | | 1855 N. Fairview, Apt. 126, Houston, TX 77057 | 6/22/03 | Between 2000-2004 |
| Former | Locke | Rob | | mail@roblocke.com | 866-789-5550 | 5313 Archstone Drive, #208 | 9/1/03 | thru 05/27/04 |
| Former | Lummiss | Sandra | none | slummiss@yahoo.com | 604-575-2474 | 16623 61st Ave. Surrey, British Columbia , V3S 1W2 | 2/22/04 | Between 2000-2004 |
| Former | MacDougall | Angela | 954 540-2282 | ahgelamacdougall@hotmail.com | 011-44-0198063 | Chapel Cottage, Watergate Lane, Bulford, Salisbury, Wilts, SP4 9DY, UK | 1/21/03 | Between 2000-2004 |
| Former | Masse | Margo | 954 290-3818 | margoatsea@yahoo.com | 954-401-7015 | 64 Catcay CT. Dania FL 33004 | 1/4/02 | Between 2000-2004 |
| Former | Mayberry | Jonathan | 305 785 2025 | jmaybes@yahoo.com | 305-785-2025 | 233 27th St #1d, Miami Beach, FL 33140 | 2/9/04 | Between 2000-2004 |
| Former | McCrystal | James | (954) 646-1455 | jiimymac@hotmail.com | 954-768-9537 | 1411 SW 29 ST Fort Lauderdale FL. 33315 | 11/23/02 | Between 2000-2004 |

CONFIDENTIAL

EXHIBIT A-42

Former Independent Contractors - PPI

CONFIDENTIAL

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|--------|-----------|------------|------------|----------------|------------|---------|--------------|---------------|
| Former | Miller | Rick | (941) 545-4634 | rmmnobody@hotmail.com | 941-545-4634 | PO Box 8454, Madeira Beach, FL 33738 | 1994? | Between 2000-2004 |
| Former | Molto | Mandy | | mandymolto@hotmail.com | 305-893-7501 | 12000 North Bayshore Drive, Apt 301, Miami, Fl 33181 | 3/10/02 | Between 2002-2003 |
| Former | Moseley | Jeff | 941 839 6192 | jeffsupershopper@yahoo.com | 334-277-4273 | 1007 North American Way, Suite 100 PMB#370, Miami, FL 33132 | 7/14/02 | Between 2000-2004 |
| Former | Murphy | Edward | (305) 801 4610 | flpol136@yahoo.com | 305-672-7307 | 335 Ocean Drive Apt 133, Miami, FL 33139 | 1/6/04 | Between 2000-2004 |
| Former | Murphy | Paula | | paula_murphy@hotmail.com | 604-946-7128 | 5130 Westminster Ave, Delta BC, V4K 2J2, Canada | 8/8/04 | Between 2000-2004 |
| Former | Mylrea | Derek | 416 561-7111 | derekmlrea@HOTMAIL.COM | 416-460-8667 | 119 Hallam Street OT, M6H 1W9 Canada | 9/30/01 | Between 2000-2004 |
| Former | Nazur | Maria | (646) 872-3049 | mfnazur@aol.com | 718-833-8452 | 120 Geiston Ave Brooklyn, NY 11209 | 11/30/01 | Between 2000-2004 |
| Former | Ordogh | Gail | (416) 988 4492 | gailgabrielle@hotmail.com | 905-881-6888 | 44 FairFax CRT, Thornhill Ontario L4J 7S1 | 10/25/03 | Between 2000-2004 |
| Former | Palm | Vance | 661 978 3299 | vancepalm@yahoo.com | 661-325-5473 | 130 Pacific St., Bakersfield, CA 93305 | 2/29/04 | Between 2000-2004 |
| Former | Patino | Francisco | | flpaco99@yahoo.com | 305-949-1708 | 18858 NE 18th Ave, Apt 104 NMB, FL 33179 | 4/20/04 | Between 2000-2004 |
| Former | Paulo | Antonio | none | gonzalobelize@hotmail.com | 210865444 (351) | Av. Luis de Camoes, 34-8B, Miratejo, 2855-121 Corroios Portugal | 12/30/02 | Between 2000-2004 |
| Former | Pettiford | Atonia | 917 603 6392 | none | 718-527-4666 | 176-43 130th Ave, Jamaica, NY 11434 | 10/25/03 | Between 2000-200? |
| Former | Quayle | Christine | 604-767-2934 | cquayle26@aol.com | 604-688-2934 | Unit 414  Bldg. 1236, W. 8th Ave., Vancouver BC, Canada V6H3Y9 | 9/26/04 | Between 2000-2004 |
| Former | Richardson | Eddie | 970-310-5365 | cruisecowboy@aol.com | 970-667-2712 | 850 S Lincoln Ave, Larimer, CO 80537 | 5/1/02 | Between 2000-2004 |
| Former | Richer | David | (786) 525-4515 | richervoice@hotmail.com | 506-289-4221 | Alto Las Palamos 100n-100E Escazu, San Jose, Costa Rica | 8/24/03 | Between 2000-2004 |
| Former | Robertson | Claire | 604-719-2177 | Claire.robertson@shaw.ca | n/a | 843 Prospect Avenue, North Vancouver British Columbia, Canada V7R 2M2 | 4/2/04 | Between 2000-2004 |
| Former | Ross | Rob | 561 523-6155 | robross88@msn.com | 561-752-5562 | 10074 Stonehenge Cir. #209 Boyton Beach, FL 33437 | 3/21/04 | Between 2000-2004 |
| Former | Rudan | Simo | 905 988-8811 | Srudan@cogeco.ca | 905-356-3451 | 6512 Glengate St, Niagara Falls, Ontario, L2E 5S7, Canada | 1/15/04 | Between 2000-2004 |

EXHIBIT A-43

Former Independent Contractors - PPI

CONFIDENTIAL

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Former | Schenk | Melissa | (519) 276 0006 | m_schenk21@hotmail.com | 519-272-0553 | 89 Sir Adam Beck Road, Stratford, ON N5A 8B9 | 6/18/03 | Between 2000-2004 |
| Former | Secord | Jason | none | zekeman2@hotmail.com | 506-658-1510 | 456 Ragged Pt. Road, Saint John, New Brunswick E2K5C7 Canada | 10/9/02 | Between 2000-2004 |
| Former | Servais | Cameron | 250 208-3526 | nanabijou68@yahoo.com | n/a | 107-1945 Maple Ave. S., Sooke BC V0S 1N0 | 3/10/04 | Between 2000-2004 |
| Former | Sharman | Randy | | rsharman@yahoo.com | 403-246-5076 | #22 3809 45th St., SW, Calfary, AB T3E 3H4, Canada | 10/1/01 | Between 2000-2004 |
| Former | Shook | Holly | 206-390-3512 | hshook67@yahoo.com | 253-395-1118 | 22227 42nd Ave south #202 Kent, Washington, 98032 | 5/2/04 | Between 2000-2004 |
| Former | Shuler | Robin | 786-556-1250 | robinshuler@hotmail.com | 267-546-4596 | Route 1 Box 25, Dryden, VA 24243 | 10/12/03 | Between 2000-2004 |
| Former | Solomons | Emma | | emmastorm@canadianradio.com | 604-739-2040 | 3140 West 5th Ave, Vancouver BC V6K 1V2, Canada | 3/6/04 | Between 2000-2004 |
| Former | Staton | Adrian | (843) 200 4302 | adrianstaton@yahoo.com | 843-851-7500 | 9564 Markley Blvd., Summerville, SC 29485 | 3/13/02 | Between 2000-2004 |
| Former | Tabler | Don | (609) 529 2500 | dbtabler@yahoo.com | 609-799-5268 | 7518 Tamarrow Dr., Plainsboro, NJ 08536 | 12/23/03 | Between 2000-2004 |
| Former | Tenczar | Jeannine | 910-322-8027 | joliver919@aol.com | 301-963-5753 | 426 Belle Grove Rd, Gaithersburg, MD 20877 | 8/10/03 | Between 2000-2004 |
| Former | Thibaudeau | Jonathan | | tjbnasty@hotmail.com | 519-371-6362 | 1495 13th Ave East, Owen Sound Ontario, N4K6L3 Canada | 12/13/03 | Between 2000-2004 |
| Former | Timms | Tiffani | 604-506-8620 | tiffani77@hotmail.com | 604-594-6852 | 11784 64B Ave., North Delta BC, Canada V4E-2L3 | 12/16/04 | Between 2000-2004 |
| Former | Toti | Jami | (248) 613-9242 | chaziami@pocketmail.com | 248-681-2222 | 30792 Palmer Drive, Detroit MI | 12/5/01 | Between 2000-2004 |
| Former | Ulrich | David | 612 384 3217 | hostofatvshow@hotmail.com | none | 110 1st Ave. NE Minneapolis,MN 55413 | 9/20/03 | Between 2000-2004 |
| Former | Wade | Adrienne | 425-238-9274 | adrienne_6@hotmail.com | 360-654-8125 | 8410 Wayne Ave, Stawood WA, 98292 | 4/3/04 | Between 2000-2004 |
| Former | Wesci | Richard | 305-773-0920 | | 305-822-4300 | 15940 NW 83rd Ave, Miami Lakes, FL | 11/3/01 | Between 2000-2004 |

CONFIDENTIAL

EXHIBIT A-44