objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

    **_RESPONSE_**:  None – see response to interrogatory no. 7.

    **REQUEST FOR PRODUCTION NO. 5**: Please produce any documents, data or tangible items referenced in PPI's response to the interrogatories identified above, including but not limited to, correspondence, reports, investigations, records, photographs, drawings, diagrams, billings, notes of telephone conversations, and any exhibits to be used at trial.  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

    **_RESPONSE_**:  PPI objects to this request to the extent it seeks documents protected from disclosure based on the attorney-client and work-product privileges. PPI will provide a privilege log. PPI further objects to this request in that it is overbroad and vague. Without waiving its objection, PPI will make available for inspection and copying all non-privileged documents within its possession, custody and control responsive to this request, except those documents relating to interrogatory nos. 7, 15, 17 and 20 based on the objections asserted therein.

    **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's  Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

    **REQUEST FOR PRODUCTION NO. 6**: Please provide copies of the "DYNAMITE new sheet that explains all of this quality stuff in writing" as referenced in the e-mail from Rick Domanski to Amsterdam PSA, *et al.*, dated July 31, 2003, and as attached to Celebrity's amended complaint as Exhibit "7."  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the

**EXHIBIT**  C -26

production of any such item, please set forth such objection with sufficient particularity to permit

Celebrity to file a motion to compel production with the Court.

    *RESPONSE*: PPI is unaware of any "DYNAMITE" new sheet and, therefore, is unable to produce such document.

    **REQUEST FOR PRODUCTION NO. 7**: Please produce any and all documentation

demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales

techniques, including that Celebrity only purchases diamonds from a pool of diamonds that DI has

already rejected out of hand. If such documentation has not already been produced, please provide

a copy of any such document with your responses to these discovery requests. If you object to the

production of any such item, please set forth such objection with sufficient particularity to permit

Celebrity to file a motion to compel production with the Court.

    *RESPONSE*: None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

    **REQUEST FOR PRODUCTION NO. 8**: Please produce any and all documentation

demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales

techniques, including that Celebrity sells brown diamonds tricked up with enhancement settings and

super yellow mixed gold, flashing laser cut gold, etc. If such documentation has not already been

produced, please provide a copy of any such document with your responses to these discovery

requests. If you object to the production of any such item, please set forth such objection with

sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

    *RESPONSE*: None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

    **REQUEST FOR PRODUCTION NO. 9**: Please produce any and all documentation

demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales

DEFENDANT PPI GROUP'S AMENDED AND SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 27 of 35

**EXHIBIT** _C-27_

techniques, including that Celebrity enhances the appearance of such inferior diamonds by utilizing

deceptive Kleig/Halogen lights. If such documentation has not already been produced, please

provide a copy of any such document with your responses to these discovery requests. If you object

to the production of any such item, please set forth such objection with sufficient particularity to

permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 10**:  Please produce any and all documentation

demonstrating that Celebrity allegedly utilizes merchandise of inferior quality and/or deceptive sales

techniques, including that Celebrity deceptively groups together a bunch of industrial grade tiny

diamonds that contain hard to see black sports or brown tint. If such documentation has not already

been produced, please provide a copy of any such document with your responses to these discovery

requests. If you object to the production of any such item, please set forth such objection with

sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 13.

**REQUEST FOR PRODUCTION NO. 11**:  Please produce all internal e-mails, letters,

documentation, etc., referencing "the DI/TI Alaskan Rescue Plan" as referenced in e-mails attached

to Celebrity's amended complaint. If such documentation has not already been produced, please

provide a copy of any such document with your responses to these discovery requests. If you object

to the production of any such item, please set forth such objection with sufficient particularity to

permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***:  None other than emails attached to Celebrity's complaint; see response to interrogatory no. 6.

DEFENDANT PPI GROUP'S AMENDED AND SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 28 of 35

**EXHIBIT** _C -28_

**REQUEST FOR PRODUCTION NO. 12**: Please produce any documents, data or tangible items referenced in PPI's initial disclosures and any supplements thereto, including but not limited to, correspondence, reports, investigations, records, photographs, drawings, diagrams, billings, notes of telephone conversations, and any exhibits to be used at trial. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> *RESPONSE*: PPI objects to this request to the extent it seeks documents protected from disclosure based on the attorney-client and work-product privileges. PPI will provide a privilege log. PPI further objects to this request seeking production of "any exhibits to be used at trial" in that discovery is still in its infancy and PPI's counsel has not determined which exhibits it intends to use at trial. Without waiving its objection, PPI will make available for inspection and copying all non-privileged documents within its possession, custody and control responsive to this request.

> **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 13**: Please produce PPI's audited and unaudited financial statements, tax returns, and any other documentation summarizing income derived from its business activities in Southeast Alaska for the 2000, 2001, 2002, 2003 and 2004 tax years. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> *RESPONSE*: PPI objects to this request as overbroad and burdensome to the extent it seeks production of financial statements and tax returns in that such documents are not limited to PPI's business operations in Southeast Alaska. PPI further objects to

EXHIBIT ___C-29___

the request for financial records of any kind for 2004 since the parties concluded their business relationship in April 2004 and, therefore, any financial records relating to the 2004 Alaska season are not relevant to the disputed issues in this case and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving its objections, PPI will make available for inspection and copying reports summarizing income derived from its business operations in Southeast Alaska for the years 2000-2004.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 14:** Please produce copies of any and all contracts, memoranda of understanding, agreements, etc. entered by and between PPI and DI, DIAK or any of their affiliates for the 2000, 2001, 2002, 2003 and 2004 Alaskan tourist seasons. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

**_RESPONSE_**: PPI objects to this request to the extent it seeks documents covering the 2004 Alaska season on the grounds that such documents are not relevant nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity was terminated in April 2004 prior to the 2004 Alaska season. PPI will provide a privilege log. Without waiving its objection, PPI will make available for inspection and copying all non-privileged documents responsive to this request within its possession, custody and control covering the years 2000-2004.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 15:** Please produce copies of any and all contracts, memoranda of understanding, agreements, etc., entered by and between PPI and Celebrity for the

EXHIBIT _C -30_

2000, 2001, 2002, 2003 and 2004 Alaskan tourist seasons.  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***:  PPI will make available for inspection and copying all documents within its possession, custody and control responsive to this request.

**REQUEST FOR PRODUCTION NO. 16**:  Please produce copies of all documents referencing fees and commissions paid by Celebrity to PPI from January 2000 until the present, including amounts, date paid, and characterization of payment (fee or commission).  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***:  PPI will make available for inspection and copying all documents within its possession, custody and control responsive to this request.

**REQUEST FOR PRODUCTION NO. 17**:  Please produce copies of all documents referencing fees and commissions paid by DI/DIAK to PPI from January 2000 until the present, including amounts, date paid, and characterization of payment (fee or commission).  If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests.  If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> ***RESPONSE***: PPI objects to this request to the extent it seeks documents referencing fees and commissions paid by DI/DIAK to PPI for stores outside of Southeast

DEFENDANT PPI GROUP'S AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 31 of 35

**EXHIBIT** ___C -31___

Alaska. PPI further objects to this request to the extent it seeks documents from 2004 until the present on the grounds such documents are not relevant to the disputed issues in this case nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity terminated in April 2004. Without waiving its objections, PPI will make available for inspection and copying all documents within its possession, custody and control relating to DI/DIAK's payment of fees and commissions to PPI for stores in Southeast Alaska for the years 2000-2004.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 18**:  Please produce organizational charts for the various entities and personnel comprising PPI and which detail such organization structure as of June 30, 2003 and June 30, 2005. If such documentation has not already been produced, please provide a copy of any such document with your responses to these discovery requests. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

*RESPONSE*:  PPI will make available for inspection and copying all documents within its possession, custody and control responsive to this request.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

EXHIBIT _C-32_

AS TO OBJECTIONS:

_____
Robert C. Gilbert


PANOFF PUBLISHING, INC.

By: _____

Print Name: __Irene Panoff_____

Title: __Chief Operating Officer_____


STATE OF FLORIDA            )
                            )    SS.:
COUNTY OF MIAMI-DADE        )

    The foregoing instrument was acknowledged before me this __15__ day of December, 2005, by Irene Panoff, as Chief Operating Officer of Panoff Publishing, Inc. She is personally known to me or has produced _____ as identification and did/did not take an oath.



_____
Notary Public
Print Name: _Diane Leanzo_____
State of Florida at Large

My Commission Expires: __8/10/07__

Diane Leanzo
My Commission DD240051
Expires August 10, 2007

EXHIBIT __C-33__

AS TO OBJECTIONS:

Robert C. Gilbert

PANOFF PUBLISHING, INC.

By:_____

Print Name:__Irene Panoff_____

Title:__Chief Operating Officer_____

STATE OF FLORIDA            )
                            )    SS.:
COUNTY OF MIAMI-DADE        )

        The foregoing instrument was acknowledged before me this _____ day of December, 2005, by Irene Panoff, as Chief Operating Officer of Panoff Publishing, Inc. She is personally known to me or has produced _____ as identification and did/did not take an oath.

                                        _____
                                        Notary Public
                                        Print Name:_____
My Commission Expires:                  State of Florida at Large

EXHIBIT __C-34__

DATED this 22nd day of November, 2005.

> ROBERT C. GILBERT, P.A.
> 220 Alhambra Circle
> Suite 400
> Coral Gables, FL 33134
> Tel:   (305) 529-9100
> Fax:   (305) 529-1612
> Email: rgilblaw@aol.com
>
>
> By: _____
>        Robert C. Gilbert
>
> RUDDY, BRADLEY & KOLKHORST
> P.O. Box 34338
> Juneau, AK 99803
> Tel:   (907) 789-0047
> Fax:   (907) 789-0783
> Email: wgr@alaska.net
>
> Attorneys for the PPI Group

DEFENDANT PPI GROUP'S AMENDED AND SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 34 of 35

EXHIBIT  C-35

## Certificate of Service

The undersigned hereby certifies that on this 22nd day of November, 2005, true and correct copies of the foregoing have been furnished to the parties listed below via:

[X] U.S. Mail          [ ] Federal Express          [ ] Hand-Delivery          [X] E-Mail

Z. Kent Sullivan, Esq.
Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:    (907) 789-0047
Fax:    (907) 789-0783

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Tel:    (907) 258-2000
Fax:    (907) 258-2001

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
Tel:    (305) 447-9129
Fax:    (305) 246-3939

By: _____

F:\Clients\PPI\Pleadings\R-First Discovery Requests-4 (Amended).wpd

DEFENDANT PPI GROUP'S AMENDED AND SUPPLEMENTAL
RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 Civil (RRB)
Page 35 of 35

EXHIBIT __C-36__

SCHEDULE 3A

Current Employee Report
Schedule 3A
Run Date  29-Jul-05

| Name | Title/Duty | Department | DOH | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|
| Andrews, Joel D | Director of Video Broadcast | SALES AND MARKETING | 5/9/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Baro, Maria | Production Manager | PUBLISHING | 3/25/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bellina, Rosana E | Administrative Assistant | PORT AND SHOPPING | 6/28/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bohorquez, Carlos J | Graphics Coordinator | PORT AND SHOPPING | 4/22/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Bradley, Angela L | Account Executive | PORT AND SHOPPING | 7/27/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377- |
| Camacho, Alexandra M | Accountant | FINANCE | 10/13/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Cheng, Man Lai | Graphic Designer | PORT AND SHOPPING | 7/12/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Cudak, Eva L | Operations Coordinator | PORT AND SHOPPING | 11/13/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| DeLeon, Julia K | Accountant | FINANCE | 3/4/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Douthat, Linda L | VP Publishing | EXECUTIVES | 12/7/1993 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Fernandez, Jose P | VP Information Technol | EXECUTIVES | 12/20/1999 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Ferrier, Peter A | Data Base Admin | FINANCE | 11/2/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gazzola, Vivian O | Accounts Payable Clerk | FINANCE | 5/31/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Giraldo, Joyce I | Accounts Receivable Clerk | FINANCE | 4/7/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gomez, Paola | Creative Assistant | PUBLISHING | 5/20/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Gonzalez-Redondo, Doris | Customer Service Mngr | PORT AND SHOPPING | 2/14/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Greaves-Gabbadon, Sarah | Copy Editor | PUBLISHING | 1/5/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Green, John A | Manager of Video Broadcast | SALES AND MARKETING | 10/4/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Jordan, William P III | Ex. Director of Sales | SALES AND MARKETING | 5/8/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Karpinen, James P | Art Director | PUBLISHING | 9/3/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Kurz, Sandra R | Business Development Mng | PORT AND SHOPPING | 1/8/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377- |
| Kusuma, Catherine A | Manager Shipboard Personnel | PORT AND SHOPPING | 8/4/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Laign, Jeffrey | Editorial Director | PUBLISHING | 5/27/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Leanzo, Diane | Office Manager | ADMINISTRATION | 10/30/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Lewing, Steven | Accounting Clerk | FINANCE | 11/30/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Llanos, Clara E | Accounts Receivable Clerk | FINANCE | 6/16/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Mangeni, Gabriela B | Customer Service Rep | PORT AND SHOPPING | 5/16/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Marrero, Olga L | Account Executive | PORT AND SHOPPING | 9/27/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Martin, Jose I | CFO | EXECUTIVES | 7/1/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Medurga, Susanna | Sr. Accountant | FINANCE | 1/8/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Montalvo, Betty R | Customer Service Rep | PORT AND SHOPPING | 6/1/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |

EXHIBIT C-37

SCHEDULE 3A

| Name | Title | Department | Date | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|
| Moreno, Lisette | Accounting Manager | FINANCE | 2/5/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Moreno, Sarah A | Customer Service Rep | PORT AND SHOPPING | 5/2/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Ornstein, Jodi Elizabeth | Managing Editor | PUBLISHING | 9/5/2001 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Panoff, Irene | COO | OWNER | 12/1/1988 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Panoff, William A | President/CEO | OWNER | 12/1/1988 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Perez, Angelica | Customer Service Rep | PORT AND SHOPPING | 8/19/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Pizik, Mitchel Jay | VP Sales and Marketing | EXECUTIVES | 5/2/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Pomeranz, Ina T | Executive Assistant | ADMINISTRATION | 7/1/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rivera, Alba M | Marketing Associate | PORT AND SHOPPING | 4/12/2005 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rivera, Paolo A | Sales Coordinator | SALES AND MARKETING | 11/24/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Robinson, Tammy A | Asst. Production Manager | PUBLISHING | 5/26/1998 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Roche, Laura A | Art Director | PUBLISHING | 4/17/1995 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rodriguez, Iris M | Regional Sales Manager | SALES AND MARKETING | 4/10/1996 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rowe, Catherine L | Designer | PUBLISHING | 1/28/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Rueda, Mario A | Regional Sales Manager | SALES AND MARKETING | 1/26/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Scarpa, Anthony J | Controller | FINANCE | 6/11/1997 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Segrera, Monica P | Accountant | FINANCE | 10/6/04 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Sipos, Noelle M | VP Port Shopping Services | EXECUTIVES | 2/2/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Sorrentino, Felicia | Receptionist | ADMINISTRATION | 2/10/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Soto-Kleuskens, Joke | Director of Operations | PORT AND SHOPPING | 10/2/1993 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Thomas, Joseph | Regional Sales Manager | SALES AND MARKETING | 8/26/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Urbankova, Daniela | Accounting Manager | FINANCE | 6/23/1997 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Valle, Yahaira | Customer Service Rep | PORT AND SHOPPING | 11/22/2004 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Velez, Carol Noemi | Jr. Accountant | FINANCE | 3/27/2000 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Velilla, Christopher L | Regional Sales Manager | SALES AND MARKETING | 3/31/2003 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |
| Wells, Doreen L | Account Executive | PORT AND SHOPPING | 4/15/2002 | 4517 NW 31st Ave | Ft. Lauderdale | FL | 33309 | 954-377-7777 |

EXHIBIT __C-38__

Current Independent Contractors PPI

SCHEDULE 3B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Current | Atzenwiler | Tamara | 4169377609 | tamiee2001@yahoo.ca | 416-787-2901 | 266 Fincham Ave. Markham, Ontario. L3P 4E6 Canada | 10/19/03 | |
| Current | Campbell | Rick | | rcampbelleventpro@yahoo.com | 305-416-5086 | 770 Claughton Island Dr.# 611 Miami FL 33131 | 4/19/03 | |
| Current | Case | Melanie | 519-317-8945 | mcase81@hotmail.com | 705-368-3300 | 34 Robinson Box 189 ONT P0P1K0. Canada | 8/3/03 | |
| Current | Chatterton | Neil | | chattertonneil@hotmail.com | 1949839241 | 15 Rowan Close, Bingham Nottingham NG13 8GL UK | 3/20/05 | |
| Current | Coats | Cynthia | 205 281 9853 | cindynlake@hotmail.com | 205-678-2023 | 118 Clairmont Rd., Sterrett, AL 35147 | 2/8/04 | |
| Current | Croker | Joanne | 619-218-2105 | krystalgirl17@hotmail.com | 11-44-2890-879189 | 67 Glenvarna Drive, Glengormley, Co Antrim, Northern Ireland BT365JQ | 9/30/04 | |
| Current | daCosta | Chandra | 604 209-9953 | kozmokoala@hotmail.com | 613-729-6371 | 905 Fairlawn Ave., Ottawa Ontario K2A 3S6 | 2/29/04 | |
| Current | Farghaly | Donia | | Donia_farghaly@hotmail.com | 011-27123431127 or 011-27846060030 | 405 Arcadia Gardens, 634 Pretorius Street, Arcadia, Pretoria, Gauteng 0083 South Africa | 4/24/05 | |
| Current | Fazio, De | Rina | 407-928-3529 | redfishbluefish@aol.com | 407-895-5657 | 2407 Musselwhite Ave., Orlando, FL 32804 | 2/13/05 | |
| Current | Flynn | Tracey | 786-253-4488 | Traceyflynn@hotmail.com | 61732022332 | 5 Way Court, Silkstone Queensland, 4304 Australia PO Box 460155, Ft. Lauderdale, FL 33346 | 8/28/04 | Between 2000-2004 |
| Current | Glass | Lacey | 813 495 9039 | lace1818@aol.com | | 6181 137th Ave. N, Clearwater, FL 33760 | 3/17/03 | |
| Current | Gonyou | Rebecca | 905 988-8811 | rebecca7352@yahoo.com | 905-734-4386 | 7352 Dorchester Road, Niagara Falls, On L2G5V9 | 1/15/04 | |
| Current | Grazioli | Fabio | 3.93496E+11 | fabiograzioli2002@virgilio.it | 3.90342E+11 | P.le Bertacchi 62, Sondrio Italy 23100 | 11/15/02 | Costa |
| Current | Greck | Harvey | (954) 483 1131 | H6666@aol.com | 305-932-6665 | 3140 SO Ocean DR. Hallandale, FL 33009 | 12/18/03 | |
| Current | Hill | Kimberly | 6466231321 or 011-44-07963833343 | kimberley_58@hotmail.com | 1215584269 | 50 Perry Street, Smethwick,West Midlands England B661DL | 7/12/04 | |
| Current | Hopkins | Chris | 1-907-738-2740 | ChrisInVancouver@Hotmail.com | 519-978-1845 | 495 Kenwood BLVD La Salle Ontario , N9J 2L8 | 6/6/03 | |

EXHIBIT  C-39

Current Independent Contractors PPI

SCHEDULE 3B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Current | Hopkins | Kimberly | | craftybugs@yahoo.ca | 604-850-5026 | 32124 Tims Avenue, Abbotsford, BC V2T 2H4 Canada | 4/10/05 | |
| Current | Irwin | Jennifer | 786-547-9963 | jenirwin73@hotmail.com | 31 26 321-0937 | Bakkerstraaat, Arnhem 6811 EK Holland | 6/26/04 | |
| Current | Kashlan | Nicole | (773) 209-6613 | Nikik09@aol.com | 561-881 9697 | 905 Lakeshore Dr. #201, Lake Park, FL 33403 | 10/22/02 | |
| Current | Kirschner | Brianne Elaina | 250-212-4123 | briannekirschner@yahoo.ca | 250-765-7638 | 2053 Garner, Kelowna BC Canada V1P 1E5 | 3/17/05 | |
| Current | Kivitt | Ivan | (305) 790-6880 | ikivitt@aol.com | 305-223-7823 | 540 NW 97 Place, Miami, FL 33172 | 5/8/02 | Between 2000-200- |
| Current | Koolman | Kaylene | none | kkoolman@hotmail.com | 6443879583 | 88 The Esplanade, Wellington, New Zealand | 8/15/04 | |
| Current | Leininger | Robert | 310 497-5767 | thebiggestofbobs@yahoo.com | 323-227-6414 | 4962 La Calandria Way, Los Angeles, CA 90032 | 1/10/04 | Between 2000-2004 |
| Current | Lyndsey | Clayton | 305-781-2179 | claycun@hotmail.com | | 3289 Todd Rd. Prior Lake, MN 55372 | 9/12/04 | |
| Current | Manger | Kirty | 352 598-8870 | kirtymanger@gmail.com | 352-598-8870 | 2100 NE 55th St.,Ocala, FL 34479 | 5/14/04 | |
| Current | Mason | Daniel | (305) 798-8360 | | 305-235-9338 | 10290 NW 9th St. Cir.#114, Miami, FL 33172 | 4/13/02 | Between 2000-2004 |
| Current | McKee | Angela | | angmckee@hotmail.com | 519-934-0745 | R.R. #4, Tara Ontario N0H 2N0 Canada | 10/22/02 | |
| Current | Miller | Philip | Amanda's 352-601-3639, 352-601-3669 | philmiller76@yahoo.com | n/a | POBox 21151, St. Petersburg, FL 33742 | 3/16/03 | |
| Current | Montee | Richard Cory | 816-868-2725 | monteercm@aol.com | 816-868-2725 | 5115 South Tierney Ct., Independence, MO 64055 | 6/5/05 | |
| Current | Motko | Lorisa | 321-217-2785 | lorisamotko@yahoo.com | 321-217-2785 | 14213 Colonial Grand Blvd., Orlando, FL 32837 | 3/20/05 | |
| Current | Nancy | Darrell | none | darrellnancy@hotmail.com | 604-936-8544 | 216-555 Cottonwood Ave., Coquitlam bc V3J 2R8 Canada | 7/10/04 | |
| Current | Parks | Geoffrey | 972-453-8651 | geoffparkes@hotmail.com | 214-503-1489 | 11311 McCree Road, Dallas, TX 75238 | 5/23/04 | |
| Current | Peters | Tom | 678-464-1804 | peters_tom@hotmail.com | 770-822-9952 | 1640 Racquet Club Circle, Lawrenceville, GA  30043 | 9/23/04 | |
| Current | Sacks | Richie | (813) 3401499 | rsacks1025@aol.com | 561-642-7183 | 8064 Burlington CT Lakeworth, FL 33467 | 7/12/03 | |

EXHIBIT C-40

Current Independent Contractors PPI

SCHEDULE 3B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Current | Sadeleer, de | Michael | 604 992 9925 | thebigblueocean@hotmail.com | 604-992-2959 | 312 Fairway Dr.,, N. Vancouver BC  V7G 1Y6 Canada | 4/25/02 | |
| Current | Sage | Jamie | 605 929 8400 | sagejamie@yahoo.com | 605-336-9147 | 2312 E. Harriet Lea ST., Sioux Falls , SD 57103 | 9/20/03 | |
| Current | Savage | Amelia | 425-205-0467 | asavage@attwireless.blackberry.net | 425-205-0467 Paris 0113383712600 | 16724 Juanita Dr. NE #601, Kenmore, WA  98028 | 4/24/03 | |
| Current | Silva | Decio | none | decio.silva@rogers.com | 416-504-1343 | 63 Shaw St., Toronto, Ontario, M6J2W3 Canada | 8/14/04 | |
| Current | Smith | Cindy | 409-457-3649 | cinatsea@hotmail.com | 604-929-4030 | 757 SE 17th St., #1101, Ft. Lauderdale, FL 33316 | 2/7/02 | |
| Current | Smith | Gail | 204 229 0954 | nclgail@hotmail.com | 204-831-3686 | 1790 #7A Portage Ave. WinniPeg , R3J 0E9  Canada | 9/22/03 | |
| Current | Smith Boyd | Cathy | none | cathys@mb.sympatico.ca | 204-772-3942 | 3 Deer Lodge Pl., Winnipeg MB R3J 2B6 Canada | 2/8/03 | |
| Current | Tachauer | Andrew | 416-402-6665 | atachauer@hotmail.com | 905-846-6879 | 47 Braidwood Lake Rd., Brampton, Ontario  L6Z1R6 Canada | 4/17/04 | |
| Current | Thompson | Daniel | 954-559-2034 | danny_rccl@hotmail.com | 519-657-4710 | 59 Elmhurst, Komoka Ontario N0L 1R0 Canada | 6/4/04 | |
| Current | Tomso | Natashya | none | natashyatomso@hotmail.com | 780-444-4655 | 18622 74th Ave.,Edmonton,Alberta T5T5WR Canada | 9/30/04 | |
| Current | Trainer | Crissy | (604) 789-5981 | crissy_trainer@hotmail.com | 604-574-1450 | 19085 40th Avenue RR#2 Surrey, BC V3S 0L5 Canada | 6/12/03 | |
| Current | Veen | Jason | 713-702-1208 | jasonveen@hotmail.com | 604-886-0115 | 2055B West 15 Ave., Vancouver, BC Canada V6J 2L4 | 2/23/04 | |
| Current | Woodward | Linda | | lindywoody@hotmail.com | 011 44- 1594822368 | 21 West View, Cinderford Gloucestershire, GL142EP UK | 3/11/05 | |

EXHIBIT ___C-41___

SCHEDULE 4A

Past Employees
Schedule 4A
Run Date: 29-Jul-05

| Full Name | Hire Date | Term Date | Department | Title/Duty | Address | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| Block, Julia A | 20-Jan-03 | 24-Mar-03 | PORT AND SHOPPING | Account Executive | 10350 W Cypress Court | Pembroke Pines | FL | 33026 | 954-483-1574 |
| Camera, Miriam | 12-Jun-01 | 25-Apr-04 | PORT AND SHOPPING | Administrative Assistant | 8060 Fairview Dr | Tamarac | FL | 33319 | 954-718-5181 |
| Cleto, Jorge L | 19-Nov-01 | 13-Jan-02 | PORT AND SHOPPING | Customer Service Rep | 898 NW 65th Avenue | Plantation | FL | 33317 | 954-334-8223 |
| Dannenberg, Bruno | 31-Mar-03 | 4-Aug-04 | PORT AND SHOPPING | Account Executive | 1900 SW 81 Ave., #217 | North Lauderdale | FL | 33068 | 954-597-7280 |
| Domanski, Richard S | 24-Sep-01 | 27-Feb-04 | PORT AND SHOPPING | Promotional Manager | 921 NW 85th Terrace #1211 | Plantation | FL | 33324 | 305-519-4788 |
| Estrada, Kimberley G | 21-Jul-03 | 20-Sep-04 | PORT AND SHOPPING | Customer Service Rep | 1370 NE 23rd Ct | Pompano Beach | FL | 33064 | 954-785-3977 |
| Feldman, Alice L | 25-Sep-00 | 3-Jun-03 | FINANCE | Account Receivable Clerk | 3940 Inverrary Blvd Apt 202A | Lauderhill | FL | 33319 | 954-739-9781 |
| Figliolini, Marie E | 14-May-03 | 10-Oct-03 | PORT AND SHOPPING | Customer Service Rep | 2929 NE 49 Street Apt # 20 | Fort Lauderdale | FL | 33308 | 954-202-8855 |
| Gimenez, Severine | 20-Nov-02 | 13-Feb-04 | FINANCE | Financial Analyst | 1075 Riverside Drive apt 505 | Coral Springs | FL | 33071 | 954-255-9771 |
| Gordon, Marc C | 1-Nov-01 | 3-Apr-02 | SALES & MARKETING | Account Executive | 3577 Loquat Avenue | Miami | FL | 33133 | 305-447-1294 |
| Grizzle, Ralph E | 21-Apr-03 | 27-May-04 | PUBLISHING | Editor | 28 Kenilworth Road | Asheville | NC | 28803 | 828-252-6751 |
| Hernandez, Luis M | 2-Feb-04 | 24-Apr-04 | PORT AND SHOPPING | Graphic Designer | 9425 Fontainbleau Blvd #109 | Miami | FL | 33172 | 305-490-3367 |
| Horsh, Adam J | 7-Nov-03 | 18-Nov-03 | SALES & MARKETING | Administrative Assistant | 8103 NW 101 Ave | Tamarac | FL | 33321 | 954-722-7397 |
| Hincapie, Beatriz E | 20-Mar-02 | 3-Jun-02 | PORT AND SHOPPING | Customer Service Rep | 5801 NW 57 Ct K202 | Tamarac | FL | 33319 | 954-718-1513 |
| Johnson, Norma L | 19-Jun-02 | 21-Aug-04 | PORT AND SHOPPING | Customer Service Rep | 8002 Lagos De Campo Blvd Apt | Tamarac | FL | 33321 | 954-817-5616 |
| Jones, Darlene F | 30-Jul-01 | 2-Jul-05 | FINANCE | Financial Analyst | 561 Vintage Pointe Run | Mableton | GA | 30126 | |
| Kumarova, Myra G | 22-Jul-03 | 26-Jan-04 | PORT AND SHOPPING | Graphic Designer Assistant | 2800 N Palm Aire Drive Apt 305 | Pompano Beach | FL | 33069 | 954-956-9948 |
| Leftwich, Robert L II | 4-Jun-01 | 27-Apr-02 | SALES & MARKETING | Manager Video Broadcasting | 1581 Brickell Ave PH T107 | Miami | FL | 33129 | 305-858-1627 |
| Liem, Lourdes C | 28-Mar-01 | 2-Aug-03 | ADMINISTRATION | Executive Assistant, President | 341 SW 10 Terrace | Hallandale | FL | 33009 | 954-456-8804 |
| Lunan, Donnemarie N | 24-Jul-01 | 28-Jan-02 | PORT AND SHOPPING | Customer Service Rep | 7909 Venetian Street | Miramar | FL | 33023 | 954-983-8502 |
| Maceda, Jacqueline | 22-May-02 | 2-Oct-04 | PORT AND SHOPPING | Account Executive | 683 NW 88th Dr | Coral Springs | FL | 33071 | 954-341-1288 |
| McGrath, Joseph V | 14-May-01 | 18-May-02 | EXECUTIVES | VP Port and Shopping Services | 19390 Collins Ave #1506 | Sunny Isles Beach | FL | 33160 | 305-466-1787 |
| Meredith, Terri A | 3-Aug-00 | | ADMINISTRATION | Administrative Assistant | 4540 NW 36th St #312 | Lauderdale Lakes | FL | 33319 | 954-731-8315 |
| Merenda, Lucille Alexis | 22-Mar-99 | 14-Jan-03 | ADMINISTRATION | Receptionist | 411 NW 135th Way | Plantation | FL | 33325 | 954-236-7986 |
| Moseley, Jeffrey Scott | 23-Feb-03 | 2-Aug-03 | FINANCE | CFO | 1301 St Tropez Cir Apt 2108 | Weston | FL | 33326 | 954-446-0677 |
| Muffarri, Mouni' I | 1-Nov-95 | 18-Feb-02 | FINANCE | Administrative Assistant | 8430 SW 43rd Ter | Miami | FL | 33155 | 305-221-7013 |
| Perez, Deborah P | 15-Jan-04 | 23-Feb-04 | PORT AND SHOPPING | Account Executive | 3722 SW 60th Ave | Davie | FL | 33309 | 954-730-3393 |
| Plunder, Patricia M | 14-Nov-01 | 22-Mar-04 | SALES & MARKETING | Account Executive | 111 Lake Emerald Dr. #105 | Fort Lauderdale | FL | 33328 | 954-433-8062 |
| Platt, Juliette | 18-Jul-01 | 13-Jan-02 | ADMINISTRATION | Administrative Assistant | 111 NW 151st Ave | Pembroke Pines | FL | 33024 | 954-361-6007 |
| Quinones, Heather E | 4-Aug-03 | 9-Feb-04 | FINANCE | Accountant | 6531 Harding Street | Hollywood | FL | 33024 | 954-961-6007 |
| Rahming, Tonia D | 6-Aug-01 | 4-Jul-02 | SALES & MARKETING | Account Executive | 135 NE 45 Street | Miami | FL | 33137 | 305-438-931 |
| Reed, Gayle R | 11-Oct-01 | 10-Apr-04 | PORT AND SHOPPING | Onboard Staff Co-ordinator | 5021 SW 32 Terrace | Dania | FL | 33312 | 954-966-632x |

EXHIBIT  C-42

SCHEDULE 4A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rim, Dale | 20-Apr-98 | 24-May-03 | PUBLISHING | Editorial Director | 19610 E Country Club Dr | Aventura | FL | 33180 | 305-682-3660 |
| Risucci, Michael John | 17-Jun-02 | 21-Oct-02 | SALES & MARKETING | Account Executive | 674 Kellstadt St NW | Port Charlotte | FL | 33952 | 941-629-8120 |
| Rodriguez, Julio J | 28-Jul-03 | 8-May-04 | ADMINISTRATION | Executive Assistant, President | 13230 NW 4 Terrace | Miami | FL | 33182 | 305-221-9111 |
| Selleck, Robin | 1/1/2000 | 6/1/2001 | PORT AND SHOPPING | Account Executive | 1337 Majesty Terrace | Weston | FL | 33327 | 954-217-5068 |
| Sotelo, Adolfo | 19-Mar-01 | 28-Jan-02 | FINANCE | Accounting Manager | 1950 S Ocean Dr Apt 18H | Hallandale | FL | 33009 | 954-454-6419 |
| VanBrunt, Deborah Ann | 21-Feb-00 | 17-Jun-02 | PORT AND SHOPPING | Customer Service Rep | 5190 NW 122nd Ave | Coral Springs | FL | 33076 | 954-340-5642 |
| Venezia, Denise | 5-Dec-00 | 11-Mar-02 | PORT AND SHOPPING | Customer Service Rep | 6061 Old Ct Rd #205 | Boca Raton | FL | 33433 | 561-955-9420 |
| Williams, Dalvin A | 9-Jul-01 | 5-May-05 | FINANCE | Accountant | 2006 NE 40th Road | Homestead | FL | 33033 | 305-245-0877 |

EXHIBIT _C-43_

SCHEDULE 4B

Former Independent Contractors - PPI

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Former | Armstrong | Carole | (217) 816-5746 | buythebook_62704@yahoo.com | 217-787-0830 | 2568 Cherry Rd, Springfield, IL 62704 | 10/6/02 | Between 2000-2004 |
| Former | Balzer | Jill | 954 609 0148 | killbalzer@comcast.net | 604-469-8437 | c/o 315-255 Newport Drive, Port Moody, BC V3H 5H1 | 1/19/02 | Between 2000-2004 |
| Former | Bottaro | Davide | 39 3289421753 | davide.botta@inwind.it | 39 0499700921 | Via Castello, 47, 35028 Piove Di Sacco, Padova Italia | 12/11/04 | Costa |
| Former | Bumgardner | Donna | (850) 450-4827 | owlwander@yahoo.com | | | 2/15/02 | Between 2000-2004 |
| Former | Casperson | Debbie | 321 217 3527 | debbiesea@cfl.rr.com | 321-724-1197 | 223 Surf Rd, Melbourne Beach, FL 32951 | 7/13/03 | Between 2000-20... |
| Former | Cauchi | Tara | 905 259-2340 | TaraCauchi@yahoo.ca | 905-434-5088 | 11 George Reynolds DR. Courtice, Ontario . L1E 1Z7 | 10/9/03 | Between 2000-2004 |
| Former | Chadwick | Stuart | 305 491 0236 | smcatsea@yahoo.co.uk | 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-554639 | 49 Sandringham Dr, Paignton Devon, England, TQ3 1HR | 4/24/03 | Between 2000-2004 |
| Former | Chewka | Christie | 954 816-3303 | christiechewka@hotmail.com | 905-681-2720 | 362 King Street E. Toronto ON, M5A 1K9 Canada | 6/8/03 | Between 2000-2004 |
| Former | Coates | Sean | 613 760-1654 | coatais@yahoo.ca | 613-825-1267/ 613-825-9363 | 12 Wellfleet Cres Ottawa Ontario, K2J 2X7 Canada | 9/12/03 | Between 2000-2004 |
| Former | Cohen | Jay | (416) 275 3808 | none | 905-886-3808 | 21 Windsor Ct Rd, Thornhill, Ontario, L3T 4Y4 Canada | 2/24/02 | Between 2000-2004 |
| Former | Connie Leis | Connie | 519-722-2661 | Connie_leis@hotmail.com | 519-656-2611 | 5199 Wilmot Easthope Rd, RR1 Wellesley, Ontario N0B 2T0 Canada | 11/27/04 | Between 2000-2004 |
| Former | Cortez | Paul | 562-212-4115 | pablobrazil@yahoo.com | 307-721-4856 | 555 Maine Ave #225, CA 90802 | 3/26/02 | Between 2000-2... |
| Former | D'Agostino | Cecilia | 416 629-8004 | ceciliadago@yahoo.com | 905-883-4368 | 170 May Avenue, Richmond Hill, Ontario L4C 3S6 | 6/4/04 | Between 2000-2004 |
| Former | Delorme | Courtney | | bonifa83@hotmail.com | 613-936-1180 | 14 Fifth St. West Cornwall, Ontario, K6J 2T4, Canada | 3/17/04 | Between 2000-2004 |
| Former | Denton | Ian | none | Ian_Denton@yahoo.com.au | 612-941-7005 | C/- 19 Dulwich Road, Chatswood NSW 2067, Australia | 12/7/03 | Between 2000-2004 |
| Former | Dyck | Erin | 604-786-7946 | erindyck@hotmail.com | 604-576-6288 | 18311-56A Ave., Surrey BC, Canada V3S6G2 | 9/18/04 | Between 2000-2004 |
| Former | Ellis | Christina | 954 557-7142 | tchwapros@hotmail.com | 360-793-8810 | PO Box 1083, 14920 Ley Rd., Gold Bar, WA 98251 | 3/6/04 | Between 2000-2004 |
| Former | Gastaldello | Eros | 39 3495634785 | Gastaldelloeros@yahoo.it | 39042458 0065 | Via T. Tasso 50, Rosa (Vicenza) 36027 Italy | 12/7/03 | Costa |

EXHIBIT ___C-44___

Former Independent Contractors - PPI

SCHEDULE 4B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Former | Gauthier | Christine | none | pierretteg@yahoo.com | 306-949-2598 | 3125 Truesdale Drive East, Regina, SK, S4V 2P6, Canada | | Between 2000-2004 |
| Former | Gruesbeck | Brooke | none | brookebowers@aol.com | 517-663-8934 | 6711 Peck Rd., Eaton Rapids, MI 48827 | 4/7/02 | Between 2000-2004 |
| Former | Haugsness | Sean | 850 445 7495 | smvh59@hotmail.com | 954-895-4874 | Calle 50 C Av 8, Merida, Mexico | 9/21/03 | Between 2000-2004 |
| Former | Hogg | Donna | none | dmhogg04@yahoo.com | n/a | 1133 N. Dearborne St. #2910, Chicago, IL 60610 | 11/24/02 | Between 2000-2004 |
| Former | Horan | Joseph | none | josephh@aol.com | | | 9/21/03 | Between 2000-20.. |
| Former | Jenkins | Brent | 305 761 3662 | brentjenks@yahoo.ca | 306-865-2153 | Box 1647 Hudson Bay, SK S0E 0Y0, Canada | 9/6/03 | Between 2000-2004 |
| Former | Johnson | Gary | 954-336-7536 | ggjohnson@hotmail.com | 604-277-7757 | 1027 Davie St. Vancouver BC V6E 4L2, Canada | 2/22/04 | Between 2000-2004 |
| Former | Junkin | Tamara | 443-373-1697 | tamarajunkin@hotmail.com | 905-881-6080 | 88 Holm Cres., Thornhill, Ontario L3T5J3 Canada | 8/19/04 | Between 2000-2004 |
| Former | Kirkeeng | Shari | (239) 272 2166 | swingtastic@hotmail.com | | 27959 Lime St, Bonita Springs, FL 34135 | 5/17/03 | Between 2000-2004 |
| Former | Kuhn | Gerrit | 083 655 1924 | gerrit2cruise@yahoo.com | 011-021-8730444 | Bain St, 73A Wellington, South Africa, 7655 | 3/16/03 | Between 2000-2004 |
| Former | Latimer | Anthony | 011 44 7789-260766 | none | | 20 Thornborough, Market Harborough, Leicestershire, UK LE16 8BE | 6/28/03 | Between 2000-2004 |
| Former | Leary | James | (509) 771 6777 | jimboleary@aol.com | | 1855 N. Fairview, Apt. 126, Houston, TX 77057 | 6/22/03 | Between 2000-2004 |
| Former | Locke | Rob | | mail@roblocke.com | 866-789-5550 | 5313 Archstone Drive, #208 | 9/1/03 thru 05/2./04 | |
| Former | Lummiss | Sandra | none | slummiss@yahoo.com | 604-575-2474 | 16623 61st Ave. Surrey, British Columbia , V3S 1W2 | | Between 2000-2004 |
| Former | MacDougall | Angela | 954 540-2282 | ahgelamacdougall@hotmail.com | 011-44-0198063 | Chapel Cottage, Watergate Lane, Bulford, Salisbury, Wilts, SP4 9DY, UK | 2/22/04 | Between 2000-2004 |
| Former | Masse | Margo | 954 290-3818 | margoatsea@yahoo.com | 954-401-7015 | 64 Catcay CT. Dania FL 33004 | 1/21/03 | Between 2000-2004 |
| Former | Mayberry | Jonathan | 305 785 2025 | jmaybes@yahoo.com | 305-785-2025 | 233 27th St #1d, Miami Beach, FL 33140 | 1/4/02 | Between 2000-2004 |
| Former | McCrystal | James | (954) 646-1455 | jimymac@hotmail.com | 954-768-9537 | 1411 SW 29 ST Fort Lauderdale FL. 33315 | 11/23/02 | Between 2000-2004 |

EXHIBIT  C-45

Former Independent Contractors - PPI

SCHEDULE 4B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|--------|-----------|-----------|------------|----------------|------------|---------|--------------|---------------|
| Former | Miller | Rick | (941) 545-4634 | rmmnobody@hotmail.com | 941-545-4634 | PO Box 8454, Madeira Beach, FL 33738 | 19947 | Between 2000-2004 |
| Former | Molto | Mandy | | mandymolto@hotmail.com | 305-893-7501 | 12000 North Bayshore Drive, Apt 301, Miami, Fl 33181 | 3/10/02 | Between 2002-2003 |
| Former | Moseley | Jeff | 941 839 6192 | jeffsupershopper@yahoo.com | 334-277-4273 | 1007 North American Way, Suite 100 PMB#370, Miami, FL 33132 | 7/14/02 | Between 2000-2004 |
| Former | Murphy | Edward | (305) 801 4610 | figpol138@yahoo.com | 305-672-7307 | 335 Ocean Drive Apt 133, Miami, FL 33139 | 1/6/04 | Between 2000-2004 |
| Former | Murphy | Paula | | paula_murphy@hotmail.com | 604-946-7128 | 5130 Westminster Ave, Delta BC, V4K 2J2, Canada | 8/8/04 | Between 2000-2004 |
| Former | Mylrea | Derek | 416 561-7111 | derekmylrea@HOTMAIL.COM | 416-460-8667 | 119 Hallam Street OT, M6H 1W9 Canada | 9/30/01 | Between 2000-2004 |
| Former | Nazur | Maria | (646) 872-3049 | mfnazur@aol.com | 718-833-8452 | 120 Geiston Ave Brooklyn, NY 11209 | 11/30/01 | Between 2000-2004 |
| Former | Ordogh | Gail | (416) 988 4492 | gailgabrielle@hotmail.com | 905-881-6888 | 44 FairFax CRT, Thornhill Ontario L4J 7S1 | 10/25/03 | Between 2000-2004 |
| Former | Palm | Vance | 661 978 3299 | vancepalm@yahoo.com | 661-325-5473 | 130 Pacific St., Bakersfield, CA 93305 | 2/29/04 | Between 2000-2004 |
| Former | Patino | Francisco | | fjpaco99@yahoo.com | 305-949-1708 | 18558 NE 18th Ave, Apt 104 NMB, FL 33179 | 4/20/04 | Between 2000-2004 |
| Former | Paulo | Antonio | none | gonzalobelize@hotmail.com | 210865444 (351) | Av. Luis de Camoes, 34-8B, Miratejo, 2855-121 Corroios Portugal | 12/30/02 | Between 2000-2004 |
| Former | Pettiford | Atonia | 917 603 6392 | none | 718-527-4666 | 176-43 130th Ave, Jamaica, NY 11434 | 10/25/03 | Between 2000-2( |
| Former | Quayle | Christine | 604-767-2934 | cquayle26@aol.com | 604-688-2934 | Unit 414  Bldg. 1236, W. 8th Ave., Vancouver BC, Canada V6H3Y9 | 9/26/04 | Between 2000-2004 |
| Former | Richardson | Eddie | 970-310-5365 | cruisecowboy@aol.com | 970-667-2712 | 850 S Lincoln Ave, Larimer, CO 80537 | 5/1/02 | Between 2000-2004 |
| Former | Richer | David | (786) 525-4515 | richervoice@hotmail.com | 506-289-4221 | Alto Las Palamos 100n-100E Escazu, San Jose, Costa Rica | 8/24/03 | Between 2000-2004 |
| Former | Robertson | Claire | 604-719-2177 | Claire.robertson@shaw.ca | n/a | 843 Prospect Avenue, North Vancouver British Columbia, Canada V7R 2M2 | 4/2/04 | Between 2000-2004 |
| Former | Ross | Rob | 561 523-6155 | robross88@msn.com | 561-752-5562 | 10074 Stonehenge Cir. #209 Boyton Beach, FL 33437 | 3/21/04 | Between 2000-2004 |
| Former | Rudan | Simo | 905 988-8811 | Srudan@cogeco.ca | 905-356-3451 | 6512 Glengate St, Niagara Falls, Ontario, L2E 5S7, Canada | 1/15/04 | Between 2000-2004 |

EXHIBIT  C-46

Former Independent Contractors - PPI

SCHEDULE 4B

| Status | Last Name | First Name | Cell Phone | Personal Email | Home Phone | Address | Date of Hire | Period Worked |
|---|---|---|---|---|---|---|---|---|
| Former | Schenk | Melissa | (519) 276 0006 | m_schenk21@hotmail.com | 519-272-0553 | 89 Sir Adam Beck Road, Stratford, ON N5A 8B9 | 6/18/03 | Between 2000-2004 |
| Former | Secord | Jason | none | zekeman2@hotmail.com | 506-658-1510 | 456 Ragged Pt. Road, Saint John, New Brunswick E2K5G7 Canada | 10/9/02 | Between 2000-2004 |
| Former | Servais | Cameron | 250 208-3526 | nanablijou8@yahoo.com | n/a | 107-1945 Maple Ave. S., Sooke BC V0S 1N0 | 3/10/04 | Between 2000-2004 |
| Former | Sharman | Randy | | rsharman@hotmail.com | 403-246-5076 | #22 3809 45th St., SW, Calfary, AB T3E 3H4, Canada | 10/1/01 | Between 2000-2004 |
| Former | Shook | Holly | 206-390-3512 | hshook67@yahoo.com | 253-395-1118 | 22227 42nd Ave south #202 Kent, Washington, 98032 | 5/2/04 | Between 2000-2004 |
| Former | Shuler | Robin | 786-556-1250 | robinshuler@hotmail.com | 267-546-4596 | Route 1 Box 25, Dryden, VA 24243 | 10/12/03 | Between 2000-2004 |
| Former | Solomons | Emma | | emmastorm@canadianradio.com | 604-739-2040 | 3140 West 5th Ave, Vancouver BC V6K 1V2, Canada | 3/6/04 | Between 2000-2004 |
| Former | Staton | Adrian | (843) 200 4302 | adrianstaton@yahoo.com | 843-851-7500 | 9564 Markley Blvd., Summerville, SC 29485 | 3/13/02 | Between 2000-2004 |
| Former | Tabler | Don | (609) 529 2500 | dbtabler@yahoo.com | 609-799-5268 | 7518 Tamarrow Dr., Plainsboro, NJ 08536 | 12/23/03 | Between 2000-2004 |
| Former | Tenczar | Jeannine | 910-322-8027 | joliver919@aol.com | 301-963-5753 | 426 Belle Grove Rd, Gaithersburg, MD 20877 | 8/10/03 | Between 2000-2004 |
| Former | Thibaudeau | Jonathan | | ttbnasty@hotmail.com | 519-371-6362 | 1495 13th Ave East, Owen Sound Ontario, N4K6L3 Canada | 12/13/03 | Between 2000-2004 |
| Former | Timms | Tiffani | 604-506-8620 | tiffani77@hotmail.ocm | 604-594-6852 | 11784 64B Ave., North Delta BC, Canada V4E-2L3 | 12/16/04 | Between 2000-2004 |
| Former | Toti | Jami | (248) 613-9242 | chaziami@pocketmail.com | 248-681-2222 | 30792 Palmer Drive, Detroit MI | 12/5/01 | Betwee 2000-2004 |
| Former | Ulrich | David | 612 384 3217 | hostofatvshow@hotmail.com | none | 110 1st Ave. NE Minneapolis,MN 55413 | 9/20/03 | Between 2000-2004 |
| Former | Wade | Adrienne | 425-238-9274 | adrienne_6@hotmail.com | 360-654-8125 | 8410 Wayne Ave, Stawood WA, 98292 | 4/3/04 | Between 2000-2004 |
| Former | Wesci | Richard | 305-773-0920 | | 305-822-4300 | 15940 NW 83rd Ave, Miami Lakes, FL | 11/3/01 | Between 2000-2004 |

EXHIBIT C-47

SCHEDULE 5

| Merchant Name | Contact Person | Phone | Fax |
|---|---|---|---|
| Alaska Basket Company | Rebecca Myer | 907-747-7922 | 907-747-8977 |
| Annabelle's | Kay Sima | 907-225-6720 | 907-225-6900 |
| Baranof Jewelers | Tony & Andrea Hernandez | 907-463-3877 | 907-463-3879 |
| Baranof Jewelers | Tony & Andrea Hernandez | 907-966-3838 | 907-966-3939 Store |
| Best Western Executel | Barbara Dickinson | 206-878-3300 | 206-824-9000 |
| Blue Diamond | Vijay Khemlani | 907-225-1878 | 907-225-0177 |
| Brenner's Fine Clothing & Gift | Stephanie and Bonnie Brenner | 907-747-3468 | 907-747-3622 |
| Caribbean Gems | Deepu Budhrani | 907-225-7560 | 907-225-7580 |
| Color Fantasies (Ketchikan) | Rama R. Nabavian | 907-225-2656 | 907-247-2656 |
| Color Fantasies (New York) | Rama R. Nabavian | 516-829-7878 | 907-289-5877 |
| Czar's Treasures (Ketchikan) | Roman Schwartz | 907-225-9787 | 907-225-9788 |
| Czar's Treasures (Philadelphia) | Roman Schwartz | 215-957-9788 | 215-957-9769 |
| David Green & Son | Shani Green | 907-227-9595 | 907-272-2125 |
| Dockside Jewelers | Ginger Blaisdell | 907-586-3910 | 907-463-5259 |
| Eagle Spirit Gallery | Susan Peters | 907-225-6626 | 907-247-5588 |
| Fire and Ice | Rex Thompson | 907-586-4653 | 907-586-4600 |
| Fur Factory of Alaska (Weiss Inc.) | James Ross | 800-827-7506 | 216-464-0948 |
| Galligaskins | Rod Swope | 907-586-8953 | 907-586-8154 |
| Gems International | Dino or Anthony | 212-921-9660 | 212-302-6429 |
| Golden Times | Ashok Kumar | 907-247-4653 | 907-247-4654 |
| Holiday Inn Express City Center | Lorenzo Flores | 206-674-6263 | 206-441-0786 |
| Holiday Inn Seattle | Dave Watkins | 206-728-8123 | 206-728-2779 |
| Hunter Art Studio | Eileen Hunter | 907-983-2890 | 907-983-2290 |
| Kabana Outlet | Kishin Mirpuri | 505-843-9330 | 505-248-0102 |
| Keller's Trading Co. | Steve Reeder | 907-983-2210 | 907-983-2038 |
| Klassique Jewelers | Bobby or Nikita Jagtiani | 907-225-8030 | 907-225-8032 |
| La Putri | Richard English | 206-382-1978 | 206-382-4088 |
| Little Switzerland | Zona Corbin | 340-776-2010 ext 3119 | 340-774-1060 |
| New Archangel Trading Co. | Steven Anderson | 907-747-8181 | 907-747-4752 |
| Precious Killection | Kamal Chabria | 907 983 3104 | 907 983 2288 |
| Princess Jewelers | R. Mipari | 907 225 2424 | 907 225 2429 |
| Roma Jewelry | Harsh Yadav | 907-747-5510 | 907-747-5327 |
| Sachi's Fine Jewelry | Harsh Yadav | 907-225-9120 | 907-225-9127 |
| Salmon Etc. | Steven Abaijian | 907-247-4359 | 907-247-7256 |
| Scanlon Gallery | Marlene Scanlon | 800-690-4730 | 907-225-0172 |
| Signature Jewelers | Anthony Gorjian | 907 225 2424 | 907 225 2429 |
| Sitka Bazaar | Chuck Trierschield | 907-747-5510 | 907-747-5327 |
| Sitka Fur Gallery (pending) | Marcus Hernandez | 907 747 8870 | 907 747 1494 |
| TK Maguires | Kay Sims | 907-225-6720 | 907-225-6900 |
| Touched by the Sun | Joseph Ryan | 323-951-4141 | 323-951-4142 |

EXHIBIT  C-48

SCHEDULE 16

# CELEBRITY JEWELERS
## SCHEDULE OF PAYMENTS
## FOR THE YEARS 2000 - 2004

### SHOPPING PROMOTION FEES

| YEAR | LINE | FEES | COMMISSIONS/ OVERAGES | TOTAL PAID TO PPI |
|------|------|------|------|------|
| 2000 | CARNIVAL | $ 5,200.00 | $ - | $ 5,200.00 |
| 2001 | CARNIVAL | $ 6,800.00 | $ 647.09 | $ 7,447.09 |
|      | RADISSON | $ - | $ 6.00 | $ 6.00 |
| 2002 | CARNIVAL | $ 7,600.00 | $ 5,467.07 | $ 13,067.07 |
|      | HOLLAND AMERICA | $ 5,500.00 | $ 4,442.79 | $ 9,942.79 |
|      | RADISSON | $ - | $ 1,245.28 | $ 1,245.28 |
| 2003 | CARNIVAL | $ 7,600.00 | $ 4,212.31 | $ 11,812.31 |
|      | HOLLAND AMERICA | $ - | $ 51,416.20 | $ 51,416.20 |
|      | RADISSON | $ - | $ 3,053.10 | $ 3,053.10 |
| 2004 | SEE NOTE BELOW | $ - | $ - | $ - |
| TOTAL SHOPPING PROMOTION FEES | | $ 32,700.00 | $ 70,489.84 | $ 103,189.84 |

### MEDIA ADVERTISING FEES

| YEAR | LINE | ON BOARD TV VIDEO COMMERICIAL | IN CABIN MAGAZINE ADVERTISING | TOTAL PAID TO PPI |
|------|------|------|------|------|
| 2004 | PRINCESS | $ 1,000.00 | $ 7,000.00 | $ 8,000.00 |
|      | CARNIVAL | $ 1,000.00 | $ 5,000.00 | $ 6,000.00 |
|      | HOLLAND AMERICA | $ 1,000.00 | $ 7,000.00 | $ 8,000.00 |
|      | RADISSON | $ 1,000.00 | $ 4,000.00 | $ 5,000.00 |
| ---- REFUNDED TO CELEBRITY ----- | | | | |
| 2004 | PRINCESS | $ (1,000.00) | | $ (1,000.00) |
|      | CARNIVAL | $ (1,000.00) | | $ (1,000.00) |
|      | HOLLAND AMERICA | $ (1,000.00) | | $ (1,000.00) |
|      | RADISSON | $ (1,000.00) | $ (4,000.00) | $ (5,000.00) |
| NET MEDIA ADVERTISING FEES PAID BY CELEBRITY | | $ - | $ 19,000.00 | $ 19,000.00 |

**TOTAL AMOUNTS PAID BY CELEBRITY**          $ 122,189.84

EXHIBIT  C-49