```
                                          FILED
                                          JUL 0 7 2005
                                       UNITED STATES DISTRICT COURT
                                          DISTRICT OF ALASKA
                                       By_____Depu__
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
                              RECEIVED
                              JUL 0 8 2005
                              Brena,Bell&Clarkson, P.C.
```

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company, and DOES 1-10,<br><br>Defendants. | Case No. J04-0011 CV (RRB)<br><br><br><br><br><br><br><br><br><br>**ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Having reviewed and considered the parties' respective pleadings, the Court hereby **GRANTS** Defendants' Motion for Entry of Protective Order Relating to Confidential Information and Discovery Materials (Docket 75). Defendants made a good faith effort to

ORDER GRANTING MOTION FOR ENTRY
  OF PROTECTIVE ORDER - 1
J04-0011 CV (RRB)



EXHIBIT F-1

resolve this dispute without court action. Defendants also showed good cause that specific prejudice or harm will result if no protective order is granted.[1]

The Court notes that this protective order will not deny Plaintiffs access to any information. It only limits public access to sensitive commercial, business or financial information.

Therefore, the motion is **GRANTED** and the 11-page protective order submitted as Exhibit A of Defendants' motion is hereby **ADOPTED** by the Court. However, it shall remain subject to modification by the Court when or if circumstances change.

ENTERED at Anchorage, Alaska, this 6 day of July, 2005.

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

J04-0011--CV (RRB)
✓ Z. SULLIVAN
✓ H. RUDDY
✓ D. BRUCE         am 7/7/05
✓ K. CLARKSON

---

[1] *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002).

ORDER GRANTING MOTION FOR ENTRY
 OF PROTECTIVE ORDER - 2
J04-0011 CV (RRB)

EXHIBIT F-2