**INTERROGATORY NO. 5:** With reference to the allegations stated in paragraph 32 of your Complaint, please describe in detail the facts upon which you rely for the allegations, identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

**INTERROGATORY NO. 6:** With reference to the allegations stated in paragraph 33 of your Complaint, please describe in detail the facts upon which you rely for the allegations, including but not limited to the allegation that there was "an active campaign of knowingly and intentionally discouraging passenger business with Celebrity." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

**INTERROGATORY NO. 7:** With reference to the allegations stated in paragraphs 34-35 of your Complaint, please describe in detail the facts upon which you rely for any claim by you that DIAK or anyone acting on behalf of DIAK, and/or its affiliated or parent entities, participated in, had knowledge of, and/or authorized the referenced "campaign" and/or "e-mails." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

**INTERROGATORY NO. 8:** With reference to the allegations stated in paragraphs 36, 54, 62, 69, and 80 of your Complaint, please describe in detail the facts upon which you rely for the allegation that DIAK or anyone acting on behalf of DIAK, and/or its affiliated or parent entities,

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 6 of 11

EXHIBIT ___ l ___
Page _6_ of _11_

EXHIBIT _G-26_

participated in "a coordinated conspiracy" or "conspiracy" as referenced. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

INTERROGATORY NO. 9: With reference to the allegations stated in paragraph 38 of your Complaint, please describe in detail the facts upon which you rely for the allegation that you experienced "a marked decline in average per person sales from passengers associated with PPI Group affiliated cruise lines." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

INTERROGATORY NO. 10: With reference to the allegations stated in paragraph 39 of your Complaint, please describe in detail the facts upon which you rely for the allegation that you experienced "harm to . . . business reputation among the business community, the cruise ship industry" and "the passengers and cruise lines." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

ANSWER:

INTERROGATORY NO. 11: With reference to the allegations stated in paragraphs 64-78 of your Complaint, please describe in detail the "individuals" and "enterprises" and "associations in fact" that you allege existed and were part of, involved in, and/or were utilized or whose affairs were conducted in the alleged racketeering scheme. In your answer please identify every person with

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 7 of 11

EXHIBIT __1__
Page __7__ of __11__

EXHIBIT __G-27__

knowledge of those facts, and list any documents relating to those facts.

    ANSWER:

    **INTERROGATORY NO. 12:** With reference to the allegations stated in paragraphs 64-78 of your Complaint, please describe in detail each and every predicate act of racketeering that you claim occurred. In your answer please describe in detail any claim of DIAK's involvement in each predicate act, identify every person with knowledge of those facts, and list any documents relating to those facts.

    ANSWER:

    **INTERROGATORY NO. 13:** With reference to the allegations stated in paragraph 70 of your Complaint, please describe in detail the funds, by amounts and sources, that you claim DIAK "acquired" through the alleged pattern of racketeering activity. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

    ANSWER:

    **INTERROGATORY NO. 14:** With reference to the allegations stated in paragraph 75 of your Complaint, please describe in detail each and every use of the mails that you allege DIAK participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's involvement in and/or responsibility for each mailing, identify every person with knowledge of those facts, and list any documents relating to those facts.

    ANSWER:

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 8 of 11

EXHIBIT ___1___
Page ___8___ of ___11___

EXHIBIT  G -28

**INTERROGATORY NO. 15:** With reference to the allegations stated in paragraph 76 of your Complaint, please describe in detail each and every use of the interstate telephone system that you allege DIAK participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's involvement in and/or responsibility for each use of the interstate telephone system, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**

**INTERROGATORY NO. 16:** With reference to the allegations stated in paragraphs 80-83, 84-88 of your Complaint, please describe in detail by date, content of statement, maker, and hearer, each and every misrepresentation that you allege DIAK made, participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's direct and/or indirect involvement in and/or responsibility for each misrepresentation, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**

**INTERROGATORY NO. 17:** With reference to the allegations stated in paragraph 95-98, and 99-101 of your Complaint, please describe in detail each and every act you allege DIAK engaged in to "interfere" with your contracts and/or "prospective economic advantage." In your answer please describe in detail any claim of DIAK's direct and/or indirect involvement in and/or responsibility for each act, identify every person with knowledge of those facts, and list any documents relating to those facts.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 9 of 11

EXHIBIT_____1_____
Page___9___of__11__

EXHIBIT  G-29

**ANSWER:**

**INTERROGATORY NO. 18:** With respect to your claim for damages, please state the amount and categories of any such damages, explain the basis for your computation, and state the names of any persons with knowledge concerning the amount of these damages.

**ANSWER:**

**INTERROGATORY NO. 19:** With respect to the allegations stated in paragraphs 52-55, and 60-63 of your Complaint, please state the factual basis for any claim by you that any action by any defendant caused a competitive injury and/or an injury to competition. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**

**INTERROGATORY NO. 20:** With respect to the allegations stated in paragraphs 56-59 of your Complaint, please state the factual basis for any claim by you that DIAK committed any unfair trade practice. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 10 of 11

EXHIBIT ___1___
Page _10_ of _11_

EXHIBIT  G-30

DATED this 29th day of March, 2005.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendant
Diamonds International of Alaska, Ltd.

By _____
Kevin G. Clarkson
Alaska Bar No. 8511149

Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax

**CERTIFICATE OF SERVICE**

I hereby certify that on Mar. 29 , 2005,
a true and correct copy of the foregoing
document was mailed ✓, hand delivered ___
faxed ___ to:

Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, AK 99803

Peter M. Hockman, Esq.
Law Office of Peter M. Hockman
550 Biltmore Way, Suite 780
Coral Gables, FL 33134

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
P.O. Box 34338
Juneau, AK 99803

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
2200 Alhambra Circle, Suite 400
Coral Gables, FL 33134

_____
Eileen Frison

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

DIAMONDS INTERNATIONAL OF ALASKA, LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 11 of 11

EXHIBIT ___|___
Page _11_ of _11_

EXHIBIT ___G-31___

Z. Kent Sullivan
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  PLAINTIFF'S RESPONSES TO<br>)  DIAMONDS INTERNATIONAL OF<br>)  ALASKA LTD.'S FIRST SET OF<br>)  INTERROGATORIES<br>)<br>)  Case No. J04-0011 CV (RRB)<br>)<br>) |

COMES NOW Plaintiff, Shivalay, Inc. ("Celebrity"), by and through its attorneys, and hereby provides the following responses to Defendant Diamonds International of Alaska, Ltd.'s ("DIAK") first set of interrogatories served on March 29, 2005.

## PRELIMINARY STATEMENT

1.    These responses are given for purposes of discovery only and are without prejudice to all objections of Celebrity to the admissibility into evidence or other use of these responses.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 1 of 21

EXHIBIT  2
Page  1  of  21

EXHIBIT  G-32

2.    No waiver of any applicable privilege against disclosure (e.g., attorney-client, attorney work product, etc.) is intended, or may be inferred, by reason of Celebrity's voluntary production of information pursuant to these interrogatories. Celebrity fully preserves all applicable privileges in connection with the subject matter of these interrogatories.

3.    These responses are given pursuant to, and are subject to all limitations of, the Federal Rules of Civil Procedure. Any instructions in DIAK's Interrogatories which are not authorized by those rules have been ignored in these responses.

4.    DIAK's interrogatories, including subparts, exceed the maximum of 25 interrogatories imposed by Rule 33(a), Fed.R.Civ.P. In answering more than the maximum in these responses, Celebrity is not waiving its right to assert that no responses were due to any interrogatories which exceed the maximum permissible.

## RESPONSES

**INTERROGATORY NO. 1:**  Please identify by name, address, telephone number, and employer, if known, each person with knowledge of the facts alleged in your Complaint.

**ANSWER:**    Celebrity incorporates by reference any individuals listed by Defendants as having knowledge of this dispute and also, specifically identifies and incorporates herein all persons and entities previously identified and disclosed as part of its initial disclosures, dated March 29, 2005, and its first supplemental disclosures, dated April 28, 2005, and any additional supplements thereto. Additional individuals may be identified and disclosed as discovery proceeds.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 2 of 21

EXHIBIT    2
Page    2   of  21

EXHIBIT    G - 33

**INTERROGATORY NO. 2:** Please identify each person whom you expect to call as an expert witness at trial and state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion.

**ANSWER:** Celebrity has not yet retained any expert witnesses in this case and the deadline for doing so and disclosing the same has not yet passed. Celerbity will adhere to the expert witness disclosure deadlines imposed by the Court and will further supplement this response as required.

**INTERROGATORY NO. 3:** Please list all bank accounts – by bank, account number, names in which the account was maintained, type of account, and the names of any other person having an interest in said account – that you held and/or hold and/or maintained for the years 2001, 2002, 2003, and 2004, to the present.

**ANSWER:** Objection. The interrogatory asks Celebrity to identify all bank accounts "you held. . ." As defined in Defendant DIAK's definitions, "'[y]ou' or 'your' refers to Shivalay, Inc.; Celebrity Jewelers and Gifts; Mohan Bathija, Vinod bathija [sic], Rajesh Bathija, and includes any of their respective shareholders, officers, directors, employees, agents, representatives, attorney, or others acting on their collective or individual behalf." Celebrity objects to the production of the personal and individual bank accounts of Mohan Bathija, Vinod Bathija, Rajesh Bathija, their respective shareholders, officers, directors, employees, agents, representatives, attorney, or others acting on their collective or individual behalf, on the basis that such a request is overly

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 3 of 21

EXHIBIT __2__
Page __3__ of __21__

EXHIBIT __G-34__

broad, unduly burdensome and not reasonably calculated to lead to the discovery of relevant information.

Without waiving the foregoing objection, Celebrity produces the following information pertaining the business bank accounts of Celebrity and/or Shivalay, Inc., during the period from 2001 to the present. In the following responses, all but the last four digits of each bank account number have been omitted.

1.   Bank:   Key Bank, 234 Seward Street, Juneau, Alaska 99801, (907) 790-5300

    Acct. No.:   x x x x x x x x2051
    Name:   Shivalay, Inc., d/b/a Celebrity Jewelers & Gifts
    Type of Acct.:   Checking
    Names on Acct.:   Mohan Bathija, Vinod Bathija, Rajesh Bathija, Prerana Bathija

2.   Bank:   Key Bank, 234 Seward Street, Juneau, Alaska 99801, (907) 790-5300

    Acct. No.:   x x x x x x x x1020
    Name:   Shivalay, Inc., d/b/a Celebrity Jewelers & Gifts
    Type of Acct.:   Checking
    Names on Acct.:   Mohan Bathija, Vinod Bathija, Rajesh Bathija, Prerana Bathija

3.   Bank:   Key Bank, 234 Seward Street, Juneau, Alaska 99801, (907) 790-5300

    Acct. No.:   x x x x x x x x1548
    Name:   Shivalay, Inc., d/b/a Celebrity Jewelers & Gifts
    Type of Acct.:   Savings
    Names on Acct.:   Mohan Bathija, Vinod Bathija, Rajesh Bathija, Prerana Bathija

**INTERROGATORY NO. 4:** With reference to the allegations stated in paragraph 31 of your Complaint, please describe in detail the facts upon which you rely for the allegations, identify every person with knowledge of those facts, and list any documents relating to those facts.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 4 of 21

EXHIBIT  2
Page  4  of  21

EXHIBIT  G-35

**ANSWER:** Objection. The allegations contained in paragraph 31 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 5:** With reference to the allegations stated in paragraph 32 of your Complaint, please describe in detail the facts upon which you rely for the allegations, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraph 32 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 5 of 21

EXHIBIT ___2___
Page ___5___ of ___21___

EXHIBIT G -36

March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 6:** With reference to the allegations stated in paragraph 33 of your Complaint, please describe in detail the facts upon which you rely for the allegations, including but not limited to the allegation that there was "an active campaign of knowingly and intentionally discouraging passenger business with Celebrity." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraph 33 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to "an active campaign of knowingly and intentionally discouraging passenger business with Celebrity," please reference subsequent complaint paragraphs 34-37. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 6 of 21

EXHIBIT ___2___
Page __6__ of _21_

EXHIBIT  G -37

previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 7:** With reference to the allegations stated in paragraphs 34-35 of your Complaint, please describe in detail the facts up on which you rely for any claim by you that DIAK or anyone acting on behalf of DIAK, and/or its affiliated or parent entities, participated in, had knowledge of, and/or authorized the referenced "campaign" and/or "e-mails." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraphs 34-35 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to DIAK's knowledge and/or authorization of such activity, please reference subsequent complaint paragraphs 34-37. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 7 of 21

EXHIBIT __2__
Page __7__ of __21__

EXHIBIT __G-38__

further supplements thereto.   Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 8:**   With reference to the allegations stated in paragraphs 36, 54, 62, 69, and 80 of your Complaint, please describe in detail the facts upon which you rely for the allegation that DIAK or anyone acting on behalf of DIAK, and/or its affiliated or parent entities, participated in "a coordinated conspiracy" or "conspiracy" as referenced.  In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**  Objection.  The allegations contained in paragraphs 36, 54, 62, 69, and 80 of the complaint speak for themselves.  There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint.  Specifically, with regard to "a conspiracy" to discourage passenger business with Celebrity, please reference complaint paragraphs 34-37.  Please also reference all affidavits filed thus far on Celebrity's behalf in this case.  All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005.  Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 8 of 21

EXHIBIT 2
Page 8 of 21

EXHIBIT G-39

Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 9:**    With reference to the allegations stated in paragraph 38 of your Complaint, please describe in detail the facts upon which you rely for the allegation that you experienced "a marked decline in average per person sales from passengers associated with PPI Group affiliated cruise lines." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**    Objection.    The allegations contained in paragraph 38 of the complaint speak for themselves.    There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Celebrity specifically references calculations of damage contained in correspondence between Robert C. Gilbert and Z. Kent Sullivan, dated February 5, 2004 to May 10, 2004, (BAT 000268 – 000329) and correspondence between Z. Kent Sullivan to Bill Panoff, dated October 28, 2003, to November 19, 2003, (BAT

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 9 of 21

EXHIBIT __2__
Page __9__ of __21__

EXHIBIT __G – 40__

000244 – 000266). Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 10:** With reference to the allegations stated in paragraph 39 of your Complaint, please describe in detail the facts upon which you rely for the allegation that you experienced "harm to ...business reputation among the business community, the cruise ship industry" and "the passengers and cruise lines." In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraph 39 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to harm to business reputation, please reference complaint paragraphs 37-38. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 10 of 21

EXHIBIT __2__
Page __10__ of __21__

EXHIBIT __G-41__

**INTERROGATORY NO. 11:** With reference to the allegations stated in paragraphs 64-78 of your Complaint, please describe in detail the "individuals" and "enterprises" and "associations in fact" that you allege existed and were part of, involved in, and/or were utilized or whose affairs were conducted in the alleged racketeering scheme. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraphs 64-78 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to individuals, enterprises and associations, please reference complaint paragraphs 34-37 and 64-78. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 12:** With reference to the allegations stated in paragraphs 64-78 of your Complaint, please describe in detail each and every predicate

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 11 of 21

EXHIBIT __2__
Page __11__ of __21__

EXHIBIT _G-42_

act of racketeering that you claim occurred. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraphs 64-78 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to predicate acts, please reference complaint paragraphs 34-37 and 64-78. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 13:** With reference to the allegations stated in paragraph 70 of your Complaint, please describe in detail the funds, by amounts and sources, that you claim DIAK "acquired" through the alleged pattern of racketeering activity. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 12 of 21

EXHIBIT ___2___
Page __12_ of _21_

EXHIBIT _G - 43_

**ANSWER:**    Objection.    The allegations contained in paragraph 70 of the complaint speak for themselves.    There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Specifically, with regard to funds acquired by Defendants, please reference complaint paragraphs 31, 32, 36 and 38. Please further note that any loss in business suffered by Celebrity at the hands of Defendants presumably correspondingly resulted in an increase in business to DIAK. To this point, the exact amount of profit realized by DIAK from its wrongful conduct has yet to be determined. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 14:**    With reference to the allegations stated in paragraph 75 of your Complaint, please describe in detail each and every use of the mails that you allege DIAK participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's involvement in and/or responsibility for each

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 13 of 21

EXHIBIT ___2___
Page _13_ of _21_

EXHIBIT _G-44_

mailing, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**    Objection.    The allegations contained in paragraph 75 of the complaint speak for themselves.   There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint.   All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005.   Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto.   Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 15:**   With reference to the allegations stated in paragraph 76 of your Complaint, please describe in detail each and every use of the interstate telephone system that you allege DIAK participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's involvement in and/or responsibility for each use of the interstate telephone system, identify every person with knowledge of those facts, and list any documents relating to those facts.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 14 of 21

EXHIBIT   2
Page   14 of 21

EXHIBIT   G - 45

**ANSWER:** Objection. The allegations contained in paragraph 76 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 16:** With reference to the allegations stated in paragraphs 80-83, 84-88 of your Complaint, please describe in detail by date, content of statement, maker, and hearer, each and every misrepresentation that you allege DIAK made, participated in and/or is responsible for. In your answer please describe in detail any claim of DIAK's direct and/or indirect involvement in and/or responsibility for each misrepresentation, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraphs 80-83, 84-88 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 15 of 21

EXHIBIT 2
Page 15 of 21

EXHIBIT G-46

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 17:**  With reference to the allegations stated in paragraph [sic] 95-98, and 99-101 of your Complaint, please describe in detail each and every act you allege DIAK engaged in to "interfere" with your contracts and/or "prospective economic advantage." In your answer please describe in detail any claim of DIAK's direct and/or indirect involvement in and/or responsibility for each act, identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:**   Objection. The allegations contained in paragraphs 95-98, and 99-101 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. All persons having knowledge of such facts have been previously identified in its initial disclosures dated

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 16 of 21

EXHIBIT _2_
Page _16_ of _21_

EXHIBIT _G-47_

March 29, 2005 and first supplemental disclosures dated April 28, 2005. Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 18:** With respect to your claim for damages, please state the amount and categories of any such damages, explain the basis for your computation, and state the names of any persons with knowledge concerning the amount of these damages.

**ANSWER:** Celebrity's damages, including both amount and categories have been previously articulated in Celebrity's complaint and in its initial disclosures previously produced on or about March 29, 2005, together with any supplements thereto. The manner in which those damages were calculated are set forth in previous correspondence by and between Celebrity's counsel, Bill Panoff, and PPI's attorney, Robert Gilbert, Esq. All such documentation has been previously produced as part of Celebrity's initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Finally, all persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 17 of 21

EXHIBIT ___2___
Page __17_ of _21_

EXHIBIT  G - 48

**INTERROGATORY NO. 19:** With respect to the allegations stated in paragraphs 52-55, and 60-63 of your Complaint, please state the factual basis for any claim by you that any action by any defendant caused a competitive injury and/or an injury to competition. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

**ANSWER:** Objection. The allegations contained in paragraphs 52-55, and 60-63 of the complaint speak for themselves. There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint. Such facts have also been previously articulated in correspondence by and between Celebrity's counsel, Bill Panoff, and PPI's attorney, Robert Gilbert, Esq. All such documentation has been previously produced as part of Celebrity's initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto. Finally, all persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005. Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

**INTERROGATORY NO. 20:** With respect to the allegations stated in paragraphs 56-59 of your Complaint, please state the factual basis for any claim by you that DIAK committed any unfair trade practice. In your answer please identify every person with knowledge of those facts, and list any documents relating to those facts.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 18 of 21

EXHIBIT ___2___
Page _18_ of _21_

EXHIBIT ___G-49___

**ANSWER:**  Objection.  The allegations contained in paragraphs 56-59 of the complaint speak for themselves.  There is nothing vague or ambiguous regarding the allegations made.

Without waiving the foregoing objection, Celebrity submits that the facts upon which the allegations are made are clearly set forth in the complaint.  All persons having knowledge of such facts have been previously identified in its initial disclosures dated March 29, 2005 and first supplemental disclosures dated April 28, 2005.  Celebrity identifies and incorporates herein all documentation identified and previously produced as part of its initial disclosures dated March 29, 2005 (BAT 000001 – BAT 000841), and its first supplemental disclosures dated April 28, 2005 (BAT 000842 – BAT 001262), and any further supplements thereto.  Discovery is ongoing, and this response will be supplemented as further evidence is discovered.

DATED this 29th day of April, 2005.

BAXTER BRUCE & SULLIVAN P.C.

By _____
Z. Kent Sullivan, ABA No. 0105038
Attorneys for Plaintiff

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Responses to Diamond International of Alaska Ltd.'s First Set of Interrogatories
Page 19 of 21

EXHIBIT 2
Page 19 of 21

EXHIBIT G-50