Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>　　　　　Defendants. | PLAINTIFF'S ERRATUM REGARDING CERTIFICATE OF SERVICE<br><br>Case No. J04-0011 CV (RRB) |

　　　Plaintiff filed an affidavit of counsel, Z. Kent Sullivan, in support of a combined reply to Defendants' oppositions to motion for appointment of a discovery master in the above captioned case on January 27, 2006. On the certificate of service attached to that affidavit, Plaintiff inadvertently characterized how opposing counsel was being served. Plaintiff hereby notifies the Court that opposing counsel were actually served as follows.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Certificate of Service
Page 1 of 3

William G. Ruddy, Esq., Ruddy Bradley and Kolkhorst, was served via U.S. First Class Mail, at P.O. Box 34338, Juneau, Alaska 99803. Robert C. Gilbert, Esq., Robert C. Gilbert, P.A., Kevin G. Clarkson, Esq., Brena Bell & Clarkson, P.C., and Peter M. Hockman, Esq., were, in fact, served electronically, via the court CM/ECF system. Plaintiff apologizes for any confusion this may have caused.

DATED this 27th day of January 2006.

BAXTER BRUCE & SULLIVAN P.C.


By  s/ Z. Kent Sullivan
    Z. Kent Sullivan
    P.O. Box 32819
    Juneau, Alaska 99803
    Ph: (907) 789-3166
    Fax: (907) 789-1913
    zsullivan@baxterbrucelaw.com
    ABA No. 0105038
    Attorneys for Plaintiff

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Certificate of Service
Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of January, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
Box 34338
Juneau, Alaska  99803
ph:  (907) 789-0047
fax: (907) 789-0783
wgr@alaska.net
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:   ☐ Electronically via CM/ECF
      ☒ U.S. Mail

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
220 Alhambra Circle, Suite 400
Coral Gables, Florida  33134
ph:  (305) 529-9100
fax: (305) 529-1612
rgilblaw@aol.com
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:   ☒ Electronically via CM/ECF
      ☐ U.S. Mail

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, Alaska  99501
ph:  (907) 258-2000
fax:  (907) 258-2001
kclarkson@brenalaw.com
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:   ☒ Electronically via CM/ECF
      ☐ U.S. Mail

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, Florida  33134-5779
ph:  (305) 447-9129
fax: (305) 443-0279
pmhlaw@bellsouth.net
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:   ☒ Electronically via CM/ECF
      ☐ U.S. Mail

By  s/ Z. Kent Sullivan
Z. Kent Sullivan
P.O. Box 32819
Juneau, Alaska 99803
Ph:  (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
ABA No. 0105038
Attorneys for Plaintiff

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Certificate of Service
Page 3 of 3