Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax

Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
(907) 258-2000

RECEIVED
MAR 3 1 2005
Baxter Bruce & Sullivan P.C.
Attorneys at Law

Attorneys for Diamonds International of Alaska, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>Defendants. | Case No. J04-0011 Civil (RRB) |

**INITIAL DISCLOSURES OF DIAMONDS INTERNATIONAL OF ALASKA, LTD.**

Comes now the Defendant, Diamonds International of Alaska, Ltd. ("DIAK"), by and through counsel, and pursuant to Fed. R. Civ. P. 26(a) hereby provides its Initial Disclosures.

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 1 of 4

Exhibit 1
Page 1 of 4

## INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Fed. R. Civ. P. 26(a)(1)(A), DIAK identifies the individuals listed below as persons who may have discoverable information relevant to one or more claims or defenses in this case. The listed individuals have been identified pursuant to diligent preliminary investigation. DIAK reserves the right to supplement this disclosure as discovery progresses.

1. Sheila Cunningham, 6501 Red Hold Plaza, Suite 201, St. Thomas, USVI 00802
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

2. Steve Davis, c/o Brena, Bell & Clarkson, P.C.
   **ATTORNEY CLIENT PRIVILEGE**
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

3. Juan Diaz, P.O. Box 692, Skagway, AK 99840
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

4. Albert Gad, c/o Brena, Bell & Clarkson, P.C.
   **ATTORNEY CLIENT PRIVILEGE**
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

5. Morris Gad, c/o Brena, Bell & Clarkson, P.C.
   **ATTORNEY CLIENT PRIVILEGE**
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

6. Toni Gad, 47C Sandpoint Dr., Nassau, Bahamas
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

7. Jacob Hasid, 3 Factory Way, Fort George, St. Michael.
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

8. Erez Itzhakov, 182-41 80 Road, Jamaica Estates, NY 11272
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

9. Tom Kearns, P.O. Box 295, St. Thomas, USVI 00804
   Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

10. Linda Meyer, P.O. Box 502986, St. Thomas, Virgin Islands 00805
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

11. Alyce Moore, St. Thomas, Virgin Islands
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

12. Schlomo Mmullokandov, 61/35 98th Street, Apt. 14E, Rego Park, NY 11374
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

13. Scott Smith, 455 S. Franklin St., Juneau, AK 99801
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

14. Abe Terapani, 3A Main Street, St. Thomas, Virgin Islands 00802
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

15. Wendy Terapani, 3A Main Street, St. Thomas, Virgin Islands 00802
    Information regarding Plaintiffs' claims and DIAK's and/or PPI's defenses.

16. Michael Villani, c/o Brena, Bell & Clarkson, P.C.
    **ATTORNEY CLIENT PRIVILEGE**

17. Individuals listed by PPI Group Defendants.

## DESCRIPTION OF DOCUMENTS BY CATEGORY AND LOCATION

The documents in DIAK's possession, custody and/or control subject to disclosure will be made available for inspection and copying during normal business hours (8:00 a.m. to 5:00 p.m. Eastern Standard/Savings Time), upon reasonable advance notice at the offices of Peter M. Hockman, 550 Biltmore Way, Suite 780, Coral Gables, Florida 33134, (305) 447-9129; (305) 443-0279-facsimile. At this time, without further discovery regarding Plaintiff's claims, DIAK is not able to identify a great deal of documents pertinent to this action and subject to disclosure. At this time, DIAK has its contracts with PPI for disclosure. As discovery in this action continues and DIAK is able to identify further documentation, it will supplement its disclosures.

## COMPUTATION AND CATEGORIES OF DAMAGES

DIAK has asserted no claims, cross-claims, and/or counterclaims in this action, and thus has no damage computation to provide.

BRENA, BELL &
CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 3 of 4

Exhibit 1
Page 3 of 4

## INSURANCE

DIAK has not identified any insurance agreement under which any person maintaining an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action, or to indemnify or reimburse any payments made to satisfy any judgment.

DATED this 29th day of March, 2005.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendants
Diamonds International of Alaska, Ltd.

By _____
Kevin G. Clarkson
Alaska Bar No. 8511149

Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax

**CERTIFICATE OF SERVICE**
I hereby certify that on Mar 29, 2005, a true and correct copy of the foregoing document was mailed ✓, hand delivered ___ faxed ___ to:

Z. Kent Sullivan, Esq.
P.O. Box 32819
Juneau, AK 99803

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134

William G. Ruddy, Esq.
P.O. Box 34338
Juneau, AK 99803

Robert C. Gilbert, Esq.
2200 Alhambra Circle, Suite 400
Coral Gables, FL 33134

_____
Eileen Frison

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 4 of 4

Exhibit 1
Page 4 of 4