William G. Ruddy
Ruddy, Bradley & Kolkhorst
PO Box 34338
Juneau, AK 99803
Tel:   (907) 789-0047
Fax:   (907) 789-0783

Robert C. Gilbert
Robert C. Gilbert, P.A.
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Tel:   (305) 529-9100
Fax:   (305) 529-1612

RECEIVED
APR 5 2005
Baxter Bruce & Sullivan P.C.
Attorneys at Law

Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc.
and Port Promotions, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>  Plaintiff,<br><br>v.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>  Defendants. | **PPI DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**<br><br><br><br>Case No. J04-0011 Civil (RRB) |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, and without waiving any

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 1 of 7

Exhibit 2
Page 1 of 7
O:\CLIENT 4/5/05 SD

claims of privilege, work product protection, or other basis for non-disclosure, or any other rights defendants may have with respect to any of the witnesses and topics identified in Table A, or documents, tangible things, and topics identified in Table B, defendants Panoff Publishing, Inc., PPI Fleet Services, Inc., and Port Promotions, Inc. (collectively, "PPI"), through undersigned counsel, serves these initial disclosures pursuant to the Court's order dated February 23, 2005.

1.   **FED.R.CIV.P. 26(a)(1)(A)**.

Pursuant to Fed.R.Civ.P. 26(a)(1)(A), PPI identifies the individuals listed in Table A below as persons who may have discoverable information relevant to one or more claims or defenses in this case. The name, title, address, phone number, and area of knowledge are set forth for each person identified. The listed individuals have been identified pursuant to diligent preliminary investigation. PPI reserves the right to supplement this disclosure as discovery progresses.

**TABLE A**

| NAME | TITLE | ADDRESS & PHONE | AREA OF KNOWLEDGE |
|---|---|---|---|
| Bathija, Mohan | Principal, Shivalay, Inc. | c/o Z. Kent Sullivan, Esq. Baxter Bruce & Sullivan, P.C. PO Box 32819 Juneau, AK 99803 Tel: (907) 789-3166 | Plaintiffs' claims and damages |
| Bathija, Rajesh | Principal, Shivalay, Inc. | c/o Z. Kent Sullivan, Esq. Baxter Bruce & Sullivan, P.C. PO Box 32819 Juneau, AK 99803 Tel: (907) 789-3166 | Plaintiffs' claims and damages |

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 2 of 7

Exhibit 2
Page 2 of 7

| Bathija, Vinod | Principal, Shivalay, Inc. | c/o Z. Kent Sullivan, Esq. Baxter Bruce & Sullivan, P.C. PO Box 32819 Juneau, AK 99803 Tel: (907) 789-3166 | Plaintiffs' claims and damages |
|---|---|---|---|
| Jordan, William III | Director of Sales, The PPI Group | c/o Robert C. Gilbert, Esq. Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's sales and port lecturer training |
| Martin, Jose I. | Chief Financial Officer, The PPI Group | c/o Robert C. Gilbert, Esq. Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's finances and sales |
| Panoff, Irene | Secretary, The PPI Group | c/o Robert C. Gilbert, Esq. Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's operations, management and sales |
| Panoff, William A. | President, The PPI Group | c/o Robert C. Gilbert, Esq. Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's operations, management and sales |
| Pizik, Mitchell | Vice President, Sales and Marketing The PPI Group | c/o Robert C. Gilbert, Esq. Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's sales and marketing |
| Selleck, Robin | Senior Account Executive The PPI Group | c/o Robert C. Gilbert, P.A. 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 Tel: (305) 529-9100 | PPI's promotion contracts |

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 3 of 7

Exhibit 2
Page 3 of 7

| Armstrong, Carol | Former PPI Port Lecturer | Current address unknown | PPI's promotion of merchants |
|---|---|---|---|
| Domanski, Rick | Former Manager, The PPI Group | Current address unknown | PPI's training of port lecturers and marketing and promotion of Celebrity Jewelers and other merchants |
| Leary, Jim | Former PPI Port Lecturer | Current address unknown | PPI's promotion of merchants |
| Locke, Rob | Former Manager Consultant | Current address unknown | PPI's training of port lecturers |
| Schenk, Melissa | Former PPI Port Lecturer | Current address unknown | PPI's promotion of merchants |

2.  **RULE 26(a)(1)(B)**.

Pursuant to the Fed.R.Civ.P. 26(a)(1)(B), Table B below provides a description of documents and tangible things that are in the possession, custody, or control of PPI and which may support PPI's claims or defenses. Investigation into the facts surrounding the allegations in this case are ongoing and discovery, legal analysis, and further pleadings may lead to modifications to the present disclosures.

PPI makes these initial disclosures without waiving argument, objection, privilege, immunity, or other right it may have concerning the relevance or admissibility of, or proper weight to be accorded to, any of the information contained in the documents described in Table B. PPI also reserves the right to seek relief under Rule 26(c) prior to the production of some or all documents described in Table B, or to withhold production pursuant to objections to be served in response to discovery.

Subject to the foregoing qualifications, and to the best of the signor's knowledge,

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 4 of 7

Exhibit 2
Page 4 of 7

information, and belief, PPI's initial disclosure of documents set forth in Table B is complete and correct as of this time. PPI reserves the right to supplement or correct this initial disclosure.

## TABLE B

| CATEGORY | LOCATION |
|---|---|
| Merchant Agreements by and between PPI and Celebrity Jewelers and Gifts | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Advertising Agreements by and between Celebrity Jewelers and PPI | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| In-Cabin Video Contracts by and between Celebrity Jewelers and PPI | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous videotapes of Alaskan port lecturers dated 6/03 - 9/03 | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous copies of the in-cabin publications containing Celebrity Jewelers' advertising | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous PPI/On-Board Promotions Merchant Questionnaires | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous merchant promotional forms | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous sales reports provided by Celebrity to PPI | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |
| Miscellaneous shopping brochures produced on-board Alaskan cruises for distribution in Juneau ports between 5/01 - 8/03 | 220 Alhambra Circle Suite 400 Coral Gables, FL 33134 |

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 5 of 7

Exhibit 2
Page 5 of 7

| | |
|---|---|
| "Map blurb" regarding Celebrity Jewelers | 220 Alhambra Circle<br>Suite 400<br>Coral Gables, FL 33134 |
| Map and script description regarding Celebrity Jewelers dated 4/10/02 | 220 Alhambra Circle<br>Suite 400<br>Coral Gables, FL 33134 |
| Miscellaneous commission checks issued by Celebrity to PPI in 2003 | 220 Alhambra Circle<br>Suite 400<br>Coral Gables, FL 33134 |

3. **RULE 26(a)(1)(D) - Existence and Contacts of Any Insurance Agreement.**

PPI has not identified any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action, or to indemnify or reimburse any payments made to satisfy any judgment.

To the best of my knowledge, information, and belief performed after a reasonable inquiry and investigation, I certify that these disclosures are complete and correct.

DATED this 29TH day of March, 2005.

ROBERT C. GILBERT, P.A.

By: _____
Robert C. Gilbert

William G. Ruddy
RUDDY, BRADLEY & KOLKHORST
PO Box 34338
Juneau, AK 99803

Attorneys for PPI

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 6 of 7

Exhibit 2
Page 6 of 7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29TH day of March, 2005, true and correct copies of the foregoing have been furnished to the parties listed below via:

[✓] U.S. Mail        [ ] Federal Express        [ ] Hand-Delivery        [ ] Telefax

Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:   (907) 789-0047
Fax:   (907) 789-0783

Peter M. Hockman, Esq.
Law Firm of Peter M. Hockman
550 Biltmore Way
Suite 780
Coral Gables, FL
Tel:   (305) 447-9129
Fax:   (305) 246-3939

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street
Suite 601
Anchorage, AK 99501
Tel:   (907) 258-2000
Fax:   (907) 258-2001

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
PO Box 34338
Juneau, AK 99803
Tel:   (907) 789-0047
Fax:   (907) 789-0783

By: _____
Robert C. Gilbert

PPI DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
Bathija, et al. v. Panoff Publishing, Inc., et al., J04-0011 Civil (RRB)
Page 7 of 7

Exhibit 2
Page 7 of 7