**Exhibit 3 :**   *DIAK's Responses to Plaintiff's First Set of Interrogatoties*, dated **September 2, 2005; Filed electronically under seal.**