**Exhibit 6:** *Defendant PPI Group's Responses to Plaintiff's First Set of Discovery Requests*; dated September 2, 2005; Filed **electronically under seal**.