**Exhibit 8:** *DIAK's Supplemental Responses to Plaintiff's First Set of Interrogatoties*, **dated November 23 2005; Filed electronically under seal.**