**Exhibit 9:** *Defendant PPI Group's Amended and Supplemental Responses to Plaintiff's First Set of Discovery Requests*, **dated November 22, 2005; Filed electronically under seal.**