William G. Ruddy
Ruddy, Bradley & Kolkhorst
PO Box 34338
Juneau, AK 99803
Tel:    (907) 789-0047
Fax:   (907) 789-0783

Robert C. Gilbert
Robert C. Gilbert, P.A.
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Tel:    (305) 529-9100
Fax:   (305) 529-1612

Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc.
and Port Promotions, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA and SHIVALAY, INC., an Alaskan corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaskan corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>        Defendants. | Case No. J04-0011 CV (RRB)<br><br>**DEFENDANT PPI GROUP'S RESPONSES TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS** |

Defendants Panoff Publishing, Inc. ("Panoff Publishing"), PPI Fleet Services, Inc. ("PPI Fleet"), and Port Promotions, Inc. ("Port Promotions") (collectively "PPI"), through undersigned

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 1 of 7

Exhibit 11
Page 1 of 7

counsel, provide the following responses to plaintiff Shivalay, Inc.'s ("Celebrity") second set of discovery requests.

## PRELIMINARY STATEMENT

1.  These responses are given for purposes of discovery only and are without prejudice to all objections of PPI to the admissibility into evidence or other use of these responses.

2.  No waiver of any applicable privilege against disclosure (*e.g.*, attorney-client, attorney work product, etc.) is intended, or may be inferred, by reason of PPI's voluntary production of information or documents pursuant to these requests. PPI fully preserves all applicable privileges in connection with the subject matter of these requests.

3.  These responses are given pursuant to, and are subject to all limitations of, the Federal Rules of Civil Procedure. Any instructions in Celebrity's discovery requests which are not authorized by those rules have been ignored in these responses.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 19**: Please produce all documentation reflecting the ship names, number of passengers and ports of call for all ships associated with PPI during each year of the period from January 2000 through the present. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the court.

> *RESPONSE*: PPI objects to this request to the extent it seeks documents requesting ship names, number of passengers and ports of call for all ships associated with PPI outside of Southeast Alaska. PPI further objects to this request to the extent it seeks documents from 2004 until the present on the grounds such documents are not relevant to the disputed issues in this case nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity terminated in April 2004. Without waiving its objections, to the extent such documents exist, PPI will make available for inspection and copying all

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 2 of 7

Exhibit 11
Page 2 of 7

documents within its possession, custody and control relating to the ship names, number of passengers and ports of call for all ships associated with PPI in Southeast Alaska for the years 2000 through 2004.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

REQUEST FOR PRODUCTION NO. 20: Please produce copies of all documentation or reports detailing commission and fees received by PPI from each jewelry retailer under contract with PPI in the State of Alaska during the period from January 2000 through the present. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

*RESPONSE*: PPI objects to this request to the extent it seeks documents which provide financial information concerning PPI's dealings with Plaintiff's competitors who are not involved in this lawsuit. PPI will provide a redacted report detailing commissions and fees received by PPI showing cumulative totals and trends in sales of Alaskan retailers under contract with PPI in Southeast Alaska from January 2000 through 2003. PPI further objects to this request to the extent it seeks documents covering the 2004 Alaska season on the grounds such documents are not relevant to the disputed issues in this case nor reasonably calculated to lead to the discovery of admissible evidence since the business relationship between PPI and Celebrity terminated in April 2004, prior to the 2004 Alaska season. Without waiving its objections, PPI will make available for inspection and copying the redacted reports responsive to this request within its possession, custody and control covering the years 2000 through 2004.

**PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

REQUEST FOR PRODUCTION NO. 21: Please produce any and all e-mails, including but not limited to, current, backed-up and archived programs, regarding communications by and between DIAK and PPI during the period from 2000 through March 2004, and as related to PPI's

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 3 of 7

Exhibit 11
Page 3 of 7

business operations in Southeast Alaska. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel production with the Court.

> **_RESPONSE_**: PPI will make available for inspection and copying all documents within its possession, custody and control responsive to this request. In its normal course of business, PPI maintains only 15 days of email backed up on tape.
>
> **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

**REQUEST FOR PRODUCTION NO. 22**: Please produce any and all e-mails, including but not limited to, current, backed-up and archived programs, regarding communications by and between any employees and/or individuals working for PPI during the period from 2000 through March 2004, and as related to efforts pertaining to the exclusive promotion of diamonds and tanzanite on behalf of DIAK. If you object to the production of any such item, please set forth such objection with sufficient particularity to permit Celebrity to file a motion to compel with the Court.

> **_RESPONSE_**: PPI will make available for inspection and copying all documents within its possession, custody and control responsive to this request. In its normal course of business, PPI maintains only 15 days of email backed up on tape.
>
> **PPI designates the documents produced in response to this request are "Confidential" pursuant to the Court's Order Granting Motion for Entry of Protective Order and the provisions of the Protective Order attached as Exhibit A to Defendants' motion.**

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 4 of 7

Exhibit 11
Page 4 of 7

AS TO OBJECTIONS:

_____
Robert C. Gilbert

PANOFF PUBLISHING, INC.

By:_____

Print Name:  Irene Panoff

Title:  Chief Operating Officer

STATE OF FLORIDA        )
                        )   SS.:
COUNTY OF MIAMI-DADE    )

The foregoing instrument was acknowledged before me this _____ day of January, 2006, by Irene Panoff, as Chief Operating Officer of Panoff Publishing, Inc. She is personally known to me or has produced _____ as identification and did/did not take an oath.

_____
Notary Public
Print Name:_____
State of Florida at Large

My Commission Expires:

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 5 of 7

Exhibit 11
Page 5 of 7

DATED this 9th day of January, 2006.

ROBERT C. GILBERT, P.A.
220 Alhambra Circle
Suite 400
Coral Gables, FL 33134
Tel:   (305) 529-9100
Fax:   (305) 529-1612
Email: rgilbert@aol.com



By: _____
    Robert C. Gilbert

RUDDY, BRADLEY & KOLKHORST
P.O. Box 34338
Juneau, AK 99803
Tel:   (907) 789-0047
Fax:   (907) 789-0783
Email: wgr@alaska.net

Attorneys for the PPI Group

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 6 of 7

Exhibit 11
Page 6 of 7



## Certificate of Service

The undersigned hereby certifies that on this **9th** day of January, 2006, true and correct copies of the foregoing have been furnished to the parties listed below via:

[X] U.S. Mail          [ ] Federal Express          [ ] Hand-Delivery          [ ] E-Mail

Z. Kent Sullivan, Esq.
Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:   (907) 789-0047
Fax:   (907) 789-0783

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Tel:   (907) 258-2000
Fax:   (907) 258-2001

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
Tel:   (305) 447-9129
Fax:   (305) 246-3939

By: _____

F:\Clients\PPI\Pleadings\R-Second Discovery Requests.wpd

DEFENDANT PPI GROUP'S RESPONSE TO PLAINTIFF'S SECOND
SET OF DISCOVERY REQUESTS
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 7 of 7

Exhibit 11
Page 7 of 7