## MUELLER & PARTIN P.L.L.C.

**Certified Public Accountants**
**Forensic Economists**

PLAZA CENTER BUILDING
10900 N.E. 8TH STREET, SUITE 825
BELLEVUE, WASHINGTON 98004

PHONE: (425) 455-0303
FACSIMILE: (425) 455-5176
EMAIL: muellerpartin@qwest.net

November 8, 2005

Z. Kent Sullivan
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, Alaska 99803

Re:  *Shivalay, Inc. v. Panoff Publishing, Inc. et al.*
     Your File Number: 7500-001

Dear Mr. Sullivan:

We have reviewed the documents submitted relating to the above-referenced litigation. The following additional information may be of assistance to us in our analysis of the loss claimed:

- Financial statements and other information related to Shivalay, Inc. including:

    o Copies of City/Borough of Juneau Sales Tax Return Forms for the fourth quarter of 2002, the third quarter of 2004 and the period January 2005 through the present.

    o Details regarding number of items sold or sales by category and markup by category for the years 2000 through 2005.

    o Copies of the general ledger (or check register if a general ledger was not maintained) indicating the transactions recorded for each revenue and expense account for the years 2000 through 2005.

    o Year-end inventory at cost for the period 2000 through the present including counts by inventory category.

    o Size of store in square feet with identification of display areas and office/administrative areas.

Exhibit 16
Page 1 of 3

Z. Kent Sullivan
November 8, 2005
Page 2 of 3

- o Number of employees employed at the store for years 2000 through 2005. Please provide the following for each employee listed:
    - Job description
    - Salary
    - Hours worked per week

- o Copy of store lease agreement.

- Copies of commission reports prepared by Celebrity for submission to PPI and On Board from commencement of the contracts through present.

- Financial statements and other information related to Diamonds International of Alaska, Ltd. including:

    - o Copies of federal income tax returns for the years 2000 through 2004.

    - o Copies of State of Alaska sales tax returns for the period January 2000 through the present.

    - o Copies of income statements for each store located in the State of Alaska for the period January 2000 through the present.

    - o Copies of balance sheets for each store located in the State of Alaska for the period January 2000 through the present.

    - o Copies of fixed asset registers for each store located in the State of Alaska for the period January 2000 through the present.

    - o Number of employees employed at each store in the State of Alaska for years 2000 through 2005. Please provide the following for each employee listed:
        - Job description
        - Salary
        - Hours worked per week

    - o Copy of store lease agreement for each store located in the State of Alaska.
        - Identify the total square footage of each store listed

Exhibit 16
Page 2 of 3

- Identify the total square footage of display area for each store listed.

  o Provide the following information for each Diamonds International Store located in the State of Alaska for years 2000 through 2005:
    - Number of items sold
    - Sales by product category
    - Markup by product category
    - Year end physical inventory counts and pricing at cost by item and by product category
    - Commission reports submitted to PPI
    - Commission reports submitted to any other cruise ship marketing organization

  o Contracts, agreements, cancelled checks, general ledger account detail listing, and all other documentation listing advertising expenditures on behalf of stores located in the State of Alaska for the period January 2000 through the present.

- Names, number of passengers and ports of call for all ships associated with Panoff Publishing, Inc. during each year of the period January 2000 through the present.

- Produce the number of passengers debarking ships associated with PPI at each State of Alaska port for each year 2000 through 2005.

- Report detailing commissions and fees received by Panoff Publishing, Inc. from each jewelry retailer under contract in the State of Alaska during the period January 2000 through the present.

- Copy of the McDowell Group Studies relating to the State of Alaska cruise ship market for years 2000 through 2005.

We will continue with our analysis of the loss claimed upon receipt of the above information. Please feel free to contact us with any questions you may have.

Very truly yours,

William E. Partin, CPA/ABV

Exhibit 16
Page 3 of 3