# BRENA, BELL & CLARKSON, P.C.

| | | |
|---|---|---|
| ROBIN O. BRENA, OWNER<br>JESSE C. BELL, OF COUNSEL<br>KEVIN G. CLARKSON, OF COUNSEL<br>DAVID W. WENSEL, OF COUNSEL<br>ANTHONY S. GUERRIERO, OF COUNSEL<br>PAULA T. VRANA, OF COUNSEL | ATTORNEYS AT LAW | 310 K STREET, SUITE 601<br>ANCHORAGE, AK 99501<br>TELEPHONE: (907) 258-2000<br>FACSIMILE: (907) 258-2001<br>WEB SITE: BRENALAW.COM<br>KCLARKSON@BRENALAW.COM |

January 17, 2006

**_By Fax No. (907) 789-1913_**
Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, AK 99803

Re:  Bathija v. Panoff, et al., Case No. J04-011 Civil (RRB)
     Our File No. 867-005

Dear Kent:

Please be advised that we are currently maintaining in our offices 15 boxes of discovery documents together with pertinent contracts, that are available for your inspection and copying. DIAK has transported these documents to Anchorage for your more convenient review.

Very truly yours,

Kevin G. Clarkson

KGC:caf

Exhibit 17
Page 1 of 1