Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>　　　　Defendants. | AFFIDAVIT OF Z. KENT SULLIVAN<br><br>Case No. J04-0011 CV (RRB) |

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　:ss
FIRST JUDICIAL DISTRICT　)

　　　　Z. Kent Sullivan, who, after being duly sworn upon his oath, deposes and states:

　　　　1.　　I am one of the attorneys of record in this case, representing Plaintiff, Shivalay, Inc. ("Celebrity").

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Affidavit of Z. Kent Sullivan
Page 1 of 5

Exhibit 18
Page 1 of 5

2. To date, Defendants have failed to produce to Celebrity's counsel a single item of discovery documentation in this case. This is despite the fact that initial disclosures occurred in March, 2005, and at least two sets of requests for production have been submitted to Defendants since that time.

3. Defendants continue to assert that the documents required to be produced as part of their initial disclosures and as responsive to Celebrity's requests for production are available for inspection at such far-away locations as:

    a. 220 Alhambra Circle, Coral Gables, Florida 33134l. *PPI Defendants' Rule 26(a) Initial Disclosures,* 5, 6, dated March 29, 2005;

    b. 4517 NW 31st Avenue, Fort Lauderdale, Florida 33309-3403. *PPI's Responses to Plaintiff's First Set of Requests for Production,* 10, 21, 26-29 ("PPI will make available for inspection and copying at its offices in Fort Lauderdale, FL, all non-privileged documents within its possession, custody and control responsive to this request.").

    c. 550 Biltmore Way, Suite 780, Coral Gables, Florida 33134. *Initial Disclosures of Diamonds International of Alaska, Ltd.,* 3, dated March 29, 2005.

    d. 592 5th Avenue, 9th Floor, New York, NY 10036. *DIAK's Responses to Plaintiff's First Set of Requests for Production,* 2-4, 8-10 ("DIAK will produce any non-privileged documents that it has that are responsive to this request…upon reasonable advance notice, at 592 5th Avenue, 9th Floor, New York, NY 10036."); *DIAK's Supplemental Responses to Plaintiff's First Set of Interrogatories,* 13-18; *DIAK's Responses to Plaintiff's Second Set of Requests for Production,* 10.

    e. 310 K. Street, Suite 601, Anchorage, Alaska 99501. *DIAK's Responses to Plaintiff's Second Set of Requests for Production,* 2-5, 7-9.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Affidavit of Z. Kent Sullivan
Page 2 of 5

Exhibit 18
Page 2 of 5

4. In addition to attempting to force Celebrity and its counsel to review responsive documentation in such divergent and far away places as those referenced above, Defendants have also failed to either Bates stamp or separately reference and/or identify which documentation in their possession is responsive to which of Celebrity's individual discovery requests.

5. Despite the foregoing, Celebrity has diligently sought to comply with its discovery obligations in this case.

6. To date, Celebrity has Bates stamped, categorized and disclosed over 29,681 documents in this case.

7. Of those documents, many of them have been copied and delivered to Defendants free of charge. Set forth below is a table outlining Celebrity's production thus far in this case:

| Bates #s | Date | Form of Disclosure | Form of Delivery |
|---|---|---|---|
| BAT000001-000841 | 3/05 | Initial Disclosures | produced free of charge |
| BAT000842-001262 | 4/05 | Supplemental Disc. 1 | produced free of charge |
| BAT001263-001664 | 6/05 | Supplemental Disc. 2 | produced free of charge |
| BAT001665-001917 & BAT029478-029488 | 11/05 | Privilege Log | log produced free of charge, docs. retained |
| BAT001918-002050 | 11/05 | Disc. Response Docs. | offered for inspection in Juneau & offered to be delivered for a stated fee |
| BAT020051-029477 | 11/05 | Disc. Response Docs. | offered for inspection in Juneau & offered to be delivered for a stated fee |

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Affidavit of Z. Kent Sullivan
Page 3 of 5

Exhibit 18
Page 3 of 5

8. With two exceptions, all of the above-referenced documents, excluding those identified as privileged, have been copied and delivered to Defendants, free of charge. The exceptions were a significant volume of Celebrity's business records and a comprehensive set of reports by the McDowell Group. However, even in those instances, Defendants were advised exactly how many documents were responsive to their requests, and the exact dollar amount which would be necessary in order for Defendants to have the specified documentation copied and delivered to their attorneys' offices.

FURTHER AFFIANT SAYETH NOT.

DATED this 27th day of January 2006.

                                            s/ Z. Kent Sullivan

SUBSCRIBED and SWORN TO before me this 27th day of January 2006.

                                            s/ Amber Niebuhr
                                            Notary Public, State of Alaska
                                            My commission expires: 8/10/09

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Affidavit of Z. Kent Sullivan
Page 4 of 5

Exhibit 18
Page 4 of 5

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of January, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

| | |
|---|---|
| William G. Ruddy, Esq.<br>Ruddy, Bradley & Kolkhorst<br>Box 34338<br>Juneau, Alaska  99803<br>ph:  (907) 789-0047<br>fax: (907) 789-0783<br>wgr@alaska.net<br>Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.<br>By:   ☒ Electronically via CM/ECF<br>         ☐ U.S. Mail<br>         ☐ Fax<br>         ☐ Court Box<br>         ☐ Federal Express | Robert C. Gilbert, Esq.<br>Robert C. Gilbert, P.A.<br>220 Alhambra Circle, Suite 400<br>Coral Gables, Florida  33134<br>ph:  (305) 529-9100<br>fax: (305) 529-1612<br>rgilblaw@aol.com<br>Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.<br>By:   ☐ Electronically via CM/ECF<br>         ☒ U.S. Mail<br>         ☐ Fax<br>         ☐ Court Box<br>         ☐ Federal Express |
| Kevin G. Clarkson, Esq.<br>Brena, Bell & Clarkson, P.C.<br>310 K Street, Suite 601<br>Anchorage, Alaska  99501<br>ph:  (907) 258-2000<br>fax:  (907) 258-2001<br>kclarkson@brenalaw.com<br>Attorneys for Defendants Diamonds International of Alaska, Ltd.<br>By:   ☒ Electronically via CM/ECF<br>         ☐ U.S. Mail<br>         ☐ Fax<br>         ☐ Court Box<br>         ☐ Federal Express | Peter M. Hockman, Esq.<br>550 Biltmore Way, Suite 780<br>Coral Gables, Florida  33134-5779<br>ph:  (305) 447-9129<br>fax: (305) 443-0279<br>pmhlaw@bellsouth.net<br>Attorneys for Defendants<br>By:   ☒ Electronically via CM/ECF<br>         ☐ U.S. Mail<br>         ☐ Fax<br>         ☐ Court Box<br>         ☐ Federal Express |

By   s/Amber Niebuhr

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Affidavit of Z. Kent Sullivan
Page 5 of 5

Exhibit 18
Page 5 of 5