## Z Kent Sullivan

**From:** Z Kent Sullivan
**Sent:** Tuesday, May 17, 2005 3:33 PM
**To:** 'kclarkson@brenalaw.com'
**Subject:** RE: Celebrity v. PPI/DIAK

Kevin: Thanks for the response. Kent

>-----Original Message-----
>**From:** Kevin G. Clarkson [mailto:kclarkson@brenalaw.com]
>**Sent:** Tuesday, May 17, 2005 7:28 AM
>**To:** Z Kent Sullivan
>**Subject:** Celebrity v. PPI/DIAK
>
>Kent,
>    At this time the defendants do not wish to stipulate to the appointment of a discovery master.
>Kevin
>
>Solutions for Every Legal Challenge
>**Brena, Bell & Clarkson, P.C.**
>**Kevin G. Clarkson**
>kclarkson@brenalaw.com
>310 K. St., Suite 601
>Anchorage, AK 99501
>tel: 907-258-2000
>fax: 907-258-2001
>www.brenalaw.com
>
>*Signature powered by Plaxo ... Want a signature like this?*

Exhibit 19
Page 1 of 1