UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MOHAN BATHIJA, et. al.    v.    PANOFF PUBLISHING, INC., et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                          CASE NO. J04-0011 CV (RRB)

John W. Erickson, Jr.                     DATE: February 3, 2006

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF DISCOVERY MASTER**

Plaintiff's Motion for Appointment of Discovery Master (Docket No. 90) is hereby **DENIED** without prejudice.

The parties shall proceed - in good faith - to complete discovery in this matter, according to the applicable rules of civil procedure. Moreover, the Court expects the parties to be forthright and accommodating with regard to discovery; or, be subject to sanctions pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure.