Peter M. Hockman, Esq.
LAW OFFICE OF PETER M. HOCKMAN
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134
(305) 447-9129; (305) 443-0279-fax

Kevin G. Clarkson, Esq.
BRENA, BELL & CLARKSON, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Diamonds International of Alaska Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>    Plaintiff,<br><br> v.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. J04-0011 Civil (RRB) |

**NOTICE OF TAKING RULE 30(b)(6) VIDEO DEPOSITION
OF PLAINTIFF SHIVALAY, INC.**

PLEASE TAKE NOTICE that the undersigned will take the following videotaped deposition(s) pursuant to Rule 30(b)(6), Fed. R. Civ. P.:

BRENA, BELL & CLARKSON, P.C.
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF TAKING RULE 30(B)(6) VIDEO
DEPOSITION OF PLAINTIFF SHIVALAY, INC.
J04-0011 Civil (RRB) (February 3, 2006)
Page 1 of 3

| | |
|---|---|
| NAME: | Rule 30(b)(6) designee(s) of Shivalay, Inc. with the most knowledge concerning the topics set forth in the attached Exhibit A |
| DATES: | Wednesday, March 1, 2006 and Thursday, March 2, 2006 |
| TIME: | 9:00 a.m. Alaska Standard Time |
| PLACE: | Goldbelt Hotel Juneau<br>51 Egan Drive<br>Juneau, AK 99801<br>Tel: (907) 586-6900 |
| COURT REPORTER<br>& VIDEOGRAPHER: | Lynda Bachelor Barker<br>Glacier Stenographic Reporters<br>Tel: (907) 789-9028 |

The oral examination shall be taken before a Notary Public authorized to administer oaths, or any other officer authorized by law to take depositions in the State of Alaska. The oral examination will continue from day-to-day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.

DATED this 3rd day of February, 2006.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Defendant
Diamonds International of Alaska Ltd.


By    //s// Kevin G. Clarkson
       Kevin G. Clarkson
       Alaska Bar No. 8511149
       E-Mail:  kclarkson@brenalaw.com

       Peter M. Hockman, Esq.
       LAW OFFICE OF PETER M. HOCKMAN
       550 Biltmore Way, Suite 780
       Coral Gables, Florida 33134
       (305) 447-9129; (305) 443-0279-fax
       E-Mail address:  pmhlaw@bellsouth.net

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF TAKING RULE 30(B)(6) VIDEO
 DEPOSITION OF PLAINTIFF SHIVALAY, INC.
J04-0011 Civil (RRB) (February 3, 2006)
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2006, a true and correct copy of the foregoing document was served electronically and by mailed to:

Z. Kent Sullivan, Esq.
Baxter Bruce & Sullivan, P.C.
P.O. Box 32819
Juneau, AK 99803
E-Mail:     zsullivan@baxterbrucelaw.com

Peter M. Hockman, Esq.
Law Office of Peter M. Hockman
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
E-Mail:     pmhlaw@bellsouth.net

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
P.O. Box 34338
Juneau, AK 99803
E-Mail:     wgr@alaska.net

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
2200 Alhambra Circle, Suite 400
Coral Gables, FL 33134
E-Mail:     Rgilblaw@aol.com


      //s// Avonna L. Murfitt
Avonna Murfitt

**BRENA, BELL & CLARKSON, P.C.**
310 K STREET
SUITE 601
ANCHORAGE, AK 99501
(907) 258-2000

NOTICE OF TAKING RULE 30(B)(6) VIDEO
  DEPOSITION OF PLAINTIFF SHIVALAY, INC.
J04-0011 Civil (RRB) (February 3, 2006)
Page 3 of 3