William G. Ruddy
Ruddy, Bradley & Kolkhorst
PO Box 34338
Juneau, AK 99803
Tel:    (907) 789-0047
Fax:    (907) 789-0783

Robert C. Gilbert
Robert C. Gilbert, P.A.
7301 SW 57 Court, Suite 515
South Miami, FL 33143
Tel:    (305) 529-9100
Fax:    (305) 529-1612

Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA and SHIVALAY, INC., an Alaskan corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaskan corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York corporation, and DOES 1-10,<br><br>    Defendants.<br>_____ | Case No. J04-0011 CV (RRB)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Notice of Change of Address
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 1 of 3

Please take notice the law firm of Robert C. Gilbert, P.A., attorneys for defendants Panoff Publishing, Inc., PPI Fleet Services, Inc., and Port Promotions, Inc., has relocated its office as follows:

> Robert C. Gilbert, P.A.
> 7301 SW 57 Court
> Suite 515
> South Miami, FL 33143
> Tel:   (305) 529-9100 (unchanged)
> Fax:   (305) 529-1612 (unchanged)
> Email: rgilblaw@aol.com

Please direct all future pleadings, correspondence and any related papers to the undersigned at the address indicated above.

DATED this  16th  day of March, 2006.

> ROBERT C. GILBERT, P.A.
> 7301 SW 57 Court
> Suite 515
> South Miami, FL 33143
> Tel:   (305) 529-9100
> Fax:   (305) 529-1612
> Email: rgilblaw@aol.com
>
> By: s/ Robert C. Gilbert
>
> RUDDY, BRADLEY & KOLKHORST
> P.O. Box 34338
> Juneau, AK 99803
> Tel:   (907) 789-0047
> Fax:   (907) 789-0783
> Email: wgr@alaska.net
>
> Attorneys for the PPI Group

Notice of Change of Address
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 2 of 3

**Certificate of Service**

      I hereby certify that on March 16, 2006, a true and correct copy of the foregoing was served electronically on:

Z. Kent Sullivan, Esq.
Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:   (907) 789-3166
Fax:  (907) 789-1913

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Tel:   (907) 258-2000
Fax:  (907) 258-2001

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
Tel:   (305) 447-9129
Fax:  (305) 246-3939

                                              s/ Robert C. Gilbert

Notice of Change of Address
*Bathija, et al. v. Panoff Publishing, Inc., et al.*, Case No. J04-0011 CV (RRB)
Page 3 of 3