Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
Ph: (907) 789-3166
Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
ABA No. 0105038
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>    Defendants. | JOINT STIPULATION TO DISMISS CERTAIN CAUSES OF ACTION<br><br>Case No. J04-0011 CV (RRB) |

The parties, by and through counsel, hereby stipulate and agree to dismiss, with prejudice, the following causes of action in this case:

    1.    Plaintiff's Count V - Violation of the Sherman Anti-trust Act, 15 U.S.C.A. § 1, *et seq.*,

    2.    Plaintiff's Count VI - Civil RICO

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Joint Stipulation to Dismiss Certain Causes of Action
Page 1 of 4

    3.    Plaintiff's Count VII - Misrepresentation

    4.    Plaintiff's Count VIII – Fraud

The parties further stipulate and agree that each party shall bear their own costs and attorney's fees as to all causes of action dismissed pursuant to this stipulation.

DATED this 14th day of April, 2006.

                         BAXTER BRUCE & SULLIVAN P.C.

                         By  s/Z. Kent Sullivan
                            Z. Kent Sullivan, Esq.
                            P.O. Box 32819
                            Juneau, Alaska 99803
                            Ph:  (907) 789-3166
                            Fax: (907) 789-1913
                            zsullivan@baxterbrucelaw.com
                            ABA No. 0105038
                            Attorneys for Plaintiff

DATED this 12th day of April, 2006.

                         RUDDY, BRADLEY & KOLKHORST

                         By  s/William G. Ruddy, with permission
                            William G. Ruddy, Esq.
                            P.O. Box 34338
                            Juneau, Alaska 99803
                            Ph:  (907) 789-0047
                            Fax: (907) 789-0783
                            wgr@alaska.net
                            ABA No. 6603017
                            Attorneys for Defendant PPI

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Joint Stipulation to Dismiss Certain Causes of Action
Page 2 of 4

DATED this 12th day of April, 2006.

                ROBERT C. GILBERT, P.A.

                By  s/Robert C. Gilbert, with permission
                   Robert C. Gilbert, Esq.
                   7301 SW 57 Court, Suite 515
                   South Miami, Florida 33143
                   Ph:  (305) 529-9100
                   Fax: (305) 529-1612
                   rgilblaw@aol.com
                   FBA No. 561861
                   Attorneys for Defendant PPI

DATED this 10th day of April, 2006.

                BRENA, BELL & CLARKSON, P.C.

                By  s/Kevin G. Clarkson, with permission
                   Kevin G. Clarkson, Esq.
                   310 K. Street, Suite 601
                   Anchorage, Alaska 99501
                   Ph:  (907) 258-2000
                   Fax: (907) 258-2001
                   kclarkson@brenalaw.com
                   ABA No. 8511149
                   Attorneys for Defendant DIAK

DATED this 10th day of April, 2006.

                By   s/Peter M. Hockman, with permission
                   Peter M. Hockman, Esq.
                   550 Biltmore Way, Suite 780
                   Coral Gables, Florida 33134-5779
                   Ph:  (305) 447-9129
                   Fax: (305) 443-0279
                   pmhlaw@bellsouth.net
                   FBA No. 318795
                   Attorneys for Defendant DIAK

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Joint Stipulation to Dismiss Certain Causes of Action
Page 3 of 4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of April, 2006, a true and correct copy of the foregoing joint stipulation to dismiss certain causes of action was delivered to the party indicated below via:

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
Box 34338
Juneau, Alaska 99803
ph: (907) 789-0047
fax: (907) 789-0783
wgr@alaska.net
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☐ Electronically via CM/ECF
     ☒ U.S. Mail

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
7301 SW 57 Court, Suite 515
South Miami, Florida 33143
ph: (305) 529-9100
fax: (305) 529-1612
rgilblaw@aol.com
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
ph: (907) 258-2000
fax: (907) 258-2001
kclarkson@brenalaw.com
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134-5779
ph: (305) 447-9129
fax: (305) 443-0279
pmhlaw@bellsouth.net
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail

By  s/Z. Kent Sullivan
    Z. Kent Sullivan, ABA No. 0105038
    P.O. Box 32819
    Juneau, Alaska 99803
    Ph: (907) 789-3166; Fax: (907) 789-1913
    zsullivan@baxterbrucelaw.com
    Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Joint Stipulation to Dismiss Certain Causes of Action
Page 4 of 4