The Honorable Ralph R. Beistline
United States District Judge
Alaska District
222 West 7th Avenue, #49
Anchorage, Alaska 99513-7546
Ph: (907) 677-6257

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | PROPOSED ORDER DISMISSING CERTAIN CAUSES OF ACTION<br><br>Case No. J04-0011 CV (RRB) |

This matter has come before the Court upon the joint stipulation by the parties to dismiss the following causes of action in this case, with prejudice, and with each party bearing their own costs and attorney's fees with regard thereto:

1. Plaintiff's Count V - Violation of the Sherman Anti-trust Act, 15 U.S.C.A. § 1, *et seq.*,

2. Plaintiff's Count VI - Civil RICO

3. Plaintiff's Count VII - Misrepresentation

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Proposed Order Dismissing Certain Causes of Action
Page 1 of 2

      4.      Plaintiff's Count VIII – Fraud

Based upon the parties' joint stipulation, the Court dismisses the above-referenced causes of action, with prejudice, and with each party bearing their own costs and attorney's fees.

      DATED this _____ day of _____, 2006.

                                        The Honorable Ralph R. Beistline
                                        United States District Judge

c:    Z. Sullivan
      W. Ruddy
      R. Gilbert
      K. Clarkson
      P. Hockman