IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | ORDER DISMISSING CERTAIN CAUSES OF ACTION<br><br>Case No. 1:04-cv-0011-RRB |

This matter has come before the Court upon the joint stipulation by the parties to dismiss the following causes of action in this case, with prejudice, and with each party bearing their own costs and attorney's fees with regard thereto:

1. Plaintiff's Count V - Violation of the Sherman Anti-trust Act, 15 U.S.C.A. § 1, *et seq.*,

2. Plaintiff's Count VI - Civil RICO

3. Plaintiff's Count VII - Misrepresentation

4. Plaintiff's Count VIII – Fraud

Based upon the parties' joint stipulation, the Court dismisses the above-referenced causes of action, with prejudice, and with each party bearing their own costs and attorney's fees.

ENTERED this 17th day of April, 2006.

/s/ Ralph R. Beistline
United States District Judge