Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>  Defendants. | PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>Case No. J04-0011 CV (RRB) |

Plaintiff Shivalay, Inc., by and through its attorneys of record, and pursuant to Fed. R. Civ. P. 37(a)(2)(B) and D. Ak. LR 37.1, hereby moves the Court for an order compelling discovery from the Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc. This motion is supported by the memorandum in support of Plaintiff's motion to compel and good faith certificate, both of which are being filed contemporaneously with this motion.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Motion to Compel Discovery
Page 1 of 3

DATED this 21ˢᵗ day of April, 2006.

                                  BAXTER BRUCE & SULLIVAN P.C.

                                  By  s/ Z. Kent Sullivan
                                      Z. Kent Sullivan, ABA No. 0105038
                                      P.O. Box 32819
                                      Juneau, Alaska 99803
                                      Ph:  (907) 789-3166; Fax: (907) 789-1913
                                      zsullivan@baxterbrucelaw.com
                                      Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Motion to Compel Discovery
Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of April, 2006, a true and correct copy of the foregoing motion to compel discovery was delivered to the party indicated below via:

| | |
|---|---|
| William G. Ruddy, Esq.<br>Ruddy, Bradley & Kolkhorst<br>Box 34338<br>Juneau, Alaska 99803<br>ph: (907) 789-0047<br>fax: (907) 789-0783<br>wgr@alaska.net<br>Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.<br>By: ☐ Electronically via CM/ECF<br>　　 ☒ U.S. Mail<br>　　 ☒ Fax | Robert C. Gilbert, Esq.<br>Robert C. Gilbert, P.A.<br>7301 SW 57 Court, Suite 515<br>South Miami, Florida 33143<br>ph: (305) 529-9100<br>fax: (305) 529-1612<br>rgilblaw@aol.com<br>Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.<br>By: ☒ Electronically via CM/ECF<br>　　 ☐ U.S. Mail<br>　　 ☐ Fax |
| Kevin G. Clarkson, Esq.<br>Brena, Bell & Clarkson, P.C.<br>310 K Street, Suite 601<br>Anchorage, Alaska 99501<br>ph: (907) 258-2000<br>fax: (907) 258-2001<br>kclarkson@brenalaw.com<br>Attorneys for Defendants Diamonds International of Alaska, Ltd.<br>By: ☒ Electronically via CM/ECF<br>　　 ☐ U.S. Mail<br>　　 ☐ Fax | Peter M. Hockman, Esq.<br>550 Biltmore Way, Suite 780<br>Coral Gables, Florida 33134-5779<br>ph: (305) 447-9129<br>fax: (305) 443-0279<br>pmhlaw@bellsouth.net<br>Attorneys for Defendants Diamonds International of Alaska, Ltd.<br>By: ☒ Electronically via CM/ECF<br>　　 ☐ U.S. Mail<br>　　 ☐ Fax |

By s/Z. Kent Sullivan
　　Z. Kent Sullivan, ABA No. 0105038
　　P.O. Box 32819
　　Juneau, Alaska 99803
　　Ph: (907) 789-3166; Fax: (907) 789-1913
　　zsullivan@baxterbrucelaw.com
　　Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Plaintiff's Motion to Compel Discovery
Page 3 of 3