The Honorable Ralph R. Beistline
United States District Judge
Alaska District
222 West 7th Avenue, #49
Anchorage, Alaska 99513-7546
Ph: (907) 677-6257

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>Case No. J04-0011 CV (RRB) |

This matter has come before the Court upon the motion of Plaintiff, Shivalay, Inc. ("Celebrity") to compel discovery. Based upon the refusal of Defendant, Panoff Publishing Inc. ("PPI") to produce documents, already covered by a protective order, in unredacted form, this Court agrees with Plaintiff that discovery should be compelled.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Proposed Order Granting Plaintiff's Motion to Compel Discovery
Page 1 of 3

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party...." Fed.R.Civ.P. 26(b)(1). Relevancy is broadly construed at the discovery stage of the litigation. *Kansas Food Packers v. Corpak,* 2000 WL 33170870. "A request for discovery ... should ordinarily be allowed unless it is clear that the information sought can have no possible bearing on the subject matter of the action." *Id.,* citing *Snowden v. Connaught Lab. Inc.,* 137 F.R.D. 336, 341 (D.Kan.1991). A protective order will sufficiently "guard against any improper disclosure of proprietary information." *Super Film of America, Inc. v. UCB Films, Inc.,* 219 F.R.D. 649, 656 (D.Kan. 2004). Thus, Celebrity is entitled to discover, in unredacted form, the documents it requested from PPI that are adequately covered by the protective order. This includes the documents containing the fees and commissions paid to PPI by customers other than DIAK or Celebrity. Accordingly,

IT IS HEREBY ORDERED, that:

PPI shall produce all requested documents to Plaintiff in unredacted form, including the documents showing fees and commissions paid to PPI by customers not parties to this lawsuit, and any and all contracts between DIAK and PPI. These documents must be produced in 15 days.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Proposed Order Granting Plaintiff's Motion to Compel Discovery
Page 2 of 3

DATED this _____ day of _____, 2005.

_____
The Honorable Ralph R. Beistline
United States District Judge

cc:   Z. Sullivan
      W. Ruddy
      R. Gilbert
      K. Clarkson
      P. Hockman

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Proposed Order Granting Plaintiff's Motion to Compel Discovery
Page 3 of 3