Exhibit 1:   *DIAK's Supplemental Responses to Plaintiff's First Set of Interrogatories*, dated November 23, 2005; Filed electronically under seal.