Exhibit 2:   *Defendant PPI Group's Responses to Plaintiff's Second Set of Discovery Requests*, dated January 9, 2006; Filed electronically under seal.