Exhibit 3:   *Sample of Redacted Contractual Documents Produced by Defendant PPI to Date*; Filed electronically under seal.

Case 1:04-cv-00011-RRB     Document 108-4     Filed 04/21/2006     Page 1 of 1