Exhibit 4:   *Sample of Redacted Fees and Commissions Documentation Provided by PPI*; Filed electronically under seal.