Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | GOOD FAITH CERTIFICATE REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>Case No. J04-0011 CV (RRB) |

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file Plaintiff's motion to compel discovery. This motion is opposed by Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc. and Diamonds International of Alaska, Ltd. The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.Ak. LR 7.1.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Good Faith Certificate Regarding Plaintiff's Motion to Compel Discovery
Page 1 of 4

Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | GOOD FAITH CERTIFICATE REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>Case No. J04-0011 CV (RRB) |

All counsel certify that they have conferred in good faith to resolve the issues in question ~~and that it is necessary to file Plaintiff's motion to compel discovery~~. This motion is opposed by Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc. and Diamonds International of Alaska, Ltd. The parties agree that oppositions to the motion and any reply are to be served and filed as provided in D.Ak. LR 7.1.

Bathija, et al. v. Panoff Publishing, Inc., et al.; Case No. J04-0011 CV (RRB)
Good Faith Certificate Regarding Plaintiff's Motion to Compel Discovery
Page 1 of 4

DATED this 21st day of April, 2006.

        BAXTER BRUCE & SULLIVAN P.C.

        By s/ Z. Kent Sullivan
          Z. Kent Sullivan, ABA No. 0105038
          P.O. Box 32819
          Juneau, Alaska 99803
          Ph: (907) 789-3166; Fax: (907) 789-1913
          zsullivan@baxterbrucelaw.com
          Attorneys for Plaintiff, Shivalay, Inc.

DATED this 3rd day of April, 2006.

        RUDDY, BRADLEY & KOLKHORST

        By s/ William G. Ruddy, with permission
          William G. Ruddy, ABA No. 6603017
          P.O. Box 33438
          Juneau, Alaska 99803
          Ph: (907) 789-0047; Fax: (907) 789-0783
          wgr@alaska.net
          Attorneys for Defendant PPI

DATED this 31st day of March, 2006.

        ROBERT C. GILBERT, P.A.

        By s/ Robert C. Gilbert, with permission
          Robert C. Gilbert, FBA No. 561861
          7301 SW 57 Court, Suite 515
          South Miami, Florida 33143
          Ph: (305) 529-9100; Fax: (305) 529-1612
          rgilblaw@aol.com
          Attorneys for Defendant PPI

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Good Faith Certificate Regarding Plaintiff's Motion to Compel Discovery
Page 2 of 4

DATED this 31st day of March, 2006.

                        BRENA, BELL & CLARKSON, P.C.

                        By  s/ Kevin G. Clarkson, with permission
                            Kevin G. Clarkson, ABA No. 8511149
                            310 K Street, Suite 601
                            Anchorage, Alaska 99501
                            Ph: (907) 258-2000; Fax: (907) 258-2001
                            kclarkson@brenalaw.com
                            Attorneys for Defendant DIAK

DATED this 31st day of March, 2006.

                        By  s/ Peter M. Hockman, with permission
                            Peter M. Hockman, FBA No. 318795
                            550 Biltmore Way, Suite 780
                            Coral Gables, Florida 33134-5779
                            Ph: (305) 447-9129; Fax: (305) 443-0279
                            pmhlaw@bellsouth.net
                            Attorneys for Defendant DIAK

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Good Faith Certificate Regarding Plaintiff's Motion to Compel Discovery
Page 3 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of April, 2006, a true and correct copy of the foregoing good faith certificate was delivered to the party indicated below via:

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
Box 34338
Juneau, Alaska 99803
ph: (907) 789-0047
fax: (907) 789-0783
wgr@alaska.net
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☐ Electronically via CM/ECF
     ☒ U.S. Mail
     ☒ Fax

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
7301 SW 57 Court, Suite 515
South Miami, Florida 33143
ph: (305) 529-9100
fax: (305) 529-1612
rgilblaw@aol.com
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
ph: (907) 258-2000
fax: (907) 258-2001
kclarkson@brenalaw.com
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134-5779
ph: (305) 447-9129
fax: (305) 443-0279
pmhlaw@bellsouth.net
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

By s/ Z. Kent Sullivan
   Z. Kent Sullivan, ABA No. 0105038
   P.O. Box 32819
   Juneau, Alaska 99803
   Ph: (907) 789-3166; Fax: (907) 789-1913
   zsullivan@baxterbrucelaw.com
   Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.;* Case No. J04-0011 CV (RRB)
Good Faith Certificate Regarding Plaintiff's Motion to Compel Discovery
Page 4 of 4