Z. Kent Sullivan
Daniel G. Bruce
Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida Corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company and DOES 1-10,<br><br>Defendants. | PLAINTIFF'S ERRATUM REGARDING MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY<br><br>Case No. J04-0011 CV (RRB) |

Plaintiff filed a memorandum in support of motion to compel discovery on April 21, 2006. In the background section, Plaintiff inadvertently characterized the motion as seeking an order compelling discovery against Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc., ("PPI") and Defendant Diamonds International of Alaska, Ltd. ("DIAK").

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Memorandum in Support of Motion to Compel Discovery
Page 1 of 3

Plaintiff hereby notifies the Court and Defendants that the motion to compel, in this instance, is only being sought against Defendant PPI, and not against Defendant DIAK. Plaintiff apologizes for any confusion this error may have caused.

DATED this 25th day of April, 2006.

>BAXTER BRUCE & SULLIVAN P.C.
>
>By  s/ Z. Kent Sullivan
>    Z. Kent Sullivan, ABA No. 0105038
>    P.O. Box 32819, Juneau, Alaska 99803
>    Ph: (907) 789-3166; Fax: (907) 789-1913
>    zsullivan@baxterbrucelaw.com
>    Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Memorandum in Support of Motion to Compel Discovery
Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of April, 2006, a true and correct copy of the foregoing erratum was delivered to the party indicated below via:

William G. Ruddy, Esq.
Ruddy, Bradley & Kolkhorst
Box 34338
Juneau, Alaska 99803
ph: (907) 789-0047
fax: (907) 789-0783
wgr@alaska.net
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☐ Electronically via CM/ECF
     ☒ U.S. Mail
     ☒ Fax

Robert C. Gilbert, Esq.
Robert C. Gilbert, P.A.
7301 SW 57 Court, Suite 515
South Miami, Florida 33143
ph: (305) 529-9100
fax: (305) 529-1612
rgilblaw@aol.com
Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, Alaska 99501
ph: (907) 258-2000
fax: (907) 258-2001
kclarkson@brenalaw.com
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, Florida 33134-5779
ph: (305) 447-9129
fax: (305) 443-0279
pmhlaw@bellsouth.net
Attorneys for Defendants Diamonds International of Alaska, Ltd.
By:  ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

By s/ Z. Kent Sullivan
Z. Kent Sullivan, ABA No. 0105038
P.O. Box 32819
Juneau, Alaska 99803
Ph: (907) 789-3166; Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiff Shivalay, Inc.

*Bathija, et al. v. Panoff Publishing, Inc., et al.*; Case No. J04-0011 CV (RRB)
Plaintiff's Erratum Regarding Memorandum in Support of Motion to Compel Discovery
Page 3 of 3