William G. Ruddy
Ruddy, Bradley & Kolkhorst
PO Box 34338
Juneau, AK 99803
Tel:   (907) 789-0047
Fax:   (907) 789-0783

Robert C. Gilbert
Robert C. Gilbert, P.A.
7301 SW 57 Court, Suite 515
South Miami, FL 33143
Tel:   (305) 529-9100
Fax:   (305) 529-1612

Attorneys for Defendants Panoff Publishing, Inc., PPI Fleet Services, Inc. and Port Promotions, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA and SHIVALAY, INC., an Alaskan corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaskan corporation, DIAMONDS INTERNATIONAL, L.L.C., a limited liability company, and DOES 1-10,<br><br>    Defendants. | Case No. J04-0011 CV (RRB)<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

The parties, by and through counsel, hereby stipulate and agree to dismiss this action with prejudice. The parties further stipulate and agree that each party shall bear their own costs and attorneys' fees incurred in connection with this action.

DATED this 22nd day of May, 2006.

                        BAXTER BRUCE & SULLIVAN, P.C.

                        By: _____
                        Z. Kent Sullivan, Esq.
                        P.O. Box 32819
                        Juneau, AK 99803
                        Tel:  (907) 789-3166
                        Fax:  (907) 789-1913
                        Email: zsullivan@baxterbrucelaw.com
                        ABA No. 0105038
                        Attorneys for Plaintiff

DATED this 23 day of May, 2006.

                              RUDDY, BRADLEY & KOLKHORST

                              By: _____ (with permission)
                                William G. Ruddy, Esq.
                                P.O. Box 34338
                                Juneau, AK 99803
                                Tel:   (907) 789-0047
                                Fax:  (907) 789-0783
                                Email: wgr@alaska.net
                                ABA No. 6603017
                                Attorneys for Defendant PPI

DATED this 23 day of May, 2006.

                              ROBERT C. GILBERT, P.A.

                              By: _____
                                Robert C. Gilbert, Esq.
                                7301 SW 57 Court
                                Suite 515
                                South Miami, FL 33143
                                Tel:   (305) 529-9100
                                Fax:  (305) 529-1612
                                Email: rgilblaw@aol.com
                                FBA No. 561861
                                Attorneys for Defendant PPI

DATED this 23 day of May, 2006.

                                BRENA, BELL & CLARKSON, P.C.

                                By: _____ (with permission)
                                for Kevin G. Clarkson, Esq.
                                310 K Street, Suite 601
                                Anchorage, AK 99501
                                Tel:  (907) 258-2000
                                Fax:  (907) 258-2001
                                Email: kclarkson@brenalaw.com
                                ABA No. 8511149
                                Attorneys for Defendant DIAK

DATED this 23 day of May, 2006.

                                By: _____ (with permission)
                                for Peter M. Hockman, Esq.
                                550 Biltmore Way
                                Suite 780
                                Coral Gables, FL 33134
                                Tel:  (305) 447-9129
                                Fax:  (305) 443-0279
                                Email: pmhlaw@bellsouth.net
                                FBA No. 318795
                                Attorneys for Defendant DIAK

**Certificate of Service**

I hereby certify that on _May 23_, 2006, a true and correct copy of the foregoing was served electronically on:

Z. Kent Sullivan, Esq.
Daniel G. Bruce, Esq.
Baxter Bruce & Sullivan, P.C.
9309 Glacier Highway, Suite A-201
PO Box 32819
Juneau, AK 99801
Tel:   (907) 789-3166
Fax:   (907) 789-1913

Kevin G. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
310 K Street, Suite 601
Anchorage, AK 99501
Tel:   (907) 258-2000
Fax:   (907) 258-2001

Peter M. Hockman, Esq.
550 Biltmore Way, Suite 780
Coral Gables, FL 33134
Tel:   (305) 447-9129
Fax:   (305) 246-3939

F:\Clients\PPI\Pleadings\Jt M-Dismiss.wpd