IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA and SHIVALAY, INC., an Alaskan corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaskan corporation, DIAMONDS INTERNATIONAL, L.L.C., a limited liability company, and DOES 1-10,<br><br>    Defendants. | Case No. J04-0011 CV (RRB)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

This matter has come before the Court upon the joint stipulation by the parties to dismiss this case, with prejudice, with each party bearing their own costs and attorneys' fees with regard thereto. Based upon the parties' joint stipulation, the Court dismisses the above-referenced action, with prejudice, and with each party bearing their own costs and attorneys' fees.

ENTERED this _____ day of May, 2006.

_____
Ralph R. Beistline
United States District Judge