IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOHAN BATHIJA, VINOD BATHIJA, RAJESH BATHIJA, and SHIVALAY, INC., an Alaska corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PANOFF PUBLISHING, INC., a Florida corporation, PPI FLEET SERVICES, INC., a Florida corporation, PORT PROMOTIONS, INC., a Florida corporation, DIAMONDS INTERNATIONAL OF ALASKA, LTD., an Alaska corporation, DIAMONDS INTERNATIONAL, L.L.C., a New York limited liability company, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 1:04-cv-0011 CV-RRB<br><br><br><br><br><br><br><br>**ORDER DISMISSING ACTION<br>WITH PREJUDICE** |

　　　　This matter has come before the Court upon the Joint Stipulation to Dismiss Action With Prejudice (Docket 114), with each party bearing its own costs and attorney fees with regard thereto. Based upon the parties' joint stipulation, the Court

ORDER DISMISSING ACTION WITH PREJUDICE - 1
1:04-CV-0011-RRB

**DISMISSES** this action, with prejudice, and with each party bearing its own costs and attorney fees.

ENTERED this 23rd day of May, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE